# Exhibit 1

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/26/2024 5:17 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Nava, Deputy Clerk

1  WALTER J. LACK, ESQ. (SBN 57550)
   ANDREW M. JACOBSON, ESQ. (SBN 286330)
2  JASON L. TILLMAN, ESQ. (SBN 307557)
   SYDNEY M. DESMAN, ESQ. (SBN 332480)
3  RYAN J. FARRELL, ESQ. (SBN 340170)
   **ENGSTROM, LIPSCOMB & LACK**
4  11601 Wilshire Boulevard, 14th Floor
   Los Angeles, California 90025-1744
5  Tel.:   (310) 552-3800
   Fax:   (310) 552-9434
6  Email: ajacobson@elllaw.com;
           jtillman@elllaw.com;
7          sdesman@elllaw.com;
           rfarrell@elllaw.com
8

9  Attorneys for Plaintiff

10

11            SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                 FOR THE COUNTY OF LOS ANGELES

13

14  RHN AUTOMOTIVE INC. dba HOOMAN        Case No.  24TRCV03234
    CHRYSLER DODGE JEEP RAM,
15                                         **PLAINTIFF'S COMPLAINT FOR:**
            Plaintiff,                        1.  **BREACH OF INSURANCE**
16                                                **CONTRACT; and**
            vs.                               2.  **BREACH OF THE IMPLIED**
17                                                **COVENANT OF GOOD FAITH**
    AMTRUST NORTH AMERICA INC., a                **AND FAIR DEALING**
18  Delaware corporation; SECURITY
    NATIONAL INSURANCE COMPANY, a         **DEMAND FOR JURY TRIAL**
19  Delaware corporation, and DOES 1-200
    inclusive,
20
            Defendants.
21

22          COMES NOW, Plaintiff, RHN AUTOMOTIVE INC. dba HOOMAN CHRYSLER

23  DODGE JEEP RAM ("Plaintiff"), by and through the undersigned counsel, hereby complains of

24  Defendants, and each of them, as follows:

25  **I.     INTRODUCTION**

26          1.      This is an action for breach of the insurance POLICY and insurance bad faith by

27  Plaintiff against its insurance carrier, SECURITY NATIONAL INSURANCE COMPANY, relating

28  to their unreasonable and unlawful investigation, adjustment and payment of a covered water

    471341                          1
    _____
                        **COMPLAINT**

1 damage claim that occurred on January 7, 2019. Almost five years ago, on or around January 7,

2 2019, Plaintiff suffered a covered water loss under its business insurance POLICY. The January 7,

3 2019, water loss destroyed vast portions of Plaintiff's business personal property that was being

4 stored and displayed at the loss located at 333 Hindry Avenue, Inglewood, California 90301(the

5 "PROPERTY") and resulted in further consequential damages. Despite almost five years passing

6 from the date of loss, Defendants have still made zero payment on the Business Personal

7 PROPERTY claim and considerably underpaid the necessary repair and remediation on the building

8 damage claim.

9     2.    The damage from the water loss was extensive. Once the water itself had been

10 cleared out, the clean-up required removal of drywall, soaked carpet and padding, flooring material,

11 doors had to be removed from the warped doorframes, electrical outlets and wood trim in the

12 showroom had to be removed, and storage of the dealership physical records was devastated,

13 cartons of paper records were soaked, offices were in shambles.

14     3.    Plaintiff submitted a claim to its insurance carrier, SECURITY NATIONAL

15 INSURANCE COMPANY ("SECURITY"), under its Businessowners POLICY, POLICY Number

16 SPP1654476 00 (the "POLICY"), with the understanding and belief that SECURITY would come

17 to its aid and pay benefits owed to Plaintiff, as required under the POLICY. A true and correct copy

18 of the POLICY is attached hereto as **Exhibit 1**. SECURITY paid for some aspects of the Claim, but

19 the vast majority of the Claim remains unpaid as of the filing of this lawsuit.

20     4.    SECURITY had a duty to investigate, adjust, and pay the covered claim in a timely

21 and reasonable manner. SECURITY's conduct after receiving the claim was in violation of the

22 POLICY, unreasonable, fraudulent, and amounts to bad faith. It is summarized in turn: (1)

23 SECURITY ignored reliable documents and evidence that support the damages claimed as a result

24 of the water loss that damaged the PROPERTY where Plaintiff's business personal property was

25 stored; (2) SECURITY failed to conduct a prompt and thorough investigation of Plaintiff's claim;

26 (3) SECURITY failed to ascertain the full extent of the damage to Plaintiff's PROPERTY and in

27 bad faith disputed the extent and scope of damage to the interior of the PROPERTY and business

28 personal property; (4) SECURITY ignored Plaintiff's concerns that its business personal property

1  was damaged, rendering such PROPERTY a total loss and unusable; (5) SECURITY unreasonably

2  and unlawfully requested documents that are harassing, burdensome and not necessary to

3  investigate and adjust Plaintiffs' claims; (6) SECURITY repeatedly misrepresented facts clearly

4  designed to anticipate the withholding and/or cutting off of benefits under the POLICY; and (7)

5  SECURITY took unreasonable and contradictory positions for the purposes of delaying and

6  essentially denying Plaintiff's claim and complete payments of benefits owed under the POLICY.

7       5.    In violation of its obligations under the POLICY, SECURITY failed and refused, and

8  continues to fail and refuse, to pay the sums due under the POLICY. SECURITY's unreasonable

9  and fraudulent conduct as set forth herein constitutes multiple breaches of the covenant of good

10  faith and fair dealing implied in the POLICY resulting in the improper withholding of rightful

11  benefits under the POLICY and further contributing to additional damages arising out of and related

12  to the water loss.

13                          **PARTIES**

14       6.    Plaintiff, RHN AUTOMOTIVE INC. dba HOOMAN CHRYSLER DODGE JEEP

15  RAM ("CCC" or "Plaintiff"), is and all times relevant hereto was, a California corporation, duly

16  organized and existing under the laws of the State of California, and is duly authorized to and doing

17  business within the County of Los Angeles, State of California.

18       7.    Plaintiff is informed and believes and thereon alleges that at all times relevant hereto,

19  Defendant, AMTRUST NORTH AMERICA INC., was and is duly organized and existing under the

20  laws of the State of Delaware duly authorized to and doing business within the County of Los

21  Angeles, State of California.

22       8.    Plaintiff is informed and believes and thereon alleges that at all times relevant hereto,

23  Defendant, SECURITY NATIONAL INSURANCE COMPANY, was and is duly organized and

24  existing under the laws of the State of Delaware duly authorized to and doing business within the

25  County of Los Angeles, State of California. Defendant, SECURITY NATIONAL INSURANCE

26  COMPANY, is a division of and wholly owned by Defendant, AMTRUST NORTH AMERICA

27  INC.

28       9.    The true names and capacities, whether individual, corporate, associate or otherwise,

of Defendants, DOES 1 through 200, inclusive, and each of them, are unknown to the Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show true names and capacities of said Defendants when the same shall have been ascertained. Plaintiff is informed and believes and thereon alleges that each Defendant described herein as a DOE is legally responsible, negligently or in some other actionable manner, for the events and happenings referred to herein and proximately caused the injuries and damages to Plaintiff as alleged.

10.    Plaintiff is informed and believes and thereon alleges that at all time herein mentioned, Defendants, and each of them, including DOES 1 through 200, inclusive, were the agents, servants, employees and/or joint venturers of each co-Defendant and were, as such, acting within the course, scope and authority of said agency, employment and/or joint venture and that each and every Defendant as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as an agent, employee and/or joint venturer.

11.    At all times herein alleged, each Defendant was the agent or employee of each of the other Defendants, and in doing the things herein described, was acting within the scope of his, her or its authority as such agent, servant, employee and joint venturer. The acts and conduct alleged herein of each such Defendant were known to and authorized and ratified by each remaining Defendant, and at all times herein mentioned, acting within the scope, course and purpose of the agency, employment and joint venture.

12.    At all times herein mentioned, Defendants, DOES 21 through 200, inclusive, were the agents, servants, employees, representatives, claims supervisors, claims managers, claims adjusters, branch claims supervisors, branch claims office supervisors, investigators, attorneys and other agents and/or employees of Defendant, SECURITY, and were vested with authority by said Defendant to act in its stead and behalf, at all times herein mentioned, and in doing the acts were acting within the purpose and scope of said agency and employment for said Defendant, and doing the things herein alleged, were carrying out established company claims procedures and POLICY.

13.    For ease of reference throughout this Complaint, each reference to "INSURANCE DEFENDANTS" is intended to and does include Defendant, SECURITY NATIONAL INSURANCE COMPANY, and Defendant, AMTRUST NORTH AMERICA INC.

**<u>VENUE AND JURISDICTION</u>**

14.     Defendants, and each of them, are subject to the jurisdiction of this Court by virtue of their business dealings and transactions in California, by having issued the contract involved in this case in California, and by having caused injuries through their acts and omissions throughout the State of California and to Plaintiff in California. This Court has subject matter jurisdiction over all causes of action asserted herein pursuant to Article VI §10 of the California Constitution.

15.     The damages suffered by the Plaintiff exceeds this Court's jurisdictional minimum.

16.     Each Defendant has sufficient minimum contacts within California to make the exercise of jurisdiction over each Defendant by California courts consistent with traditional notions of fair play and substantial justice and each Defendant thus is subject to personal jurisdiction in California state courts.

17.     Venue is proper because the acts and omissions and otherwise wrongful conduct which are the subject of this Complaint occurred in the County of Los Angeles, State of California.

**<u>FACTUAL ALLEGATIONS</u>**

18.     At all times relevant to this lawsuit, Plaintiff is and was an automobile dealership and an occupant of the PROPERTY located at 333 Hindry Avenue, Inglewood, California 90301(the "PROPERTY").

19.     On or around January 7, 2019, a water loss flooded the offices and showroom of Plaintiff's automotive dealership and damaged Plaintiff's PROPERTY. Plaintiff's building and business personal property was exposed to dirty water, as a result of the water intrusion. Plaintiff suffered extensive damage to its business personal property, which in turn, caused additional consequential damages.

20.     The damage from the flood water was extensive. Once the water itself had been cleared out, the clean-up required removal of drywall, soaked carpet and padding, flooring material, doors had to be removed from the warped doorframes, electrical outlets and wood trim in the showroom had to be removed, and storage of the dealership physical records was devastated, cartons of paper records were soaked, offices were a shambles. RHN immediately contracted with a remediation company, ASAP Restoration ("ASAP"), to perform remediation "dry out" services,

471341                                        5

**COMPLAINT**

1  along with content packing services which entailed packing damaged items for disposal. Thereafter,

2  RHN obtained quotes for repair services from several contractors, and ultimately contracted with

3  New Generation Development Group ("NGDG") to repair the building at the PROPERTY to its

4  condition prior to the Flood Loss.

5       21.    This was a total loss that needed to be adequately addressed and paid by

6  INSURANCE DEFENDANTS, but was not.

7       22.    Plaintiff's business personal property was insured by INSURANCE DEFENDANTS,

8  *inter alia*, for direct physical loss of or damage to business personal property and loss of business

9  income at the PROPERTY. The POLICY provided coverage for Business Personal property and

10  coverage for Business Income and Extra Expense for the "Actual Loss Sustained", among other

11  coverages. Under the POLICY, INSURANCE DEFENDANTS agreed to pay for covered losses

12  incurred due to the risk of a water loss (among others) up to the limits of the coverages stated in the

13  POLICY in return for payment of a premium by Plaintiff.

14       23.    Implied in the POLICY of insurance was a covenant by INSURANCE

15  DEFENDANTS, that it would act in good faith and deal fairly with Plaintiff, as Insured, and would

16  do nothing to interfere with the rights of Plaintiff, as Insured, to receive the benefits of the

17  agreements contained in the subject POLICY of insurance.

18       24.    Following the loss, Plaintiff satisfied all conditions and obligations required under

19  the POLICY including prompt notification and presentation of a timely claim to INSURANCE

20  DEFENDANTS. Plaintiff also diligently procured and timely provided INSURANCE

21  DEFENDANTS each and every document requested to investigate, adjust and pay the claim.

22  Plaintiff also fully cooperated with INSURANCE DEFENDANTS by allowing multiple inspections

23  of the PROPERTY by INSURANCE DEFENDANTS' adjusters and consultants and providing all

24  requested documentation in its possession.

25       25.    With respect to the business personal property claim, Plaintiff provided

26  INSURANCE DEFENDANTS with extensive photos showing the significant business personal

27  property located at the PROPERTY at the time of loss, along with an itemized breakdown of all

28  items with brand names and estimated replacement cost. Despite this extensive information in

**COMPLAINT**

support of the business personal property claim, the INSURANCE DEFENDANTS paid ***nothing*** to their Insured under the Replacement Cost coverage afforded in the POLICY.

26.     The INSURANCE DEFENDANTS changed adjusters on the Claim multiple times. This further delayed the investigation and handling of the claim as the change in adjusters necessitated re-educating new adjusters and re-sending materials to the adjusters, including the current adjuster, Carolyn Burhyte.

27.     Any exercise of INSURANCE DEFENDANTS' right to investigate, calculate and value the Plaintiff's claim is specifically and directly conditioned upon the protection of these rights should Plaintiff so demands such protection. Every contract, including insurance contracts, includes an implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract and the duty to not do anything that interferes with the right of the other party to receive the fruits of the contract (*California Civil Code* §1656; *Corson v. Brown Motel Investments, Inc.* (1978) 87 Cal.App.3d 422, 427; *Wilson v. 21st Century Insurance Co.* (2007) 42 Cal.4th 713, 720). This implied-by-law provision is as much a part of the contract as that which is explicitly written in the contract (*Southern Pacific Milling Co. v. Billiwhack Stock Farm* (1942) 50 Cal.App.2d 79, 83).

28.     INSURANCE DEFENDANTS owed duties and obligations to Plaintiff under the subject POLICY, including the duty to do no harm to Plaintiff. During the January 7, 2019 water loss, flooding caused extensive damage to the insured's business personal property at the business location.

29.     Since claims adjustment started, INSURANCE DEFENDANTS has embarked on a course of conduct in investigating and handling the loss and has failed to make any payments of POLICY benefits to Plaintiff at a time when INSURANCE DEFENDANTS knew that Plaintiff was entitled to the payments under the terms of the POLICY. Instead, INSURANCE DEFENDANTS consistently took the unreasonable position that Plaintiff's business personal property did not suffer any damage as a result of the January 7, 2019 water loss and has engaged in a pattern and practice of an investigation which was taken to not accept all available coverages for a covered claim, but to essentially deny coverage for the loss and withhold payments at a time when INSURANCE

**COMPLAINT**

1  DEFENDANTS knew that Plaintiff was entitled to such benefits under the terms of the POLICY.

2      30.    INSURANCE DEFENDANTS and their adjusting teams continued in its pattern of

3  delay and willful ignorance of the clear damages to Plaintiff's business personal property all aimed

4  at withholding rightful benefits related to this claim.

5      31.    The evidence shows that INSURANCE DEFENDANTS's conduct after receiving

6  the claim was in violation of the POLICY, unreasonable and amounts to bad faith. Through the

7  foregoing, INSURANCE DEFENDANTS has intentionally delayed and improperly failed to afford

8  coverage for this covered claim.

9  **FIRST CAUSE OF ACTION**

10  **BREACH OF INSURANCE CONTRACT**

11  **(Against INSURANCE DEFENDANTS and DOES 1-25)**

12      32.    Plaintiff re-alleges and incorporates by reference each and every fact and allegation

13  set forth in the prior paragraphs of this Complaint with the same force and effect as though the same

14  were set forth herein in full.

15      33.    At all times herein mentioned, Defendant, INSURANCE DEFENDANTS, issued to

16  Plaintiff the POLICY, in effect at all relevant times. The POLICY provides business personal

17  property coverage and business income and extra expense coverage for the PROPERTY.

18      34.    Implied in the POLICY was a covenant by INSURANCE DEFENDANTS and

19  DOES 1-25 that it would act in good faith and deal fairly with Plaintiff, as an insured, and would do

20  nothing to interfere with the rights of Plaintiff to receive the benefits of the agreements contained in

21  POLICY.

22      35.    At all times relevant herein, Plaintiff duly performed all of its obligations under the

23  POLICY, including, but not limited to the prompt payment of all applicable premiums and fees.

24      36.    On or around January 7, 2019, a water loss damaged Plaintiff's PROPERTY and

25  business personal property. This was a covered claim under the POLICY. This was a total loss that

26  needed to be adequately addressed and paid by INSURANCE DEFENDANTS, but was not.

27      37.    Plaintiff satisfied all conditions and obligations required under the POLICY

28  including prompt notification and presentation of a timely claim to INSURANCE DEFENDANTS.

471341                            8

**COMPLAINT**

1    38.    Plaintiff also diligently procured and timely provided INSURANCE DEFENDANTS

2    each and every document it requested to investigate, adjust and pay the claim.

3    39.    INSURANCE DEFENDANTS, undertook an investigation and adjustment of the

4    loss that resulted from the January 7, 2019 water loss. Plaintiff had purchased, and the POLICY

5    afforded coverage for covered losses incurred due to the risk of water damage (among others) up to

6    the limits of the coverages stated in the POLICY in return for payment of a premium by Plaintiff.

7    40.    The POLICY expressly recognizes and protects Plaintiff's interests in the protection

8    of Plaintiff's PROPERTY and business personal property as set forth above.

9    41.    Plaintiff promptly notified and submitted the insurance claim and INSURANCE

10   DEFENDANTS began its investigation of said claim. Since claims adjustment started,

11   INSURANCE DEFENDANTS has embarked on a course of conduct in investigating and handling

12   the loss and has failed to make any payments of POLICY benefits to Plaintiff at a time when

13   INSURANCE DEFENDANTS knew that Plaintiff was entitled to the payments under the terms of

14   the POLICY. Instead, INSURANCE DEFENDANTS consistently took the unreasonable position

15   that Plaintiff's business personal property did not suffer any damage as a result of the January 7,

16   2019 water loss and has engaged in a pattern and practice of an investigation which was taken to not

17   accept all available coverages for a covered claim, but to essentially deny coverage for the loss and

18   withhold payments at a time when INSURANCE DEFENDANTS knew that Plaintiff was entitled

19   to such benefits under the terms of the POLICY.

20   42.    INSURANCE DEFENDANTS, and each of them, violated the various Insurance

21   Contracts they entered into with Plaintiff, including, without limitation:

22   a.    failing to pay for obvious elements of water intrusion damage,

23   b.    breaching the implied covenant of good faith and fair dealing,

24   c.    violations of *Insurance Code* sections and Regulations established by the California

25         Department of Insurance relative to claims handling.

26   43.    INSURANCE DEFENDANTS, and each of them, used their economic power to

27   simply ignore the valid claims of Plaintiff. During the course of the minimal claims adjustment that

28   was done, the various INSURANCE DEFENDANTS refused to conduct a fair and impartial

1    investigation into the nature and extent of the water intrusion loss which occurred at Plaintiff.

2         44.    The failure to properly adjust these claims was consistent and in conformity with an

3 institutional practice established by the officers, directors, managing agents and/or control group of

4 the various Insurance Defendants, which directed the loss adjusters:

5        a.    To "lowball" estimates of the extent of water intrusion damage.

6        b.    To abuse their so called "investigation" of the loss as a tool to deny coverage by

7                demanding an oppressive and unconscionable scope of information from Plaintiffs.

8        c.    To not properly investigate or fund a legitimate investigation of losses.

9        d.    In relation to water loss claims such as those brought by Plaintiff in this action, to

10                rely on "construction experts" whom the Insurance Defendants paid handsomely to

11                produce estimates of the cost of repair and rebuilding the premises which were

12                substantially below the cost that a legitimate construction company would charge, all

13                in an effort to justify making payment for far less than the actual amount of the

14                damage.

15         45.    Because INSURANCE DEFENDANTS and each of them, failed and refused and

16 continue to fail and refuse to properly adjust the claims arising from the January 7, 2019 water loss,

17 Plaintiff has been required to bring this action and incur the expense and inconvenience of litigation.

18         46.    Under the alter ego, interrelated entity and other applicable legal doctrines, any

19 claims of separateness between INSURANCE DEFENDANTS should be disregarded for the

20 purposes of this action. INSURANCE DEFENDANTS should be treated as one, integrated entity.

21         47.    The full terms and conditions of the POLICY of insurance at issue in this matter are

22 of course well known to the Insurance Defendants, who wrote and issued the POLICY.

23         48.    After the water loss at Plaintiff's PROPERTY during January 2019, INSURANCE

24 DEFENDANTS, and each of them, breached their obligations under the applicable portions of the

25 policies issued to Plaintiff in various ways, including but not limited to failing to reasonably

26 investigate potential causation factors which would trigger additional coverage under the POLICY

27 of insurance, as required by California law. This caused damages to Plaintiff in an amount to be

28 determined at the time of trial herein.

**COMPLAINT**

49.     As further direct and proximate result of the breaches of the contracts of insurance issued to Plaintiff by INSURANCE DEFENDANTS, Plaintiff has sustained economic loss, general and consequential damages, and an increase in the cost of the eventual recovery from the flooding of the showroom and offices. Plaintiff has the right to obtain compensation for the damages sustained from the damage to its business personal property and loss of business income pursuant to the specific terms of the POLICY. Plaintiff also has the right to have its insurance claim adjusted reasonably and properly. Any exercise of INSURANCE DEFENDANTS's right to calculate and value Plaintiff's claim is specifically and directly conditioned upon the protection of these rights should Plaintiff so demand such protection.

50.     Every contract, including insurance contracts, includes an implied-by-law provision to do everything incumbent upon that party to accomplish the purposes of the contract and the duty to not do anything that interferes with the right of the other party to receive the fruits of the contract (California *Civil Code* §1656; *Corson v. Brown Motel Investments, Inc.* (1978) 87 Cal.App.3d 422, 427; *Wilson v. 21st Century Insurance Co.* (2007) 42 Cal.4th 713, 720). This implied-by-law provision is as much a part of the contract as that which is explicitly written in the contract (*Southern Pacific Milling Co. v. Billiwhack Stock Farm* (1942) 50 Cal.App.2d 79, 83).

51.     Defendant, INSURANCE DEFENDANTS, owed duties and obligations to Plaintiff under the subject POLICY, including the duty to do no harm to Plaintiff.

52.     Defendant, INSURANCE DEFENDANTS, intentionally breached the terms and conditions of the POLICY by:

    a.    Failing to evaluate Plaintiff's claim properly and objectively;

    b.    Failing to thoroughly investigate Plaintiff's claim;

    c.    Failing to properly investigate Plaintiff's claim;

    d.    Failing to pay Plaintiff's claim for business personal property;

    e.    Failing to pay Plaintiff's claim for business income;

    f.    Using unduly restrictive interpretations of the subject POLICY, specifically the interpretation of the described premises, among others;

    g.    Using improper standards to adjust Plaintiff's claim;

**COMPLAINT**

h.   Utilizing deceptive practices to avoid payment of Plaintiff's claims, including downplaying the nature and extent of water to the business inventory and ignoring qualified expert reports and photographs that clearly show how the smoke damage permanently affected the business inventory and renders it unsellable as a new product;

i.   Failing to investigate how the water damage would impact the Insured's ability to sell the inventory to potential customers and whether the cleaning methods would restore the damaged inventory to its pre-loss condition or cause additional damages and negatively impact the value of the products;

j.   Misrepresenting to Plaintiff pertinent facts or insurance POLICY provisions;

k.   Not attempting in good faith to effectuate prompt, fair and equitable settlement of Plaintiff's claims;

l.   Compelling Plaintiff to institute litigation to recover amounts due under the POLICY;

m.   Negligently, recklessly, and tortuously trained, referred, supervised and retained its claims adjusters and/or contractors to investigate and dispute and downplay the obvious damage to Plaintiff's business personal property, on the behalf of, and for the sole benefit of INSURANCE DEFENDANTS, which INSURANCE DEFENDANTS had a duty to conduct in such a manner so as to not cause harm to Plaintiff.

53.   The foregoing allegations constitute unreasonable breaches of contractual obligations by INSURANCE DEFENDANTS and DOES 1-25 to Plaintiff as a policyholder.

54.   The acts of INSURANCE DEFENDANTS and DOES 1-25 have caused damage to Plaintiff in an amount according to proof at trial, but which is in excess of the jurisdictional minimum of the Superior Court.

55.   As a proximate result of the wrongful and tortious conduct of INSURANCE DEFENDANTS and DOES 1-25, Plaintiff has suffered financial hardship, and other incidental damages and out-of-pocket expenses, all constituting legally compensable damages in an amount to

**COMPLAINT**

1   be shown at the time of trial.

2                          **SECOND CAUSE OF ACTION**

3       **BREACH OF THE IMPLIED COVENANT OF GOOD FAITH & FAIR DEALING**

4                   **(Against INSURANCE DEFENDANTS and DOES 1-25)**

5           56.    Plaintiff re-alleges and incorporates by reference each and every fact and allegation

6   set forth in the prior paragraphs of this Complaint with the same force and effect as though the same

7   were set forth herein in full.

8           57.    INSURANCE DEFENDANTS, DOES 1-25, and each of them, owed to Plaintiff a

9   duty of good faith and fair dealing with respect to all transactions and relationships arising under the

10  POLICY.

11          58.    The actions and omissions of INSURANCE DEFENDANTS as alleged in this

12  complaint were undertaken with the plan and intention to reduce the amount paid on water loss

13  claims, including this claim, below the reasonable sum which should have been paid to their

14  policyholders, all to the determent of their policyholders including Plaintiff.

15          59.    There is a "covenant of good faith and fair dealing" which California law makes part

16  of every contract of insurance in California, in addition to the "semi-fiduciary relationship" which

17  California law also includes in every contract of insurance. Every contract of insurance imposes

18  upon each party a duty of good faith and fair dealing in its performance and its enforcement. Good

19  faith performance of a contract emphasizes faithfulness to an agreed common purpose and

20  consistency with the reasonably justified expectations of the other party. The fundamental purpose

21  of the implied covenant of good faith and fair dealing is that neither party will do anything which

22  will injure the right of the other to receive the benefits of the agreement. In addition, there is a

23  fiduciary obligation created by the "attorney-in-fact" relationship with Insurance Defendants, as

24  well as the "semi-fiduciary relationship" which California law includes in every contract of

25  insurance.

26          60.    INSURANCE DEFENDANTS breached their duties of good faith and fair dealing

27  owed to Plaintiff by the improper customs, practices, procedures and policies developed, adopted,

28  authorized, and/or ratified by the owners, "control group" officers, and/or management of

471341                                  13

                                    **COMPLAINT**

INSURANCE DEFENDANTS, as evidenced by, among other things, the allegations made in this complaint, including the following acts, omissions, deeds and examples of bad faith conduct of the Insurance Defendants:

a.    INSURANCE DEFENDANTS failed and refused and continue to fail and refuse to provide the benefits due to Plaintiff under the POLICY of insurance issued to Plaintiff.

b.    INSURANCE DEFENDANTS failed to promptly, properly, fairly and fully investigate the claims and unreasonably and without proper cause withheld benefits due to Plaintiff under the POLICY(s) of insurance issued to Plaintiff.

c.    INSURANCE DEFENDANTS failed to promptly and fully adjust this claim.

d.    INSURANCE DEFENDANTS deliberately used a "captive" construction company to write and estimate of the cost to repair the damage to Plaintiff's place of business with the purpose and intent of creating a "dispute" to justify the low-ball payments to their insureds;

e.    INSURANCE DEFENDANTS failed to evaluate the claim objectively, ignored evidence supporting the claim, and focused only on evidence supposedly justifying denial of payments due to Plaintiff under the POLICY.

f.    INSURANCE DEFENDANTS did not rely on the entire or whole factual record when making their decision to pay, delay or deny benefits under the POLICY;

61.    INSURANCE DEFENDANTS further breached their duties of good faith and fair dealing owed to Plaintiff by the improper customs, practices, procedures and policies developed, adopted, authorized, and/or ratified by their respective Principals, Managers, Officers, "Control Group" and/or Management. An additional example of this bad faith action is that after INSURANCE DEFENDANTS had all the information required to properly adjust this loss, they refused to do so. This conduct was deliberately obstructive in violation of INSURANCE DEFENDANTS' legal obligations, including but not limited to, California *Code of Regulations* section 2695(7) which states, "Every insurer shall conduct and diligently pursue a through fair, and objective investigation and shall not persist in seeking information not reasonably required for or

1 material to the resolution of a claim dispute."

2       62.    INSURANCE DEFENDANTS fell short of the requirements of California law and

3 Insurance Regulations by not later than 15 days after receiving notice of the claims made by

4 Plaintiffs to either pay the claim or provide it, or its representatives with all the necessary forms,

5 instruction and reasonable assistance as required by California *Code of Regulations* §2695.5.

6       63.    Because Plaintiff has been required to obtain counsel to enforce its interests and to

7 recover the amounts actually due under the POLICY of insurance, it is entitled to and requests an

8 award of costs, fees and expenses as allowed by *Brandt v. Superior Court* (1985) 37 Cal.3d 813, *et*

9 *seq.*

10       64.    INSURANCE DEFENDANTS intentionally injured the rights of their policyholders,

11 including Plaintiffs herein, to receive the benefits of the insurance policies issued to each of them, in

12 that the INSURANCE DEFENDANTS failed to give at least as much consideration to the interests

13 of their policyholders as it did to their own interests.

14       65.    INSURANCE DEFENDANTS failed to investigate or inquire into the possible basis

15 that might support the claims of Plaintiff.

16       66.    The unreasonable denial of coverage and refusal to pay for the amount required to

17 compensate Plaintiff for the water intrusion alleged herein, impaired Plaintiff's ability to recover

18 from the water that flooded its premises and all of the associated expense, all to Plaintiff's damage

19 in an amount to be determined at the time of trial herein.

20       67.    As a further direct and proximate result of the actions, bad faith, wrongful conduct

21 and/or omissions of INSURANCE DEFENDANTS as alleged in this cause of action, Plaintiff has

22 suffered and continues to suffer direct, incidental, and consequential damages in an amount to be

23 determined at the time of trial herein.

24       68.    Through their Officers, Directors, Managing agents, managers and "control group"

25 as well as by their acceptance, ratification, adoption and authorization, INSURANCE

26 DEFENDANTS conducted themselves with a conscious disregard of the rights and interests of their

27 policyholder (Plaintiff), and with the intent to vex, injure, harass, and annoy it, such as to constitute

28 oppression, fraud and malice, entitling Plaintiff to exemplary or punitive damages in an amount

471341

15

**COMPLAINT**

1  appropriate to punish INSURANCE DEFENDANTS. These oppressive, fraudulent and malicious

2  actions include, but are not limited to, the actions and omissions noted above in this cause of action.

3       69.    Every contract, including insurance contracts, includes an implied-by-law provision

4  to do everything incumbent upon that party to accomplish the purposes of the contract and the duty

5  to not do anything that interferes with the right of the other party to receive the fruits of the contract

6  (California *Civil Code* §1656; *Corson v. Brown Motel Investments, Inc.* (1978) 87 Cal.App.3d 422,

7  427; *Wilson v. 21st Century Insurance Co.* (2007) 42 Cal.4th 713, 720). This implied-by-law

8  provision is as much a part of the contract as that which is explicitly written in the contract

9  (*Southern Pacific Milling Co. v. Billiwhack Stock Farm* (1942) 50 Cal.App.2d 79, 83).

10      70.    Not only did the conduct described in the foregoing paragraphs breach the express

11 contract reached between INSURANCE DEFENDANTS and Plaintiff, as set forth in the preceding

12 paragraphs, but INSURANCE DEFENDANTS breached the implied-by-law provision to do

13 everything incumbent upon that party to accomplish the purposes of the contract and the duty to not

14 do anything that interferes with the right of the other party to receive the fruits of the contract.

15      71.    This conduct of INSURANCE DEFENDANTS directly interfered with the right of

16 Plaintiff to receive the fruits of the contract, specifically Plaintiff's interests, explicitly and directly

17 recognized and set forth in the provisions of the POLICY. This conduct of INSURANCE

18 DEFENDANTS further breached the implied-by-law provision to do everything incumbent upon

19 that party to accomplish the purposes of the contract.

20      72.    In the handling and adjustment of the subject claim, as described above and as will

21 be proven at the time of trial, said INSURANCE DEFENDANTS elevated its financial and other

22 interests above those of Plaintiff and subordinated Plaintiff's interests to those of INSURANCE

23 DEFENDANTS, engaging in unprofessional, wrongful and tortious conduct, all to the great

24 financial detriment and harm of Plaintiff as specified herein and as will be proven at trial.

25      73.    INSURANCE DEFENDANTS and DOES 1-25 have breached the duty of good faith

26 and fair dealing owed to Plaintiff as alleged above and including, but not limited to, the following:

27          (a)    Unreasonably and bad faith failing to pay benefits pursuant to said claim

28                without obtaining all relevant information bearing upon Plaintiff's claim.

(b)     Unreasonably and in bad faith failed to timely and properly investigate, adjust and pay Plaintiffs' claim.

(c)     Unreasonably and bad faith failing to pay benefits pursuant to said claim without obtaining all relevant information bearing upon Plaintiffs' claim.

(d)     Unreasonably and in bad faith challenging the submitted reports and photos of the damage to the business personal property and paying zero on the Claim when the value of the Claim was in excess of $1,100,000.

(e)     Unreasonably and in bad faith failing to promptly provide a reasonable explanation of the basis relied upon in relation to the applicable facts, including how the water damaged business personal property was not a total loss and could be restored to its pre-loss condition.

(f)     Unreasonably and in bad faith failing to make benefit payments to Plaintiff at a time when said defendants knew that Plaintiff was entitled to the payments under the terms of the POLICY.

(g)     Unreasonably and in bad faith failing to affirm or deny coverage of claims within a reasonable time after proof of loss requirements have been completed and submitted by the Insured.

(h)     Unreasonably and in bad faith accusing Plaintiff of providing inadequate support for the claim in an effort by said defendants to wrongfully delay and dispute payment of the claim.

(i)     Unreasonably and in bad faith imposing requirements upon Plaintiff during the claims process not called for in the subject POLICY.

(j)     Compelling Plaintiff to institute litigation to recover insurance POLICY benefits by wrongfully lowballing Plaintiffs' claims based upon use of improper standards and by using an unduly restrictive interpretation of the mission and intent of the and the subject POLICY.

74.     By obtaining the POLICY, Plaintiff sought to protect itself from future, possible losses, specifically, replacement cost for the business personal property and loss of business income.

**COMPLAINT**

Because of the representations made by INSURANCE DEFENDANTS in undertaking to protect the interests of Plaintiff, and because of the special relationship between Plaintiff and INSURANCE DEFENDANTS created by the POLICY and INSURANCE DEFENDANTS's duty of good faith and fair dealing arising thereunder, INSURANCE DEFENDANTS knew or should have known that Plaintiff would suffer additional damages as a likely result of any hostile or unreasonable conduct by INSURANCE DEFENDANTS against Plaintiff, or unreasonable failure of INSURANCE DEFENDANTS to thoroughly review and investigate any claim made by Plaintiff to properly ascertain the terms and conditions and extent of the insurance coverage provided to Plaintiff for unreasonable failure to promptly and fully pay Plaintiff's claims, or other oppressive conduct in breach of INSURANCE DEFENDANTS's duties to Plaintiff.

75.     Under California law, to establish a "bad faith" claim in first party cases, it must be shown that the insurer's delay or withholding benefits was unreasonable (*i.e.*, without any reasonable basis for the insurer's position) or without proper cause (*Jordan v. Allstate Ins. Co.* (2007) 148 CA4th 1062, 1072-1073; *Major v. Western Home Ins. Co.* (2009) 169 CA4th 1197, 1210)). "(D)elayed payment based on inadequate or tardy investigations, oppressive conduct by claims adjusters seeking to reduce the amounts legitimately payable and numerous other tactics may breach the implied covenant because they frustrate the Insureds' right to receive the benefits of the contract in prompt compensation for losses" (*Waller v. Truck Ins. Exch., Inc.* (1995) 11 C4th 1, 36, (internal quotes omitted)).

76.     As a direct, foreseeable and proximate result of INSURANCE DEFENDANTS's actions as herein alleged, Plaintiff has suffered damage to its financial status, reputation, all to its general damage according to proof at trial, which is in an amount in excess of the minimum jurisdiction of this Court.

77.     The acts of INSURANCE DEFENDANTS and DOES 1-25 were intentional, willful and oppressive in that the acts were intended, designed and performed with an ulterior objective of compelling Plaintiff to forego meritorious claims, rather than endure INSURANCE DEFENDANTS' hostility and force Plaintiff to bear personal responsibility for the loss. The aforementioned conduct was the corporate practice and procedure of INSURANCE

1  DEFENDANTS, as perpetuated and directed from its management. INSURANCE DEFENDANTS'

2  deceptive and fraudulent conduct in investigating and evaluating Plaintiff's claim and intentional,

3  willful, and oppressive delay in making any payment on the claim constitutes despicable, oppressive

4  and fraudulent conduct within the meaning of *Civil Code* §3294, for which Plaintiff claims

5  damages, according to proof at trial.

6      78.    The conduct of INSURANCE DEFENDANTS as alleged herein was unreasonable

7  and in bad faith, for which Plaintiff is entitled to an award of attorneys' fees and costs incurred in

8  the prosecution of their action to recover the benefits owed to it under the POLICY, pursuant to

9  *Brandt vs. Superior Court* (1985) 37 Cal.App.3d 813, according to proof at trial.

**PRAYER FOR DAMAGES**

11      WHEREFORE, Plaintiff pray for judgment against Defendants, and each of them, as

12  follows:

13  **ON THE FIRST CAUSE OF ACTION**

14      1.    For all contractual damages as provided under the subject POLICY;

15      2.    For special damages according to proof;

16      3.    For prejudgment interest at the legal rate, to the extent authorized by law;

17      4.    For costs of suit incurred herein; and

18      5.    For such other and further relief as the Court may deem just and proper.

19  **ON THE SECOND CAUSE OF ACTION**

20      1.    For all contractual damages as provided under the subject POLICY;

21      2.    For special damages according to proof;

22      3.    For compensatory damages, including, but not limited to payment for financial losses

23          caused by Defendants' bad faith conduct according to proof;

24      4.    For prejudgment interest on any POLICY benefits owed at the legal rate, to the

25          extent authorized by law;

26      5.    For costs of suit incurred herein;

27      6.    For punitive or exemplary damages to the extent authorized and according to proof;

28      7.    For attorneys' fees pursuant to *Brandt v. Superior Court*;

**COMPLAINT**

8.    For such other and further relief as the Court may deem just and proper.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff hereby demands, as a matter of right, trial by jury in this case on all causes of action.

Dated: September 26, 2024                    ENGSTROM, LIPSCOMB & LACK

By: _____
WALTER J. LACK, ESQ.
ANDREW M. JACOBSON, ESQ.
JASON L. TILLMAN, ESQ.
SYDNEY DESMAN, ESQ.
RYAN J. FARRELL, ESQ.
Attorneys for Plaintiff

471341

20

**COMPLAINT**

# EXHIBIT 1

IL N 177 09 12

# CALIFORNIA PREMIUM REFUND DISCLOSURE NOTICE

In accordance with CAL. INS. CODE § 481.(c), we are notifying you that in the event that the first Named Insured cancels the insurance policy, we shall retain 10% of the unearned premium. The premium refunded to you will therefore be calculated as 90% of the pro rata unearned premium. But if cancellation takes place during the first year of a multiyear prepaid policy, we will return 90% of the pro rata unearned premium for the first year and the full annual premium for the subsequent years.

If you have an Equipment Breakdown policy or your policy contains an Equipment Breakdown Coverage Part, then the following premium refund calculation applies instead of that provided in the preceding paragraph. For the Equipment Breakdown policy premium or for the premium attributable to the Equipment Breakdown Coverage Part, we shall retain 25% of the unearned premium. The premium refunded to you will therefore be calculated as 75% of the pro rata unearned premium. But if cancellation takes place during the first year of a multiyear prepaid policy, we will return 75% of the pro rata unearned premium for the first year and the full annual premium for the subsequent years.

However, the penalties set forth in the preceding paragraphs will not apply under the following circumstances, even if the first Named Insured cancels the policy:

1.  The Insured(s) no longer has a financial or insurable interest in the property or business operation that is the subject of insurance;

2.  Cancellation takes place after the first year for a prepaid policy written for a term of more than one year; or

3.  The policy is rewritten in the same insuring company or company group.

 © Insurance Services Office, Inc., 2012

This page intentionally left blank

COMMERCIAL PROPERTY
PN990175 05 16
Policy Number: SPP1654476 00

Policy Period:

From: 5/15/2018          To: 5/15/2019

Named Insured RHN Automotive INC.

# NOTICE TO POLICYHOLDERS

## FOR USE WHEN POLICY DOES NOT INCLUDE FORMS:
## CP 990076 EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT
## OR
## CP 990077 EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT
## (SUB-LIMIT FORM)

## EARTHQUAKE COVERAGE IS NOT INCLUDED

We are providing notification as to whether or not your policy provides coverage for earth movement resulting from human activities such as mining, explosives and oil and gas exploration.

Subject to all policy provisions, the coverage provided by this policy IS NOT intended to cover property or liability loss resulting from Earthquakes.  Earthquake coverage is optional and available to purchase by endorsement.  Earthquakes resulting from oil and gas activities as follows are not covered by any Earthquake endorsement:

   a.   extracting oil or gas from below the earth's surface by any process, including but not limited to hydraulic fracturing or drilling; or

   b.   injecting or inserting any substance, including but not limited to, water and wastewater, below the earth's surface for any purpose;

   c.   storage of any substance, including but not limited to, water and wastewater below the earth's surface for any purpose;

   d.   Any combination of a. – c. above.

Issued Date:

PN990175 05 16

This page intentionally left blank

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

This page intentionally left blank

# DISCLOSURE NOTICE – EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your renewal policy being issued by us:

### Exclusion Of Loss Due To Virus Or Bacteria Endorsement CL 0700

This endorsement makes an explicit statement regarding a risk that is not covered under your commercial insurance. It points out that there is no coverage under such insurance for loss, cost, or expense caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. The exclusion in this endorsement applies to all coverages provided by your commercial property insurance, including (if any) property damage and business income coverages.

This page intentionally left blank

AGENCY CUSTOMER ID: _____

 **INSURANCE SUPPLEMENT - STANDARD FIRE POLICY ONLY**

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| Doxsee Foster & Associates Insurance Brokers | Security National Insurance Company | 19879 |

| POLICY NUMBER | APPLICANT / NAMED INSURED | |
|---|---|---|
| SPP1654476 00 | RHN Automotive INC. | |

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, you have a right to purchase insurance coverage for losses resulting from acts of terrorism. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 and 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

In this state, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism.  Therefore, if you reject this offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism.  Coverage for such fire losses will be provided in your policy.  The additional premium just for such fire coverage is stated below.  If you reject the offer described above for terrorism coverage, this premium is due.

**Acceptance or Rejection of Terrorism Insurance Coverage**

☐   I hereby elect to purchase terrorism coverage for a prospective premium of $ 9,039.00 _____ .

☒   I hereby decline to purchase terrorism coverage for certified acts of terrorism.  I understand that an **exclusion** of certain terrorism losses will be made part of the policy.

    If you decline this offer, the premium for terrorism (fire only) coverage is $ 1,045.00 _____ .

_____    _____    _____
    **Policyholder / Applicant's Signature**      **Print Name**    **Date**

_____    _____    _____
    **Policyholder / Applicant's Signature**      **Print Name**    **Date**

_____    _____    _____
    **Policyholder / Applicant's Signature**      **Print Name**    **Date**

_____
**Effective Date**
**Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.**

This page intentionally left blank

**Security National Insurance Company**
**800 Superior Avenue E. 21st Floor**
**Cleveland, Ohio 44114**

5/30/2018

RHN Automotive INC.
5750 Mesmer Ave
Culver City CA 90230

Re: SPP1654476 00

Dear Insured,

California Department of Insurance regulations require each Property and Casualty insurance company doing business in the State of California to report certain information as part of a "Community Service Statement". This information is being requested of all individuals and businesses who applied for new policies of insurance this year.

While we are required to make this request of you, your participation in this survey is completely voluntary. We do, however, encourage you to participate.

Your response, along with the responses of all other participants who purchased business insurance with us this year, will be combined and reported as a total to the Department of Insurance. Your response will not be seen by any person deciding the acceptability or the price of your insurance coverage.

If your coverage is presently written with another insurance company, this letter is not an offer to quote or issue a policy for you.

---

The following statement is required by the Department of Insurance:

This information is requested by the State of California in order to monitor the insurer's compliance with the law. All applicants are requested to voluntarily provide the following information.

No such information shall be used for purposes of underwriting or rating any policyholder.

---

SURVEY

**Please indicate the number of individuals of each race/national origin and gender who have ownership of your business.**

____ Male African-American                       ____ Female African-American
____ Male American Indian or Alaskan Native      ____ Female American Indian or Alaskan Native
____ Male Asian/Pacific Islander                 ____ Female Asian/Pacific Islander
____ Male Latino                                 ____ Female Latino
____ Male White                                  ____ Female White
____ Male Other                                  ____ Female Other

If you do not wish to provide this information to the Department of Insurance, please check here _____

Please return the completed survey to us at the address shown at the top of this letter or fax it to us at: 800-487-9654.

DN990006CA 2015

This page intentionally left blank

# NOTICE TO POLICYHOLDERS

# ASBESTOS EXCLUSION

This notice does NOT form a part of your insurance contract.  No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. This notice is designed to alert you to coverage changes when the following exclusionary endorsement is attached to your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy (including its endorsements) and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL**.

Your policy is being issued with the following endorsement:

IL990044 Exclusion – Asbestos

### SUMMARY

**Exclusion – Asbestos**

This endorsement excludes liability coverage for "Bodily Injury", "Property Damage", "Personal and Advertising Injury" or "Medical Payments" because of liability arising out of, resulting from, caused by or contributed to by asbestos or exposure to asbestos or its use. Also excluded are damages, loss, cost or expense arising out of assessing the presence, absence or amount or effects of asbestos; identifying, sampling, testing, detecting, cleaning up, monitoring, removing, containing, treating, detoxifying, abating, disposing or mitigating asbestos, or supervision, instructions, recommendations, warnings or advice regarding any of the above which had been given or should have been given.  Coverage for investigation or defense is also excluded under this endorsement.

Please refer to the "Exclusion – Asbestos" endorsement for further details.

This page intentionally left blank



# KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

## AmTrust Underwriting Service

In the event you need to contact someone about this insurance for any reason, please contact your agent.  If no agent was involved in the sale of this insurance, or if you have additional questions, you may contact the Amtrust Policyholder Service Office at:

## Complaint Information

If you have been unable to contact or obtain satisfaction from the insurance company or your agent, you may contact the California Department of Insurance.

**AMTRUST POLICYHOLDER SERVICE OFFICE**

AmTrust North America
800 Superior Avenue East, 21ST Floor
Cleveland, OH 44114
Telephone: 877.528.7878
Fax: 800.487.9654

**\*CALIFORNIA DEPARTMENT OF INSURANCE**

Consumer Services Division
300 S. Spring St., South Tower
Los Angeles, CA 90013
1.800.927.4357

\*The Department of Insurance requests they be contacted only after discussions with the Insurer, or your Agent or other representative, or both, have failed to produce a satisfactory resolution to the problem.  This notice is provided in compliance with Section 510 of the California Insurance Code.

> Written correspondence is preferable so that a record of your inquiry is maintained.  When contacting your agent, insurance company or the California Department of Insurance, have your policy number available.

## AmTrust Claims Service

AmTrust's claims staff has an average of 20+ years of experience and provides effective management of claims. Some of the benefits for our customers include a toll-free 24/7 centralized call center staffed by special claims operators; adjusters specialized by claim types, field adjusters to provide direct assistance at loss locations and a highly qualified panel of defense attorneys.

### Information Required for All Claims Reported

- Name of the insured and policy number
- Date, time and place of accident

- Description of accident or incident
- Name, phone and/or email of person making the report

Refer to our Website for additional information on reporting a claim
Website: https://amtrustgroup.com/small-business-insurance/claims/claim-center/report-claim

---

| **Workers' Compensation (All States)** | **Other than Workers' Compensation (All States)** |
|---|---|
| First Report of Claim: | First Report of Claim: |
| Phone: 866.272.9267 | Phone: 866.272.9267 |
| Fax: 775.908.3724 or 877.669.9140 | Fax: 877.207.3961 |
| Email: amtrustclaims@qrm-inc.com | Email: anaclaimsreporting@amtrustgroup.com |
| Claims Status: 888.239.3909 | Claims Status: 888.239.3909 |

Agents: Send ACORD Notice of Loss to www.anaclaimsreporting@amtrustgroup.com

---

**Employment Practices Liability, Cyber Liability and Data Breach Response Claims for Small Business (All States)**

Paul Poppish, VP Claims                           Phone: 312.803.4630
Amtrust North America                                      888.239.3909 ext 394630
233 N. Michigan Avenue, Suite 1200          Fax: 312.781.0423
Chicago, IL 60603                                     Paul.Poppish@amtrustgroup.com

This page intentionally left blank

# IDENTITY RECOVERY COVERAGE
# NOTICE TO POLICYHOLDERS

No coverage is provided by this summary nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations Page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL**.

Identity Recovery Coverage is included in your policy for the additional annual charge of $10.00.  Following are the highlights provided by this coverage.

## SUMMARY OF THE COVERAGE

**Identity Recovery Coverage**

We will provide the Case Management Service and Expense Reimbursement Coverage if an identity theft involving the personal identity of an individual person who is the sole proprietor of the insured business and their spouse or domestic partner, current partners of a partnership, or all individuals having an ownership position of 20% or more of a corporation or other organization.

**Case Management Service**

Case Management Service provides an Identity Recovery Case Manager to assist with communications for re-establishing the integrity of the personal identity of the insured. This includes, written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**Expense Reimbursement**

Expense Reimbursement provides reimbursement of necessary and reasonable identity recovery expenses incurred as a direct result of the identity theft.

We appreciate the opportunity to provide this coverage to you and are pleased you have chosen us to serve you. Please contact your agent with any questions you may have regarding your policy.

This page intentionally left blank



**AmTrust North America**
An AmTrust Financial Company

5/30/2018

Dear Policyholder,

In an effort to provide AmTrust customers with a variety of billing options, the below fee structure will be applied to your new policy.

This fee structure helps customers to meet payment due dates, ensures that valid and properly funded payments are submitted, and provides an incentive for paid-in-full options.

**Our fee structure is as follows:**

| Fee Title | Fee Amount | Description |
|---|---|---|
| Returned Payment Fee | $25 | A returned payment fee applied to any returned payment. |
| Late Fee | $20 | Late fee applied if payment not received on or before payment due date. |
| Installment Fee | $15 | A "paper" billing fee that is assessed for each mailed installment invoice. Excludes down payment and annual payment plans. Fee is billed at the account level. |
| Reinstatement Fee | $50 | Fee applied upon reinstatement of a non-payment cancellation. |
| EFT Fee | $3 | An "electronic" billing fee that is assessed for each ACH Direct Debit transaction. Fee is billed at the account level. |

*Fee amount may vary by state and program of business

For policyholders who choose to pay their annual premium on installments, we plan to implement an installment fee, which will be displayed on your renewal invoice.

Thank you for your attention. If you have any questions, feel free to contact our Customer Service Department at 877.528.7878.

We value you as a policyholder and appreciate the opportunity to serve you.

Sincerely,

AmTrust North America
Customer Service Department

This page intentionally left blank

# COMMERCIAL POLICY



877-528-7878

## 800 SUPERIOR AVENUE EAST, 21ST FLOOR

## CLEVELAND, OH 44114

## Security National Insurance Company

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE
DECLARATIONS PAGE
(A Stock Insurance Company)

THIS POLICY CONSISTS OF:
-- DECLARATIONS
-- COMMON POLICY CONDITIONS
-- ONE OR MORE COVERAGE PARTS, and
-- APPLICABLE FORMS AND ENDORSEMENTS

**IL-PJ-SNIC 0414**

This page intentionally left blank

## Read Your Policy Carefully

This policy is a legal contract between you and us.  The information on this page is not the insurance contract and only the actual policy provisions will control.  The policy sets forth in detail the rights and obligations of both you and us.  **It is therefore important that you read your policy carefully.**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of the policy.

This policy is signed by the President and Secretary of the insurance company and, if required by State law, this policy shall not be valid unless countersigned on the Declaration page by its authorized representative.

President                              Secretary

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

## COMMERCIAL COMMON POLICY DECLARATIONS SUMMARY PAGE

| | | | |
|---|---|---|---|
| **Policy Number** SPP1654476 00 | **Policy Period** | **From:** 5/15/2018 | **To:** 5/15/2019 |
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 109849 |
|---|---|
| RHN Automotive INC. | Doxsee Foster & Associates Insurance Brokers |
| DBA: Nissani Brothers Nissan | 600 Hampshire Road #210 |
| 5750 Mesmer Ave | Westlake Village CA 91362 |
| Culver City CA 90230 | **Telephone:** (800) 936-7837 |

| **Business Description** | **Type of Business** | **Auditable** ☒ | **Non-Auditable** ☐ |
|---|---|---|---|
| Franchise Auto Dealer | Organization Including a Corporation | **Audit Period** | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| **COVERAGE PART DESCRIPTION** | **PREMIUM** |
|---|---|
| Commercial Fire | $63,902.00 |
| Commercial Auto | $105,095.00 |
| Inland Marine | $10,145.00 |
| Crime | $4,601.00 |

| | |
|---|---|
| **Policy Premium** | $183,743.00 |
| **Deposit Premium (if applicable)** | $183,743.00 |
| **Taxes and Surcharges** | $0.00 |
| **Total Deposit Premium** | $183,743.00 |
| (Includes Taxes, Surcharges, and applicable Terrorism Premium) | |

| **FORMS AND ENDORSEMENTS\*** |
|---|
| See Forms and Endorsements Schedule |

**\*Entry optional if above in common policy declarations schedule**

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| 5/30/2018 | *Jeffrey Lee* |
|---|---|
| **Date** | **Signature of Authorized Representative** |

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL COMMON POLICY DECLARATIONS
## LOCATION SUMMARY

**Premises # 1**
5750 Mesmer Ave
Culver City CA 90230

**Premises # 2**
5701 Hannum Ave
Culver City CA 90230

**Premises # 3**
6101 W. Slauson Ave
Culver City CA 90230

**Premises # 4**
970 W. Manchester Blvd
324 S Hindy Ave
Inglewood CA 90301

**Premises # 5**
1000 W Manchester
319 S Hindy Ave & 333 S Hindy Ave
Inglewood CA 90301

**Premises # 6**
335 Glasgow
Inglewood CA 90301

**Premises # 7**
2679 Redondo Ave
Long Beach CA 90802

Issued Date: 5/30/2018

ILLOCSUM 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL COMMON POLICY DECLARATIONS
## SUB-LOCATION ADDRESS SCHEDULE

**Premises # 1 Building # 1**
5750 Mesmer Ave Culver City CA 90230
Sales and Service

**Premises # 3 Building # 1**
6101 W. Slauson Ave Culver City CA 90230
Sales and service

**Premises # 4 Building # 1**
970 W. Manchester Blvd 324 S Hindy Ave  Inglewood CA 90301
Storage lot

**Premises # 4 Building # 2**
970 W. Manchester Blvd 324 S Hindy Ave  Inglewood CA 90301
Storage lot

**Premises # 5 Building # 1**
1000 W Manchester 319 S Hindy Ave & 333 S Hindy Ave Inglewood CA 90301
333 S. Hindry - Storage lot

**Premises # 7 Building # 1**
2679 Redondo Ave Long Beach CA 90802
Storage Lot

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

| | | | |
|---|---|---|---|
| **Policy Number** SPP1654476 00 | **Policy Period** | **From:** 5/15/2018 | **To:** 5/15/2019 |
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 109849 |
|---|---|
| RHN Automotive INC. | Doxsee Foster & Associates Insurance Brokers |
| DBA: Nissani Brothers Nissan | 600 Hampshire Road #210 |
| 5750 Mesmer Ave | Westlake Village CA 91362 |
| Culver City CA 90230 | **Telephone:** (800) 936-7837 |

| **Business Description** | **Type of Business** | **Audit Period** |
|---|---|---|
| Franchise Auto Dealer | Organization Including a Corporation | Annual |

**Forms and Endorsements Applicable:**

See Forms and Endorsements Schedule

**ITEM TWO:**

**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Garage Coverage Form next to the name of the coverage. Entry of a symbol next to Liability provides coverage for "garage operations".

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT THE MOST WE WILL PAY FOR ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 21 | Each "Accident" "Garage Operations" $1,000,000 "Auto" Only $1,000,000 Other Than "Auto" Only Aggregate – "Garage Operations" $3,000,000 Other Than "Auto" Only | $84,254.00 |
| PERSONAL INJURY PROTECTION (or equivalent no-fault coverage) | | Separately Stated in each PIP endorsement minus Deductible | |
| ADDED PERSONAL INJURY PROT. (or equivalent no-fault coverage) | | Separately stated in each Added PIP endorsement | |
| PROPERTY PROTECTION INS. (Michigan only) | | Separately stated in the P.P.I. endorsement minus Deductible each accident | |
| MEDICAL PAYMENTS | 22 | $5000 Each Insured | $4,021.00 |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (VIRGINIA ONLY) | | Separately Stated In Each Medical Expense And Income Loss Benefits Endorsement | |
| UNINSURED MOTORISTS | 22 | $60,000 Each Accident | $1,089.00 |
| UNDERINSURED MOTORISTS When not included in Uninsured Motorists Coverage | | | |
| GARAGEKEEPERS COMPREHENSIVE COVERAGE | 30 | Separately Stated For Each Location In Item Six | $3,058.00 |
| GARAGEKEEPERS SPECIFIED CAUSES OF LOSS COVERAGE | | Separately Stated For Each Location In Item Six | |
| GARAGEKEEPERS COLLISION COVERAGE | 30 | Separately Stated For Each Location In Item Six | $4,896.00 |

Issued Date: 5/30/2018

GADEC 0114

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## GARAGE DECLARATIONS

| COVERAGES | COVERED AUTO SYMBOLS | LIMIT THE MOST WE WILL PAY FOR ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| PHYSICAL DAMAGE COMPREHENSIVE | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible stated in the Schedule of Covered Autos for each covered auto. See ITEM FOUR for hired or borrowed "autos". | |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS | | Actual Cash Value or Cost of Repair, whichever is less, minus $25 Deductible for each covered auto. See ITEM FOUR for hired or borrowed "autos". | |
| PHYSICAL DAMAGE COLLISION | | Actual Cash Value or Cost of Repair, whichever is less, minus the Deductible stated in the Schedule of Covered Autos for each covered auto. See ITEM FOUR for hired or borrowed "autos". | |
| PHYSICAL DAMAGE TOWING AND LABOR | | $ for each disablement of a private passenger "auto" | |

| | |
|---|---|
| **Premium for Endorsements** | $7,777.00 |
| **Estimated Total Premium** | $105,095.00 |

*This policy may be subject to final audit.

**ITEM THREE:**

**LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS**

| Location Number | Address State Your Main Business Location First |
|---|---|
| 1 | 5750 Mesmer Ave, Culver City CA 90230 |
| 2 | 5701 Hannum Ave, Culver City CA 90230 |
| 3 | 6101 W. Slauson Ave, Culver City CA 90230 |
| 4 | 970 W. Manchester Blvd, Inglewood CA 90301 |
| 5 | 1000 W Manchester, Inglewood CA 90301 |
| 6 | 335 Glasgow, Inglewood CA 90301 |
| 7 | 2679 Redondo Ave, Long Beach CA 90802 |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**ITEM FOUR:**
**LIABILITY COVERAGE – PREMIUMS**

**Location Number: 1**

| Classes Of Operators | Rating Factor(s) | Number Of Persons | Rating Units |
|---|---|---|---|
| Class IA – Employees Regular Operators | 1.000 | 6 | 6.000 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 80 | 40.000 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 173 | 69.200 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 115.200 |

| Premiums | |
|---|---|
| Liability Premium | $58,832.00 |
| Personal Injury Protection Premium | $0.00 |
| Property Protection Insurance Premium (MI Only) | |
| Medical Expense Benefits Premium (VA Only) | |
| Income Loss Benefits Premium (VA Only) | |
| Liability Premium | $58,832.00 |

**Location Number: 2**

| Classes Of Operators | Rating Factor(s) | Number Of Persons | Rating Units |
|---|---|---|---|
| Class IA – Employees Regular Operators | 1.000 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 1 | 0.400 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 0.400 |

| Premiums | |
|---|---|
| Liability Premium | $204.00 |
| Personal Injury Protection Premium | $0.00 |
| Property Protection Insurance Premium (MI Only) | |
| Medical Expense Benefits Premium (VA Only) | |
| Income Loss Benefits Premium (VA Only) | |
| Liability Premium | $204.00 |

Issued Date: 5/30/2018
GADEC 0114

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**ITEM FOUR:**
**LIABILITY COVERAGE – PREMIUMS**

**Location Number: 3**

| Classes Of Operators | Rating Factor(s) | Number Of Persons | Rating Units |
|---|---|---|---|
| Class IA – Employees Regular Operators | 1.000 | 1 | 1.000 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 42 | 21.000 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 63 | 25.200 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 47.200 |
| **Premiums** | | | |
| Liability Premium | | | $24,105.00 |
| Personal Injury Protection Premium (MI Only) | | | $0.00 |
| Property Protection Insurance Premium (MI Only) | | | |
| Medical Expense Benefits Premium (VA Only) | | | |
| Income Loss Benefits Premium (VA Only) | | | |
| Liability Premium | | | $24,105.00 |

**Location Number: 4**

| Classes Of Operators | Rating Factor(s) | Number Of Persons | Rating Units |
|---|---|---|---|
| Class IA – Employees Regular Operators | 1.000 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 1 | 0.400 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 0.400 |
| **Premiums** | | | |
| Liability Premium | | | $250.00 |
| Personal Injury Protection Premium | | | $0.00 |
| Property Protection Insurance Premium (MI Only) | | | |
| Medical Expense Benefits Premium (VA Only) | | | |
| Income Loss Benefits Premium (VA Only) | | | |
| Liability Premium | | | $250.00 |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## GARAGE DECLARATIONS

**ITEM FOUR:**
**LIABILITY COVERAGE – PREMIUMS**

| Location Number: 5 | | | |
|---|---|---|---|
| **Classes Of Operators** | **Rating Factor(s)** | **Number Of Persons** | **Rating Units** |
| Class IA – Employees Regular Operators | 1.000 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 1 | 0.400 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 0.400 |
| **Premiums** | | | |
| Liability Premium | | | $250.00 |
| Personal Injury Protection Premium | | | $0.00 |
| Property Protection Insurance Premium (MI Only) | | | |
| Medical Expense Benefits Premium (VA Only) | | | |
| Income Loss Benefits Premium (VA Only) | | | |
| Liability Premium | | | $250.00 |

| Location Number: 6 | | | |
|---|---|---|---|
| **Classes Of Operators** | **Rating Factor(s)** | **Number Of Persons** | **Rating Units** |
| Class IA – Employees Regular Operators | 1.000 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 1 | 0.400 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 0.400 |
| **Premiums** | | | |
| Liability Premium | | | $250.00 |
| Personal Injury Protection Premium | | | $0.00 |
| Property Protection Insurance Premium (MI Only) | | | |
| Medical Expense Benefits Premium (VA Only) | | | |
| Income Loss Benefits Premium (VA Only) | | | |
| Liability Premium | | | $250.00 |

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**ITEM FOUR:**
**LIABILITY COVERAGE – PREMIUMS**

| Location Number: 7 | | | |
|---|---|---|---|
| **Classes Of Operators** | **Rating Factor(s)** | **Number Of Persons** | **Rating Units** |
| Class IA – Employees Regular Operators | 1.000 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – full time | 0.500 | 0 | 0 |
| Class IB – Employees Specified non-Regular Operators – part time | 0.500 | 0 | 0 |
| Class IC – All Other Employees – full time | 0.400 | 1 | 0.400 |
| Class IC – All Other Employees – part time | 0.200 | 0 | 0 |
| Class II – Non-Employees Under Age 25 | 1.150 | 0 | 0 |
| Class II – Non-Employees Age 25 Or Over | 0.500 | 0 | 0 |
| All Employees (Only For Trailer Dealers) | | | |
| | | **Total Rating Units** | 0.400 |
| **Premiums** | | | |
| Liability Premium | | | $285.00 |
| Personal Injury Protection Premium | | | $0.00 |
| Property Protection Insurance Premium (MI Only) | | | |
| Medical Expense Benefits Premium (VA Only) | | | |
| Income Loss Benefits Premium (VA Only) | | | |
| Liability Premium | | | $285.00 |

| **Total Premium For All Locations** | $84,176.00 |
|---|---|

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**DEFINITIONS**

**Class I - Employees**

**Class IA – Regular Operators**

Proprietors, partners and officers active in "garage operations". Salespersons, managers and any "employee" who's principal duty involves the operation of covered "autos" or who is furnished a covered "auto" for personal use.

**Class IB – Salespersons and Managers – other than Regular Operators**

Salespersons and managers not furnished a covered "auto" for personal use and who's principal duty does not involve the operation of covered "autos".

**Class IC – All Others**

All other "employees"

**NOTE:**

1. Part-time "employees" working an average of 20 hours or more a week for the number of weeks worked are to be counted as 1 rating unit each.
2. Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II – Non-Employees**

Any of the following persons who are regularly furnished with a covered "auto": Inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

**ITEM FIVE:**

**LIABILITY COVERAGE FOR YOUR CUSTOMERS**

Unless indicated by "X" below, limited liability coverage is provided for your customers in accordance with Paragraph

**a.(2)(d)** of Who Is An Insured under Section **II** – Liability Coverage.

☐ If this box is checked Paragraph **a.(2)(d)** of Who Is An Insured under Section **II** – Liability Coverage does not apply.

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**ITEM SIX:**

**GARAGEKEEPERS COVERAGES AND PREMIUMS**

| Location Number: 1 | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| **Comprehensive or Specified Causes Of Loss** | $2,000,000 Minus<br>$2,500 Deductible For All Perils Subject To<br>$10,000 Maximum Deductible For All Such Loss In Any One Event;<br>Or<br>Minus<br>Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism Subject To<br>Maximum Deductible For All Such Loss In Any One Event. | $1,872.00 |
| **Collision** | $2,000,000 Minus<br>$2,500 Deductible For Each Customer's Auto. | $3,010.00 |

| Location Number: 3 | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| **Comprehensive or Specified Causes Of Loss** | $1,000,000 Minus<br>$2,500 Deductible For All Perils Subject To<br>$10,000 Maximum Deductible For All Such Loss In Any One Event;<br>Or<br>Minus<br>Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism Subject To<br>Maximum Deductible For All Such Loss In Any One Event. | $1,186.00 |
| **Collision** | $1,000,000 Minus<br>$2,500 Deductible For Each Customer's Auto. | $1,886.00 |

| | |
|---|---|
| **Total Premium For All Locations** | $7,954.00 |

Issued Date: 5/30/2018
GADEC 0114

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# GARAGE DECLARATIONS

**ITEM SIX:**

**GARAGEKEEPERS COVERAGES AND PREMIUMS (Continued)**

**DIRECT COVERAGE OPTIONS**

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☒ **Primary Insurance**

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

**ITEM SEVEN:**
**PHYSICAL DAMAGE COVERAGE – TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS – PREMIUMS – REPORTING OR NONREPORTING BASIS**

Each of the following Physical Damage Coverages that is indicated in Item Two applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types of Autos | | Interests Covered | | | |
|---|---|---|---|---|---|---|
| | New Autos | Used Autos, Demonstrators And Service Vehicles | Your Interest In Covered Autos You Own | Your Interest Only In Financed Covered Autos | Your Interest And The Interest Of Any Creditor Named As A Loss Payee | All Interests In Any Auto Not Owned By You Or Any Creditor While In Your Possession On Consignment For Sale |
| **Comprehensive** | | | | | | |
| **Specified Causes Of Loss** | | | | | | |
| **Collision** | | | | | | |

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## GARAGE DECLARATIONS

**ITEM SEVEN:**
**PHYSICAL DAMAGE COVERAGE – TYPES OF COVERED AUTOS AND INTERESTS IN THESE
AUTOS – PREMIUMS – REPORTING OR NONREPORTING BASIS (Continued)**

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## GARAGE DECLARATIONS

**ITEM SEVEN:**

**PHYSICAL DAMAGE COVERAGE – TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS – PREMIUMS – REPORTING OR NONREPORTING BASIS (Continued)**

| Collision (All Locations) | Minus Deductible For Each Covered Auto. | | | | |
|---|---|---|---|---|---|
| | **Blanket Annual Collision Rates** | | | | |
| | First $50,000 | $50,001 to $100,000 | Over $100,000 | Adjustment Factor | **Premium** |
| | 0 | 0 | 0 | 0 | $0.00 |

| Total Premium For All Locations | $0.00 |
|---|---|

| Our limit of insurance for "loss" at locations other than those stated in Item Three. | |
|---|---|
| $ | Additional locations where you store covered "autos" |
| $ | In transit |

**Premium Basis** – Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X")

☐ **Reporting Basis** (Quarterly or Monthly as indicated below by "X")

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your "employees" or family members and other Class II – Non-Employees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in Item Three. For your main sales location you must include the total value of all service vehicles.

**Your Reporting Basis Is:**

☐ **Quarterly**

You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ **Monthly**

You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☒ **Nonreporting Basis**

Stated limit of insurance shown above applies.

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## GARAGE DECLARATIONS

**ITEM SEVEN:**

**PHYSICAL DAMAGE COVERAGE – TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS – PREMIUMS – REPORTING OR NONREPORTING BASIS (Continued)**

| **Loss Payee –** Any loss is payable as interest may appear to you and: |
| --- |

**ITEM EIGHT:**

**MEDICAL PAYMENTS COVERAGE (REFER TO ITEM NINE FOR COVERED AUTOS INSURED ON A SPECIFIED CAR BASIS.)**

| Coverage | Premium Determination | Premium |
| --- | --- | --- |
| Auto Medical Payments Only | Auto Medical Payments Premium Equals % Of The Liability Premium. | |
| Premises And Operations Medical Payments (Does Not Apply To Bodily Injury Caused By Any Auto) | Premises And Operations Medical Payments Premium Equals % Of The Liability Premium. | |
| Premises And Operations And Auto Medical Payments | Premises And Operations And Auto Medical Payments Premium Equals 0.048% Of The Liability Premium. | $4,021.00 |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

## COMMERCIAL PROPERTY COVERAGE DECLARATIONS

| Policy Number SPP1654476 00 | Policy Period | From: 5/15/2018   To: 5/15/2019 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
New Business

| **Named Insured and Address**<br>RHN Automotive INC.<br>DBA: Nissani Brothers Nissan<br>5750 Mesmer Ave<br>Culver City CA 90230 | **Producer:** 109849<br>Doxsee Foster & Associates Insurance Brokers<br>600 Hampshire Road #210<br>Westlake Village CA 91362<br>**Telephone:** (800) 936-7837 |
|---|---|

| **Business Description**<br>Franchise Auto Dealer | **Type of Business**<br>Organization Including a<br>Corporation | **Audit Period**<br>Annual |
|---|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**DESCRIPTION OF PREMISES**
  Refer to attached schedule.

**COVERAGES PROVIDED**
  Refer to attached schedule, if any.

**OPTIONAL COVERAGES**
  Refer to attached schedule, if any.

**MORTGAGEES AND ADDITIONAL INTERESTS**
  Refer to attached schedule, if any.

TOTAL PREMIUM FOR THIS COVERAGE PART    $63,902.00

| **FORMS AND ENDORSEMENTS*** |
|---|
| See forms and Endorsements Schedule |

**\*Entry optional if shown in common policy declarations.**

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

|  |  |
|---|---|
| 5/30/2018 | *Jeffrey Ford* |
| **Date** | **Signature of Authorized Representative** |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## DESCRIPTION OF PREMISES

| Loc. No. | Bldg. No. | Occupancy | Construction | Class | Prot. | Terr. | EQ Class. | EQ Terr. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Automobile Repair or Service Shops – Major engine or body repair | Joisted Masonry (Code 2) | 0933 | 1 | 607 | | |
| 3 | 1 | Automobile Repair or Service Shops – Major engine or body repair | Modified Fire Resistive (Code 5) | 0933 | 1 | 607 | | |
| 4 | 1 | Automobile Storage – parking garages – business or public – no repair or service | Joisted Masonry (Code 2) | 0931 | 3 | 606 | | |
| 4 | 2 | Automobile Storage – parking garages – business or public – no repair or service | Joisted Masonry (Code 2) | 0931 | 3 | 606 | | |
| 5 | 1 | Automobile Storage – parking garages – business or public – no repair or service | Joisted Masonry (Code 2) | 0931 | 3 | 606 | | |
| 7 | 1 | Automobile Storage – parking garages – business or public – no repair or service | Joisted Masonry (Code 2) | 0931 | 2 | 619 | | |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## DESCRIPTION OF COVERAGES PROVIDED

| Loc. No. | Bldg. No. | Coverage | Limit of Insurance | Blanket Coverage | Covered Causes of Loss | Coinsurance* | Deductible |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Building | BLKT | Yes | Special | 90% | $2,500 |
| 1 | 1 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $2,500 |
| 1 | 1 | Business Income including Rental Value with Extra Expense – ALS | BLKT | Yes | Special | 90% | |
| 1 | 1 | Ordinance Or Law Combined B And C | $3,000,000 | | Special | | $2,500 |
| 1 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | $100,000 | | Special | 80% | $2,500 |
| 1 | 1 | Fences/Arbors/Metal/Masonry | $25,000 | | Special | 80% | $2,500 |
| 1 | 1 | Billboards/Signs/OtherThanMetal | $250,000 | | Special | 80% | $2,500 |
| 3 | 1 | Building | BLKT | Yes | Special | 90% | $2,500 |
| 3 | 1 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $2,500 |
| 3 | 1 | Business Income including Rental Value with Extra Expense – ALS | BLKT | Yes | Special | 90% | |
| 3 | 1 | Ordinance Or Law Combined B And C | $1,000,000 | | Special | | $2,500 |
| 3 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | $100,000 | | Special | 80% | $2,500 |
| 3 | 1 | Fences/Arbors/Metal/Masonry | $25,000 | | Special | 80% | $2,500 |
| 3 | 1 | Billboards/Signs/OtherThanMetal | $250,000 | | Special | 80% | $2,500 |
| 4 | 1 | Building | BLKT | Yes | Special | 90% | $500 |
| 4 | 1 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $500 |
| 4 | 1 | Business Income including Rental Value with Extra Expense – ALS | BLKT | Yes | Special | 90% | |
| 4 | 1 | Ordinance Or Law Combined B And C | $250,000 | | Special | | $500 |
| 4 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | $100,000 | | Special | 80% | $500 |
| 4 | 1 | Fences/Arbors/Metal/Masonry | $25,000 | | Special | 80% | $500 |
| 4 | 2 | Building | BLKT | Yes | Special | 90% | $500 |
| 4 | 2 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $500 |
| 4 | 2 | Business Income including Rental Value with Extra Expense – ALS | BLKT | Yes | Special | 90% | |
| 4 | 2 | Ordinance Or Law Combined B And C | $250,000 | | Special | | $500 |
| 4 | 2 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | $100,000 | | Special | 80% | $500 |
| 4 | 2 | Fences/Arbors/Metal/Masonry | $25,000 | | Special | 80% | $500 |
| 5 | 1 | Building | BLKT | Yes | Special | 90% | $2,500 |
| 5 | 1 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $2,500 |
| 5 | 1 | Business Income including Rental Value with Extra Expense – ALS | BLKT | Yes | Special | 90% | |
| 5 | 1 | Ordinance Or Law Combined B And C | $125,000 | | Special | | $2,500 |
| 5 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | $100,000 | | Special | 80% | $2,500 |
| 5 | 1 | Fences/Arbors/Metal/Masonry | $25,000 | | Special | 80% | $2,500 |
| 7 | 1 | Building | BLKT | Yes | Special | 90% | $2,500 |
| 7 | 1 | Personal Property Of The Insured | BLKT | Yes | Special | 90% | $2,500 |
| 7 | 1 | Ordinance Or Law Combined B And C | $250,000 | | Special | | $2,500 |

*IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

Issued Date: 5/30/2018

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## DESCRIPTION OF OPTIONAL COVERAGES PROVIDED

| Loc. No. | Bldg. No. | Coverage | Effective Date | Expiration Date | Agreed Value | Valuation* Bldg. | Valuation* Pers. Prop. | Valuation* Incl "Stock" | Inflation Guard Bldg. | Inflation Guard Pers. Prop. | Indemnity Monthly Limit | Indemnity Extended Period | Indemnity Maximum Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Building | | | | RC | | | | | | | |
| 1 | 1 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 1 | 1 | Business Income including Rental Value with Extra Expense – ALS | | | | | | | | | | | |
| 1 | 1 | Ordinance Or Law Combined B And C | | | | | | | | | | | |
| 1 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | | | | RC | | | | | | | |
| 1 | 1 | Fences/Arbors/Metal/Masonry | | | | RC | | | | | | | |
| 1 | 1 | Billboards/Signs/OtherThanMetal | | | | RC | | | | | | | |
| 3 | 1 | Building | | | | RC | | | | | | | |
| 3 | 1 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 3 | 1 | Business Income including Rental Value with Extra Expense – ALS | | | | | | | | | | | |
| 3 | 1 | Ordinance Or Law Combined B And C | | | | | | | | | | | |
| 3 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | | | | RC | | | | | | | |
| 3 | 1 | Fences/Arbors/Metal/Masonry | | | | RC | | | | | | | |
| 3 | 1 | Billboards/Signs/OtherThanMetal | | | | RC | | | | | | | |
| 4 | 1 | Building | | | | RC | | | | | | | |
| 4 | 1 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 4 | 1 | Business Income including Rental Value with Extra Expense – ALS | | | | | | | | | | | |
| 4 | 1 | Ordinance Or Law Combined B And C | | | | | | | | | | | |
| 4 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | | | | RC | | | | | | | |
| 4 | 1 | Fences/Arbors/Metal/Masonry | | | | RC | | | | | | | |

* RC - Replacement Cost
FRC - Functional Replacement Cost
ACV - Actual Cash Value

Issued Date: 5/30/2018

CPDECD 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## DESCRIPTION OF OPTIONAL COVERAGES PROVIDED

| Loc. No. | Bldg. No. | Coverage | Effective Date | Expiration Date | Agreed Value | Valuation* Bldg. | Pers. Prop. | Incl "Stock" | Inflation Guard Bldg. | Pers. Prop. | Monthly Limit | Indemnity Extended Period | Maximum Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 2 | Building | | | | RC | | | | | | | |
| 4 | 2 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 4 | 2 | Business Income including Rental Value with Extra Expense – ALS | | | | | | | | | | | |
| 4 | 2 | Ordinance Or Law Combined B And C | | | | | | | | | | | |
| 4 | 2 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | | | | RC | | | | | | | |
| 4 | 2 | Fences/Arbors/Metal/Masonry | | | | RC | | | | | | | |
| 5 | 1 | Building | | | | RC | | | | | | | |
| 5 | 1 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 5 | 1 | Business Income including Rental Value with Extra Expense – ALS | | | | | | | | | | | |
| 5 | 1 | Ordinance Or Law Combined B And C | | | | | | | | | | | |
| 5 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | | | | RC | | | | | | | |
| 5 | 1 | Fences/Arbors/Metal/Masonry | | | | RC | | | | | | | |
| 7 | 1 | Building | | | | RC | | | | | | | |
| 7 | 1 | Personal Property Of The Insured | | | | | RC | X | | | | | |
| 7 | 1 | Ordinance Or Law Combined B And C | | | | | | | | | | | |

* RC - Replacement Cost
FRC - Functional Replacement Cost
ACV - Actual Cash Value

Issued Date: 5/30/2018
CPDECD 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## SUPPLEMENTAL DECLARATIONS BLANKET

| Loc No. | Bldg No. | Coverage | Blanket Limit | Coinsurance | Covered Causes of Loss | Premium |
|---------|----------|----------|---------------|-------------|------------------------|---------|
| BLKT | BLKT | Building and Personal Property | $40,396,050 | 90% | Special | $24,641.00 |
| BLKT | BLKT | Business Income | $21,000,000 | 90% | Special | $20,370.00 |
| | | **Total Blanket Property Premium** | | | | $45,011.00 |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL PROPERTY
## SUPPLEMENTAL DECLARATIONS

LOCATION SCHEDULE PREMIUM CHARGES:

| Loc No. | Bldg No. | Coverage | Covered Causes of Loss | Premium |
|---|---|---|---|---|
| 1 | 1 | Building | Special Including Theft | Blanket |
| 1 | 1 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 1 | 1 | Business Income including Rental Value with Extra Expense – ALS | Special Including Theft | Blanket |
| 1 | 1 | Ordinance Or Law Combined B And C | Special Including Theft | $960.00 |
| 1 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | Special Including Theft | $184.00 |
| 1 | 1 | Fences/Arbors/Metal/Masonry | Special Including Theft | $49.00 |
| 1 | 1 | Billboards/Signs/OtherThanMetal | Special Including Theft | $5,390.00 |
| | | | **Location 1 Total** | $6,583.00 |
| 3 | 1 | Building | Special Including Theft | Blanket |
| 3 | 1 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 3 | 1 | Business Income including Rental Value with Extra Expense – ALS | Special Including Theft | Blanket |
| 3 | 1 | Ordinance Or Law Combined B And C | Special Including Theft | $500.00 |
| 3 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | Special Including Theft | $184.00 |
| 3 | 1 | Fences/Arbors/Metal/Masonry | Special Including Theft | $49.00 |
| 3 | 1 | Billboards/Signs/OtherThanMetal | Special Including Theft | $5,390.00 |
| | | | **Location 3 Total** | $6,123.00 |
| 4 | 1 | Building | Special Including Theft | Blanket |
| 4 | 1 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 4 | 1 | Business Income including Rental Value with Extra Expense – ALS | Special Including Theft | Blanket |
| 4 | 1 | Ordinance Or Law Combined B And C | Special Including Theft | $144.00 |
| 4 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | Special Including Theft | $199.00 |
| 4 | 1 | Fences/Arbors/Metal/Masonry | Special Including Theft | $53.00 |
| 4 | 2 | Building | Special Including Theft | Blanket |
| 4 | 2 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 4 | 2 | Business Income including Rental Value with Extra Expense – ALS | Special Including Theft | Blanket |
| 4 | 2 | Ordinance Or Law Combined B And C | Special Including Theft | $189.00 |
| 4 | 2 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | Special Including Theft | $199.00 |
| 4 | 2 | Fences/Arbors/Metal/Masonry | Special Including Theft | $53.00 |
| | | | **Location 4 Total** | $837.00 |
| 5 | 1 | Building | Special Including Theft | Blanket |
| 5 | 1 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 5 | 1 | Business Income including Rental Value with Extra Expense – ALS | Special Including Theft | Blanket |
| 5 | 1 | Ordinance Or Law Combined B And C | Special Including Theft | $106.00 |
| 5 | 1 | Street Lights, Metal Street LightsMetersSignsSignals/FlagPoles/Metal | Special Including Theft | $184.00 |
| 5 | 1 | Fences/Arbors/Metal/Masonry | Special Including Theft | $49.00 |
| | | | **Location 5 Total** | $339.00 |
| 7 | 1 | Building | Special Including Theft | Blanket |
| 7 | 1 | Personal Property Of The Insured | Special Including Theft | Blanket |
| 7 | 1 | Ordinance Or Law Combined B And C | Special Including Theft | $214.00 |
| | | | **Location 7 Total** | $214.00 |

Total for All Locations: $14,096.00

Issued Date: 5/30/2018
CPDECF 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

# COMMERCIAL PROPERTY
# SUPPLEMENTAL DECLARATIONS

OTHER PROPERTY COVERAGE PREMIUM CHARGES:

| Coverage | Premium |
|---|---|
| Expanded Property Expanded Property | $150.00 |
| Identity Recovery | $10.00 |
| Utility Services - Time Element (see coverage form) | $3,495.00 |
| Terrorism | $1,140.00 |

**Total Other Property:** $4,795.00
**Total Blanket Property:** $45,011.00

**Total Property Premium Charges:** $63,902.00
(Excludes Taxes and Surcharges)

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

## COMMERCIAL INLAND MARINE COVERAGE DECLARATIONS

| **Policy Number** SPP1654476 00 | **Policy Period** | **From:** 5/15/2018    **To:** 5/15/2019 |
|---|---|---|
| | | 12:01 A.M. Standard Time at the Name Insured's Address |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 109849 |
|---|---|
| RHN Automotive INC. | Doxsee Foster & Associates Insurance Brokers |
| DBA: Nissani Brothers Nissan | 600 Hampshire Road #210 |
| 5750 Mesmer Ave | Westlake Village CA 91362 |
| Culver City CA 90230 | **Telephone:** (800) 936-7837 |

| **Business Description** | **Type of Business** | **Audit Period** |
|---|---|---|
| Franchise Auto Dealer | Organization Including a Corporation | Annual |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| **COVERAGE** | **PREMIUM** |
|---|---|
| Electronic Data Processing | $4,625.00 |
| Contractor's Equipment | $5,000.00 |
| Valuable Papers | $373.00 |
| Accounts Receivable | $144.00 |
| Terrorism | $3.00 |

**TOTAL PREMIUM FOR THIS COVERAGE PART**    $10,145.00

| **FORMS AND ENDORSEMENTS\*** |
|---|
| See forms and Endorsements Schedule |

**\*Entry optional if shown in common policy declarations.**

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

_5/30/2018_
**Date**

_Signature of Authorized Representative_

This page intentionally left blank

Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## ACCOUNTS RECEIVABLE COVERAGE DECLARATIONS

**PREMIUM FOR THIS COVERAGE FORM** $72.00

**LIMITS OF INSURANCE**

A.  COVERAGE APPLICABLE AT YOUR PREMISES

Address - See attached schedule for complete address.                    Limit of Insurance

| Prem | Bldg | |
|------|------|---|
| 3 | 1 | $500,000.00 |
| 1 | 1 | $500,000.00 |

B.  COVERAGE APPLICABLE AWAY FROM YOUR PREMISES              $50,000.00

C.  COVERAGE APPLICABLE AT ALL LOCATIONS                   $1,050,000.00

**DESCRIPTION OF RECEPTACLES**

| Prem | Bldg | Manufacturer | Class | / Label | / Issuer |
|------|------|-------------|-------|---------|----------|
| 3 | 1 | | None | | |
| 1 | 1 | | None | | |

**COINSURANCE**

The Coinsurance amount is 80% unless otherwise stated.

**DEDUCTIBLE**

The Deductible amount is $0 unless otherwise stated.

**DUPLICATE RECORDS**

If the Duplicate Records endorsement is attached, the following applies:
  PERCENTAGE DUPLICATED   51% - 89%

**RATES AND PREMIUM**

A. Non-reporting
  Rate $                              Premium $72

B.  Reporting
  1. Deposit Premium $
  2. Minimum Annual Premium $
  3. Reporting Period            ☐ Annual   ☐ Semi-Annual   ☐ Quarterly   ☐ Monthly
  4. Premium Adjustment Period   ☐ Annual   ☐ Semi-Annual   ☐ Quarterly   ☐ Monthly
  5. Rate $                                Premium $

**SPECIAL PROVISIONS (if any)**

Issued Date: 5/30/2018

CMDECB 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## ELECTRONIC DATA PROCESSING COVERAGE DECLARATIONS

| **PREMIUM FOR THIS COVERAGE FORM** | | | $4,625.00 |
|---|---|---|---|

**COVERAGE PROVISIONS**

| | Prem | Address | Limit of Insurance |
|---|---|---|---|
| A. HARDWARE | | | |
| | 1 | 5750 Mesmer Ave | $250,000 |
| | 3 | 6101 W. Slauson Ave | $250,000 |
| | 4 | 970 W. Manchester Blvd | $50,000 |
| | 5 | 1000 W Manchester | $500,000 |
| B. MEDIA | | | |
| | 1 | 5750 Mesmer Ave | $100,000 |
| | 3 | 6101 W. Slauson Ave | $100,000 |
| | 4 | 970 W. Manchester Blvd | $100,000 |
| | 5 | 1000 W Manchester | $100,000 |
| C. PROG AND APP | | | |
| D. DATA RECORDS | | | |
| | 1 | 5750 Mesmer Ave | $100,000 |
| | 3 | 6101 W. Slauson Ave | $100,000 |
| | 4 | 970 W. Manchester Blvd | $100,000 |
| | 5 | 1000 W Manchester | $100,000 |
| E. PROPRIETARY PROG | | | |
| F. INCOME COV | | | |

---

**DEDUCTIBLE**

The Deductible amount is $1,000 unless otherwise stated.

| Mechanical Breakdown, Electical Disturbance, and Power Supply Disturbance Deductible: | $1,000 |
|---|---|

---

**SPECIAL PROVISIONS (if any)**

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## VALUABLE PAPERS AND RECORDS COVERAGE DECLARATIONS

---

**PREMIUM FOR THIS COVERAGE FORM**                                    $373.00

---

**LIMITS OF INSURANCE**

A. PROPERTY AT YOUR PREMISES

  1.  Specifically Described Property

| Prem | Bldg | Description | Limit of Insurance |
|------|------|-------------|--------------------|

  2. All Other Covered Property                                  $400,000
B. PROPERTY AWAY FROM YOUR PREMISES                                  $310,000

---

**DESCRIPTION OF RECEPTACLES**

| Prem | Bldg | Manufacturer | Class / Label / Issuer |
|------|------|--------------|------------------------|
| 1 | 1 | | None |
| 3 | 1 | | None |
| 4 | 1 | | None |
| 5 | 1 | | None |

---

**DEDUCTIBLE**

  The Deductible amount is $1,000 unless otherwise stated.

---

**SPECIAL PROVISIONS (if any)**

---

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

## COMMERCIAL CRIME COVERAGE DECLARATIONS

| | | | |
|---|---|---|---|
| **Policy Number** SPP1654476 00 | **Policy Period** | **From:** 5/15/2018 | **To:** 5/15/2019 |
| | | 12:01 A.M. Standard Time at the Name Insured's Address | |

**Transaction**
New Business

| **Named Insured and Address** | **Producer:** 109849 |
|---|---|
| RHN Automotive INC. | Doxsee Foster & Associates Insurance Brokers |
| DBA: Nissani Brothers Nissan | 600 Hampshire Road #210 |
| 5750 Mesmer Ave | Westlake Village CA 91362 |
| Culver City CA 90230 | **Telephone:** (800) 936-7837 |

| **Business Description** | **Type of Business** | **Auditable** ☒ | **Non-Auditable** ☐ |
|---|---|---|---|
| Franchise Auto Dealer | Organization Including a Corporation | **Audit Period** | Annual |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

**Employee Benefit Plan(s) Included As Insureds:** Nissani Bros 401k

**INSURING AGREEMENTS, LIMITS OF INSURANCE AND DEDUCTIBLE** Description of Premises: See attached schedule

| Prem | Bldg | Plan | Coverage | Limit | Deductible |
|---|---|---|---|---|---|
| | | | Computer Fraud | $50,000 | $2,500 |
| | | | Employee Theft Blanket | $500,000 | $2,500 |
| | | | Forgery or Alteration | $250,000 | $2,500 |
| | | | Inside the Premises - Theft of Money and Securities | $50,000 | $2,500 |
| | | | Money Orders and Counterfeit Money Insuring Agreement | $50,000 | $2,500 |
| | | | Outside the Premises Insuring Agreement | $50,000 | $2,500 |

**TOTAL PREMIUM FOR THIS COVERAGE PART** $4,601.00

| **FORMS AND ENDORSEMENTS*** |
|---|
| See Forms and Endorsements Schedule |

***Entry optional if shown in common policy declarations.**

THESE DECLARATIONS TOGETHER WITH THE COVERAGE DECLARATIONS, COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

| 5/30/2018 | *[signature]* |
|---|---|
| **Date** | **Signature of Authorized Representative** |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL CRIME COVERAGE DECLARATIONS

| Coverage | Limit | Limit Per Guest | Limit Per Occurrence | Ded | Num Ratable Emp | Num Addl Prem | Num Prem | Num Rooms | Prem To Min | Final Prem |
|---|---|---|---|---|---|---|---|---|---|---|
| Outside the Premises | $50,000 | $0 | $0 | $2,500 | 75 | 2 | 0 | 0 | $0.00 | $68.00 |
| Computer Fraud | $50,000 | $0 | $0 | $2,500 | 75 | 2 | 0 | 0 | $0.00 | $489.00 |
| Money Orders and Counterfeit Money | $50,000 | $0 | $0 | $2,500 | 75 | 0 | 0 | 0 | $0.00 | $9.00 |
| Employee Theft | $500,000 | $0 | $0 | $2,500 | 75 | 0 | 0 | 0 | $0.00 | $2,775.00 |
| Forgery Or Alteration | $250,000 | $0 | $0 | $2,500 | 75 | 2 | 0 | 0 | $0.00 | $624.00 |
| Inside the Premises Theft Of Money and Securities | $50,000 | $0 | $0 | $2,500 | 75 | 2 | 0 | 0 | $0.00 | $636.00 |

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL COMMON POLICY DECLARATIONS
## INSTALLMENT SCHEDULE

The period covered by this installment payment provision is from <u>5/15/2018</u> to <u>5/15/2019</u> beginning and ending at 12:01 AM standard time at the address of the insured.

## PREMIUM SUMMARY

The premium is due on the following dates:

| Date | Amount |
|------|--------|
| 6/15/2018 | $18,374.30 |
| 7/15/2018 | $18,374.30 |
| 8/15/2018 | $18,374.30 |
| 9/15/2018 | $18,374.30 |
| 10/15/2018 | $18,374.30 |
| 11/15/2018 | $18,374.30 |
| 12/15/2018 | $18,374.30 |
| 1/15/2019 | $18,374.30 |
| 2/15/2019 | $18,374.30 |
| 3/15/2019 | $18,374.30 |

This policy may be subject to premium adjustment per policy terms.

Issued Date: 5/30/2018

ILINSCH 0414

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL COMMON POLICY DECLARATIONS
## FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| CF | 311139 | 04/07 | BUSINESS INCOME - ACTUAL LOSS SUSTAINED (TWELVE MONTH LIMITATION) |
| CF | 311216 | 03/14 | COMMERCIAL PROPERTY EXPANDED COVERAGE |
| CA | CA990201 | 07/15 | AUTO SERVICE PLUS - GARAGEKEEPERS WINDSTORM, HAIL OR FLOOD DEDUCTIBLE |
| CA | CA990203 | 07/15 | AUTO SERVICE PLUS - GARAGEKEEPERS EARTHQUAKE DEDUCTIBLE ENDORSEMENT |
| CA | CA990214 | 07/15 | AUTO SERVICE PLUS - GARAGEKEEPERS WINDSTORM OR HAIL DEDUCTIBLE |
| CA | CA990216 | 07/15 | AUTO SERVICE PLUS - GARAGE EXTENSION & ADDITIONAL CONDITIONS ENDORSEMENT |
| CA | CA990221CA | 09/15 | AUTO SERVICE PLUS – CALIFORNIA AUTO MEDICAL PAYMENTS COVERAGE |
| CA | CA990228 | 07/15 | AUTO SERVICE PLUS – DEDUCTIBLE LIABILITY COVERAGE |
| CA | CA990234 | 07/15 | AUTO SERVICE PLUS - GARAGE LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE |
| CA | CA990246 | 07/15 | AUTO SERVICE PLUS - SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE |
| CA | CA990252 | 07/15 | AUTO SERVICE PLUS - EXCLUSION OF TERRORISM |
| CA | CA990260 | 07/15 | AUTO SERVICE PLUS - GARAGE COVERAGE FORM |
| CA | CA990261 | 09/15 | AUTO SERVICE PLUS – GARAGE POLICY EXTENSION ENDORSEMENT |
| CA | CA990304 | 07/15 | AUTO SERVICE PLUS - DAMAGE TO WORK EXTENSION |
| CA | CA990305 | 07/15 | AUTO SERVICE PLUS – GARAGE POLICY ERRORS AND OMISSIONS EXPANSION |
| CA | CA990331CA | 01/18 | AUTO SERVICE PLUS - CALIFORNIA UNINSURED MOTORISTS COVERAGE - BODILY INJURY |
| CA | CA990352 | 07/15 | AUTO SERVICE PLUS - IDENTITY THEFT - VICARIOUS LIABILITY COVERAGE ENDORSEMENT |
| CA | CA990380CA | 05/17 | AUTO SERVICE PLUS – CALIFORNIA CHANGES |
| CM | CL0100 | 03/99 | COMMON POLICY CONDITIONS |
| CM | CL0162 | 08/06 | AMENDATORY ENDORSEMENT CALIFORNIA |
| CM | CL0700 | 10/06 | VIRUS OR BACTERIA EXCLUSION |
| CM | CM0001 | 09/04 | COMMERCIAL INLAND MARINE CONDITIONS |
| CM | CM0066 | 03/10 | ACCOUNTS RECEIVABLE COVERAGE FORM |
| CM | CM0067 | 03/10 | VALUABLE PAPERS AND RECORDS COVERAGE FORM |
| CF | CP0010 | 10/12 | BUILDING AND PERSONAL PROPERTY COVERAGE |
| CF | CP0030 | 10/12 | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |
| CF | CP0090 | 07/88 | COMMERCIAL PROPERTY CONDITIONS |
| CF | CP0140 | 07/06 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CF | CP0299 | 06/07 | CANCELLATION CHANGES |
| CF | CP0411 | 10/12 | PROTECTIVE SAFEGUARDS |

Issued Date: 5/30/2018

This page intentionally left blank



Security National Insurance Company
4455 LBJ Freeway, Suite 700
Dallas, Texas 75244

**Policy Number:**
SPP1654476 00
**Named Insured:**
RHN Automotive INC.

## COMMERCIAL COMMON POLICY DECLARATIONS
### FORMS AND ENDORSEMENTS SCHEDULE

| Coverage | Form Number | Edition Date | Title |
|---|---|---|---|
| CF | CP0449 | 12/05 | CALIFORNIA CHANGES – REPLACEMENT COST |
| CF | CP1030 | 10/12 | CAUSES OF LOSS-SPECIAL FORM |
| CF | CP1440 | 06/07 | OUTDOOR SIGNS |
| CF | CP1540 | 06/07 | CALIFORNIA - CIVIL AUTHORITY CHANGE(S) |
| CF | CP1545 | 10/12 | UTILITY SERVICES – TIME ELEMENT |
| CR | CR0021 | 11/15 | COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FORM) |
| CR | CR0249 | 09/12 | CALIFORNIA CHANGES |
| CR | CR0310 | 08/17 | CALIFORNIA CHANGES – PREMIUM |
| IL | IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IL | IL0021 | 09/08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL | IL0102 | 05/05 | CALIFORNIA CHANGES – ACTUAL CASH VALUE |
| IL | IL0103 | 09/07 | CALIFORNIA CHANGES – ACTUAL CASH VALUE |
| IL | IL0104 | 09/07 | CALIFORNIA CHANGES |
| IL | IL0270 | 09/12 | CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL |
| IL | IL0935 | 07/02 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL | IL0953 | 01/15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| IL | IL0985 | 01/15 | DISCLOSURE PURSUANT TO TERRORISM RISK |
| IL | IL990034 | 09/14 | IDENTITY RECOVERY COVERAGE |
| IL | IL990044 | 01/17 | ASBESTOS EXCLUSION |
| CA | ILN119 | 10/15 | CALIFORNIA REVISED AUTO BODY REPAIR CONSUMER BILL OF RIGHT FORM AVAILABLE FOR USE |
| CA | ILU001 | 09/03 | CALIFORNIA UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION |
| CM | IM2009 | 01/12 | AMENDATORY ENDORSEMENT CALIFORNIA |
| CM | IM7000 | 04/04 | CONTRACTORS' EQUIPMENT COVERAGE |
| CM | IM7005 | 04/04 | SCHEDULE OF COVERAGES - CONTRACTORS' EQUIPMENT |
| CM | IM7030 | 04/04 | EQUIPMENT SCHEDULE - CONTRACTORS' EQUIPMENT |
| CM | IM7200 | 10/02 | ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE PART |
| CM | IM7205 | 10/02 | ELECTRONIC DATA PROCESSING SCHEDULE OF COVERAGES SCHEDULED LIMITS |
| CM | IM7215 | 09/03 | ELECTRONIC DATA PROCESSING INCOME COVERAGE PART |

This page intentionally left blank

POLICY NUMBER: SPP1654476 00                          **COMMERCIAL PROPERTY**
                                                          **31-1139 04 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME - ACTUAL LOSS SUSTAINED
## (TWELVE MONTH LIMITATION)

This endorsement modifies insurance provided under the following:

**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

With respects to coverage provided by this endorsement, the provisions of the Coverage Form referenced above apply unless modified by this endorsement.

**B.   Limits of Insurance**

This section is replaced in its entirety by the following:

Subject to the terms and conditions as set forth in **D. Additional Conditions,** we will pay your Actual "**Business Income"** Loss Sustained for any one occurrence.

**D.   Additional Condition**

This section is replaced in its entirety by the following:

For "Actual Loss Sustained" to replace the limit of insurance shown on the declarations page:

1.   You must furnish to us financial data (Form CP 15 15 or equivalent), showing the insurable Business Income exposure for your "operations" for the 12 months immediately preceding the inception date of this policy, and;

2.   The limits shown on the Declarations Page and used for premium establishment must be equal to, or greater than, the insurable Business Income amount furnished in D.1.

You agree that such data furnished to us and retained in our records form a part of this coverage and our reliance on such representations have caused us to issue this Coverage Form.

**Coinsurance** does not apply.

**F.   Definitions**

**3. b. is replaced by the following**;

3. "Period of Restoration" means the period of time that:

**b.** Ends on the earlier of:

**1)**  The date the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**2)**  The date when business is resumed at a new permanent location; or

**3)**  Twelve months after the time of direct physical loss or damage.

This page intentionally left blank

**POLICY NUMBER:** SPP1654476 00

**COMMERCIAL PROPERTY**
**31-1216 0314**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# COMMERCIAL PROPERTY EXPANDED COVERAGE

## SCHEDULE OF COVERAGES

---

☒    **Section I** – **Expanded Property Coverage**
Building and Personal Property Coverage Form – CP 00 10
Causes of Loss – Special Form – CP 10 30

$    150.00

---

☐    **Section II** – **Expanded Inland Marine Coverage**

**Limit of Insurance**

$ _____  Accounts Receivable  (CM 00 66)
$ _____  Electronic Data Processing Equipment Coverage (IM 7200)
$ _____  Signs – Any One Occurrence (CM 00 28)

$    .00

---

☐    **Section III** – **Expanded Crime Coverage** *(Loss Sustained)* **(CR 00 21)**

**Limit of Liability**      **Insuring Agreements**

$ _____  **1.**  Employee Theft
$ _____  **2.**  Forgery Or Alteration
$ _____  **3.**  Inside The Premises – Theft Of Money And Securities
$ _____  **5.**  Outside The Premises

$    .00

---

☐    **Section IV** - **Expanded Business Income Coverage**

**Limit of Liability**

$ _____  Business Income And Extra Expense (CP 00 30)
$ _____  Business Income From Dependent Properties (CP 15 08)

$    .00

---

**Total Commercial Property Expanded Coverage Premium**    $    150.00

# SECTION I - EXPANDED PROPERTY COVERAGE

COMMERCIAL PROPERTY EXPANDED COVERAGE

This endorsement modifies insurance provided under:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM – CP 00 10
CAUSES OF LOSS – SPECIAL FORM – CP 10 30

## CP 00 10 – BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The Building And Personal Property Coverage Form is modified as follows:

**A. Coverage**

    **2. Property Not Covered**

      The following is added to Paragraph **2. Property Not Covered:**

    **r. Spoilage of "Perishable Property" While Located:**

      **(1)** On buildings;

      **(2)** In the open; or

      **(3)** In vehicles.

    **4. Additional Coverages**

      **a. Debris Removal**

      Paragraph **(4)** is replaced with the following:

      **(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

        **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

        **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

      Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

      The following is added:

      We will pay your expenses to remove windblown debris of property not covered from your described premises.

      The most we will pay for loss or damage under this extension is $5,000.

      **c. Fire Department Service Charge**

      The first paragraph in **4.c.** is replaced by the following:

      When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a higher limit is shown in the Declarations,

for your liability for fire department service charges. No deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

The third paragraph is replaced by the following:

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

The following are added to **4. Additional Coverages**:

**g. Fire Extinguisher Recharge**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $2,500.

No deductible applies to this Additional Coverage.

**h. Arson Reward**

In the event loss to your covered property is of a suspicious nature, we will pay a $10,000 reward to an individual or individuals provided:

**(1)** The individual or individuals report the suspected arsonist to local law enforcement officials; and

**(2)** The arsonist is apprehended, brought to trial, and convicted of arson to your Covered Property.

The most we will pay for a loss, annually under this provision is $10,000, regardless of the number of individuals giving information.

No deductible applies to this Additional Coverage.

**i. Spoilage**

**(1) Covered Property**

Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

The most we will pay for the Additional Coverage of Spoilage is $25,000.

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of that Deductible, up to $25,000. No other deductible in this policy applies to the spoilage coverage.

**(2)** Paragraph **A.5. Coverage Extensions** does not apply to Spoilage.

**(3) Valuation:**

We will determine the value of finished "perishable stock" in the event of loss or damage at:

**(1)** The selling price, as if no loss or damage had occurred;

**(2)** Less discounts and expenses you otherwise would have had.

**j.   Inventory Or Appraisal Cost**

We will pay up to $5,000 for expenses incurred by the insured, at the company's request, to assist in the determination of the amount of covered loss such as taking inventory and having appraisals done.

**k.   Brands And Labels**

**(1)** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value.  If so, you may:

**(a)** Stamp "salvage" on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(b)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must re-label the merchandise or its containers to comply with the law.

**(2)** We will pay reasonable costs you incur to perform the activity described in **(1)(a)** and **(1)(b)** above.  But the total we will pay for these costs and the value of the damaged property will not exceed $2,500.

**l.   Utility Services – Direct Damage**

**(1) Coverage**

We will pay for loss of or damage to Covered Property described in the policy, caused by an interruption in utility service to the described premises.  The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **(3)** and is located off the described premises.

**(2) Exception**

Coverage for loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.  The term electronic data has the meaning set forth in the Building and Personal Property Coverage Form.

**(3) Utility Services**

**(a) Water Supply Services,** meaning the following types of property supplying water to the  described premises:

**(i)**  Pumping stations; and

**(ii)**  Water mains.

**(b) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(i)**  Communication transmission lines, including optic fiber transmission lines;

**(ii)**  Coaxial cables; and

**(iii)** Microwave radio relays except satellites.

It does not include overhead transmission lines.

(c) **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

(i) Utility generating plants;

(ii) Switching stations;

(iii) Substations;

(iv) Transformers; and

(v) Transmission lines.

It does not include overhead transmission lines.

(d) **Spoilage**

(i) Breakdown or Contamination, meaning:

(a) Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

(b) Contamination by the refrigerant

(ii) Power Outage, meaning:

(a) Change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your    control.

The most we will pay for loss or damage under this provision is $50,000. This limit does not increase the Limit of Insurance stated in the Declarations.

**m. Fine Arts**

**(1) Coverage**

We will pay up to $10,000 in any one occurrence to cover direct physical loss or damage to property defined as "Fine Arts" caused by a Covered Cause of Loss.

**(2) Perils Insured Against**

We will cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded by the Property Causes of Loss – Special Form.

We will not pay for loss caused by processing of or work upon the covered property including repairs or restoration. We will not pay for any reduction in the value of damaged property after the damage has been repaired.

**(3) Valuation**

In the event of loss or damage, we will pay the actual cash value of the item, subject to the limitation of any one occurrence. The actual cash value will be the price the insured paid for the item or the value as determined by an appraisal of the item not more than 360 days prior to the date of loss or damage.

In no event will the actual cash value exceed the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practical.

**(4) Definitions**

(a) "Fine Arts" means paintings, etchings, pictures, tapestries, rare or art glass, art glass windows, valuable rugs, statuary, sculptures, "antique" furniture; '"antique" jewelry; bric-a-brac; porcelains, and similar property of rarity, historical value or artistic merit.

**(b)** "Antique" means an object having value because its:

  **(i)** craftsmanship is in the style or fashion of former times; and

  **(ii)** age is 100 years old or older.

**n. Ordinance Or Law Coverage**

**(1) Application Of Coverage**

The Coverage provided by this extension of coverage applies only if both **(1)(a)** and **(1)(b)** are satisfied and are then subject to the qualifications set forth in **(1)(c)**.

**(a)** The ordinance or law:

  **(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises shown on the Declarations; and

  **(ii)** Is in force at the time of the loss.

  Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**(b) (i)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

  **(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

  **(iii)** But if the building sustains direct physical damage that is not covered under this policy and such damage is the subject of the ordinance or law, then there is no coverage even if the building has also sustained covered direct physical damage.

**(c)** In the situation described in **(1)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of coverage of this Extension of Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

  [Section **(7)** of this Ordinance or Law Extension Coverage provides an example of this procedure.]

  However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverage **A, B** or **C** of this Additional Coverage.

**(2)** We will not pay under Coverage **A, B** or **C** of this endorsement for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(3) Coverage**

**(a) Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

  With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the

building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.  This is not additional insurance.

**(b) Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(c) Coverage C – Increased Cost Of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**(4) Loss Payment**

The following Loss Payment provision is subject to the apportionment procedures set forth in Section **(1)(c)** Ordinance Or Law Coverage:

When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(a)** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(i)** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(ii)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(b)** If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**(i)** The actual cash value of the building at the time of loss; or

**(ii)** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(5) Combined Limit of Insurance For Coverages B and C**

The most we will pay for the total of all covered losses for Demolition Cost and Increased Cost of Construction is the Combined Limit of Insurance for Coverage **B** and **C** of $50,000. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

**(a)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(b)** With respect to the Increased Cost of Construction:

**(i)** We will not pay for the increased cost of construction:

**(1)** Until the property is actually repaired or replaced, at the same or another premises; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(ii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iii)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(6)** The terms of this Extension of Coverage applies separately to each described building.

**(7)** Under this Extension Coverage we will not pay for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**(8)** Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **(1)(c)** of this Additional Coverage.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building: $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Includes Copyrighted Material Of Insurance Services Offices, Inc.
Used with permission

31-1216 03 14

Step **2:**

Apply that proportion to the Ordinance or Law loss.

**5. Coverage Extensions**

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

The last paragraph is replaced with the following:

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**(2) Your Business Personal Property**

The last paragraph in **(2)(a)** is replaced with the following:

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**(3) Period Of Coverage**

Paragraph **(b)** is replaced with the following:

**(b)** 90 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**b. Personal Effects And Property Of Others**

The last paragraph is replaced with the following:

The most we will pay for loss or damage under this Extension is $25,000 at each described premise.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records – (Other Than Electronic Data)**

Paragraph **(4)** is replaced by the following:

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $25,000. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**e. Outdoor Property**

The first paragraph is amended to include the following:

**(1)** Retaining walls above ground, walkways, patios;

**(2)** Outdoor lighting fixtures (but excluding the breakage of glass parts except as a direct result of fire or lighting), street and traffic signs, and awnings;

**(3)** Wiring, and wiring for masts or towers, for radio, television or satellite dishes;

**(4)** The cost of excavation, grading or backfilling;

**(5)** Foundations of buildings, structures, boilers or machinery if their foundations are below:

**(a)** The lowest basement floor; or

**(b)** The surface of the ground, if there is not a basement;

**(6)** Underground pipes, flues and drains;

**(7)** Underground wiring for telephones and cable television;

The last paragraph is replaced with the following:

The most we will pay for loss or damage under this Extension is $25,000, but not more than $1,000 for any one tree, shrub or plant.  These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**C.  Limits Of Insurance**

The following limit provision is added.

The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.  This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**F.  Additional Conditions**

Additional Conditions do not apply to Spoilage.

**G.  Optional Coverages**

Optional Coverages do not apply to Spoilage.

**H.  Definitions**

Add the following:

**4.  "Perishable Stock"** means personal property:

**a.** Maintained under controlled conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled conditions change

## CP 10 30 – CAUSES OF LOSS – SPECIAL FORM

The Causes Of Loss – Special Form is modified as follows:

**B.  Exclusions**

The following is added to Exclusion **B.1.a**:

**a.  Ordinance Or Law**

The following provision is added to this exclusion:

The Ordinance or Law Exclusions do not apply to coverages in **n. Ordinance Or Law,** above.

The following is added to Exclusion **B.1.e**:

**e. Utility Services**

The Utility exclusion provision in the Causes of Loss – Special Form applies, except for any provisions as provided in Section **A.4.l.** Utility Services – Direct Damage above.

Paragraph **B.1.g.** is amended as follows:

**g. Water**

Paragraph **(3)** is replaced with the following:

**(3)** Water that backs up or overflows from a waste water drain, storm drain or sump pump, other than that which backs up or overflows from the closed sewer system within the building; or

**Spoilage**

Paragraph **B. Exclusions** is replaced by the following for Spoilage Coverage Only:

Only the following Exclusions contained in paragraph **B.1.** of the Causes of Loss Special Form applicable to this Expanded Coverage Part apply to Spoilage Coverage:

**b.** EARTH MOVEMENT;

**c.** GOVERNMENTAL ACTION;

**d.** NUCLEAR HAZARD;

**f.** WAR AND MILITARY ACTION; and

**g.** WATER.

The following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

**(i)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**(ii)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(iii)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**a.** Lack of fuel; or
**b.** Governmental order.

**(iv)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(v)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The following is added to Exclusion **B. 2.d. (7)**:

**(d)** Except as provided in Additional Coverages **A.3. Covered Causes Of Loss** for Spoilage above.

**F. Additional Coverage Extensions**

**1. Property In Transit**

Paragraph **F.1.a.** is amended as follows:

**a.** You may extend the insurance provided by this Coverage Part to your personal property in transit while:

**(1)** In or on a motor vehicle you own, lease, or operate; or

**(2)** Shipped at your own risk;

between points in the coverage territory.

Paragraph **F.1.c.** is replaced as follows:

**c.** The most we will pay for loss or damage under this Extension is $25,000.


# SECTION II - EXPANDED INLAND MARINE COVERAGE

COMMERCIAL PROPERTY EXPANDED COVERAGE

**THERE IS NO COVERAGE** under SECTION II unless so indicated by a ☒ **preceding SECTION II in the SCHEDULE OF COVERAGES on Page 1 of this endorsement**.

The most we will pay for loss or damage in any one occurrence is the applicable **Limit of Insurance** shown in **Section II – Expanded Inland Marine Coverage** of the **SCHEDULE OF COVERAGES.**

The following forms are attached**:**

ACCOUNTS RECEIVABLE COVERAGE FORM – CM 00 66
ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE FORM– IM 7200
SIGNS COVERAGE FORM – CM 00 28
COMMERCIAL INLAND MARINE CONDITIONS – CM 00 01

This endorsement modifies insurance provided under:

ACCOUNTS RECEIVABLE COVERAGE FORM – CM 00 66
ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE FORM– IM 7200
SIGNS COVERAGE FORM – CM 00 28

## CM 00 66 – ACCOUNTS RECEIVABLE COVERAGE FORM

This Accounts Receivable Coverage Form is modified as follows:

**C. Limits Of Insurance**

This paragraph is replaced with the following:

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the SCHEDULE OF COVEAGES.

No deductible applies.

## IM 7200 – ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE FORM

This Electronic Data Processing Equipment Coverage Form is modified as follows:

**A. HOW MUCH WE PAY**

**1. Insurable Interest**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the SCHEDULE OFCOVERAGES.

We do not cover more than your insurable interest in any property.

**3. Deductible**

We will pay only that part of your loss over the deductible amount of $1,000 or the deductible amount indicated in the Inland Marine Schedule if it is higher for any one occurrence.

## CM 00 28 – SIGNS COVERAGE FORM

This Signs Coverage Form is modified as follows:

**C. Limits Of Insurance**

This paragraph has been replaced with the following:

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the SCHEDULE OF COVERAGES.

# SECTION III - EXPANDED CRIME COVERAGE

COMMERCIAL PROPERTY EXPANDED COVERAGE FORM

**THERE IS NO COVERAGE** under SECTION III unless so indicated by a ☒ preceding **SECTION III** in the SCHEDULE OF COVERAGES on Page 1 of this endorsement.

The most we will pay for loss or damage in any one occurrence is the applicable **Limit of Insurance** shown in **Section III – Expanded Crime Coverage** of the **SCHEDULE OF COVERAGES.**

The following form is attached:

COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED) – CR 00 21

This endorsement modifies insurance provided under:

COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED) – CR 00 21

## CR 00 21 - COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FORM)

This Commercial Crime Coverage Form (Loss Sustained Form) is modified as follows:

**A. Insuring Agreements**

The first Paragraph is replaced by the following:

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the SCHEDULE OF COVERAGES and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the policy, except as provided in Condition **E.1.k.** or **E.1.l.,** which is "discovered" by you during the Policy Period shown in the policy or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

Paragraph **A. 5**. Outside the Premises is amended by the following:

**5. Outside The Premises**

Paragraph **c.** is added:

**c.** In regards to **a.** and **b.** we will pay only for the amount of loss that you can not recover:

**(i)** Under your contract with the armored motor vehicle; and

**(ii)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. Limits Of Insurance**

This paragraph has been replaced with the following:

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the SCHEDULE OF COVERAGES.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

For losses covered under this Expanded Coverage Form for Crime (Loss Sustained Form) Paragraph **C. Deductible** is replaced.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds $500 or the deductible amount shown in the Declarations for Crime if it is a higher deductible.  We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

# SECTION IV - EXPANDED BUSINESS INCOME COVERAGE

### COMMERCIAL PROPERTY EXPANDED COVERAGE FORM

**THERE IS NO COVERAGE** under SECTION IV unless so indicated by a ☒ preceding SECTION IV in the SCHEDULE OF COVERAGES on Page 1 of this endorsement.

The most we will pay for loss or damage in any one occurrence is the applicable **Limit of Insurance** shown in **Section IV – Expanded Business Income Coverage** of the **SCHEDULE OF COVERAGES.**

The following forms are attached.

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – CP 00 30
BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM – CP 15 08

This endorsement modifies insurance provided under:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM – CP 00 30
BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM – CP 15 08

## CP 00 30 - BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

The Business Income (And Extra Expense) Coverage Form is modified as follows:

**A. Coverage**

**5. Additional Coverages**

**c. Extended Business Income**

Paragraph **(1)(b)(ii)** is amended as follows:

**(ii)** 180 consecutive days after the date determined in **(1)(a)** above.

**6. Coverage Extension**

**Newly Acquired Locations**

Paragraph **c.** is replaced with the following:

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.  This Extension is additional insurance.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The first paragraph is replaced with the following:

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the SCHEDULE OF COVERAGES.

## CP 15 08 – BUSINESS INCOME FROM DEPENDENT PROPERTIES – BROAD FORM

The Business Income From Dependent Properties – Broad Form is modified as follows:

Paragraph **A.** is replaced as follows:

**A.** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by or resulting from direct physical loss of or damage to "dependent property" caused by or resulting from a Covered Cause of Loss. However, coverage under this endorsement does not apply when the only loss to "dependent property" is loss or damage to electronic data, including destruction or corruption of electronic data. If the "dependent property" sustains loss or damage to electronic data and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt, or replaced. The term electronic data has the meaning set forth in the Business Income (And Extra Expense) Coverage Form.

Paragraph **B.** is replaced as follows:

**B. Limits Of Insurance**

1. The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the SCHEDULE OF COVERAGES.

2. The provisions of the Business Income Coverage Form with respect to direct physical loss or damage at the described premises will apply to **(A)** Contributing Locations, **(B)** Recipient Locations, **(C)** Manufacturing Locations and **(D)** Leader Locations as entered in the Business Income From Dependent Properties – Broad Form.

## SECTION V – COMMERCIALPROPERTY EXPANDED COVERAGE

COMMERCIAL PROPERTY EXPANDED COVERAGE FORM

### LIMITATIONS AND EXCLUSIONS

**The following Limitations and Exclusions are in addition to those found in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CAUSES OF LOSS – SPECIAL FORM, at the described premises shown in the DECLARATIONS or found elsewhere in this endorsement.**

**A. PROPERTY OF OTHERS**

We will not pay for loss or damage to the following Property Of Others:

1. Property insured, which has been in your custody for a period in excess of six (6) months, except as may be otherwise specifically provided; and

2. Autos, which mean land motor vehicles, licensed and designed for travel on public roads but does not include mobile equipment.

**B. LIMITS OF INSURANCE**

It is agreed and understood that if a coverage does not specifically show a limit per Location, Building, or Premises then it is on a per policy basis.

**C. DEDUCTIBLE**

As this endorsement is an expansion of other coverage forms, the deductible for those coverage lines applies unless other wise noted.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Additional Conditions in the Building and Personal Property Coverage Form or the Commercial Property Conditions Form.

**1. Conflict Of Provisions**

When not in conflict with the provisions of this endorsement, all of the conditions of the policy to which this endorsement is attached, shall apply.

**2. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the claim, loss or damage sustained.

**3. Valuation**

Where not otherwise indicated, we shall not pay beyond the actual cash value of the property at the time of the loss or damage occurs. The loss or damage shall be ascertained or estimated according to such actual cash value and shall in no event exceed what it would cost to repair or replace with the same material of like kind and quality.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGEKEEPERS WINDSTORM, HAIL OR FLOOD DEDUCTIBLE

This endorsement modifies the insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

The following is added to **SECTION III - GARAGEKEEPERS COVERAGE**, **C. Limits of Insurance And Deductibles**:

"Auto" Wind, Hail or Flood Special Deductible

For "loss" caused by Wind, Hail or Flood, our obligation to pay for, repair or replace damaged property is reduced by the deductible provision shown below.

Deductible amount listed below applicable to each covered "auto" and is subject to the maximum deductible amount for such "loss" in any event.

**SCHEDULE**

| Location Address | Per Auto Deductible | Maximum Deductible |
|---|---|---|
| 5750 Mesmer Ave Culver City CA 90230 | $2,500 | No Maximum |
| 6101 W. Slauson Ave Culver City CA 90230 | $2,500 | No Maximum |

All other provisions of the form to which this coverage applies remain unchanged by this endorsement.

 Copyright, Hawaii Insurance Bureau, Inc.
Includes copyrighted material of
Insurance Services Office, Inc., with its permission.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGEKEEPERS EARTHQUAKE DEDUCTIBLE

This endorsement modifies the insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

The following is added to **SECTION III - GARAGEKEEPERS COVERAGE, C. Limits of Insurance And Deductibles**:

"Auto" Earthquake Special Deductible

For "loss" caused by Earthquake, our obligation to pay for, repair or replace damaged property is reduced by the deductible provision shown below.

Deductible amount listed below applicable to each covered "auto" and is subject to the maximum deductible amount for such "loss" in any event.

**SCHEDULE**

| Location Address | Per Auto Deductible | Maximum Deductible |
|---|---|---|
| 5750 Mesmer Ave Culver City CA 90230 | $2,500 | No Maximum |
| 6101 W. Slauson Ave Culver City CA 90230 | $2,500 | No Maximum |

All other provisions of the form to which this coverage applies remain unchanged by this endorsement.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGEKEEPERS WINDSTORM OR HAIL DEDUCTIBLE

This endorsement modifies the insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

The following is added to **SECTION III - GARAGEKEEPERS COVERAGE**, **C. Limits of Insurance And Deductibles**:

"Auto" Wind and Hail Special Deductible

For "loss" caused by Wind and Hail, our obligation to pay for, repair or replace damaged property is reduced by the deductible provision shown below.

Deductible amount listed below applicable to each covered "auto" and is subject to the maximum deductible amount for such "loss" in any event.

**SCHEDULE**

| Location Address | Per Auto Deductible | Maximum Deductible |
|---|---|---|
| 5750 Mesmer Ave Culver City CA 90230 | $2,500 | No Maximum |
| 6101 W. Slauson Ave Culver City CA 90230 | $2,500 | No Maximum |

All other provisions of the form to which this coverage applies remain unchanged by this endorsement.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGE EXTENSION & ADDITIONAL CONDITIONS ENDORSEMENT

This endorsement modifies the insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to this endorsement, the following changes are made:

**SECTION II – LIABILITY COVERAGE, B. Exclusions** is amended to include the following:

**18.  Animals**

"Bodily injury" or "property damage" arising out of any animal owned, used or in the custody or control of the "insured", it's agents, "employees" or independent contractors.

**19.  "Autos" Used to Tow**

"Bodily injury" or "property damage" arising out of the use of any "auto" used in "garage operations" for the purpose of towing, hauling or moving another "auto" unless such " auto" is specifically described in the Declarations and designated by symbol 27.

**SECTION III – GARAGEKEEPERS COVERAGE, B. Exclusions** is amended to include the following:

**3.  Towing  and Transporting "Autos"**

We will not pay for "loss" to a "customer's auto" while it is being transported, towed, put on or taken off any towing apparatus such as a tow truck, car hauler, trailer or tow dolly used in your "garage operations" unless coverage is afforded by completion of the "In Tow and Personal Property" coverage form.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**, **A. Coverage** is amended to include the following:

**4.  Additional Transportation Expense**

If your business is shown in the Declarations as something other than an "auto" dealership, we will pay up to $50 per day to a maximum of $1000 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**SECTION V – GARAGE CONDITIONS, A. 2. Duties In The Event Of Accident, Claim, Suit or Loss,** paragraph **a.** is amended to include the following:

Your duty to give us or our authorized representative prompt notice of "accident" or "loss" applies only when the "accident" or "loss" is known to:

**(4)**    You, if you are an individual;

**(5)**    A partner, if you are a partnership; or

**(6)**    An executive officer or insurance manager, if you are a corporation.

**SECTION V – GARAGE CONDITIONS, A. 5. Loss Conditions, Transfer Of Rights Of Recovery Against Others To Us** is deleted and replaced by the following:

**5.  Transfer Of Rights Of Recovery Against Others To Us:**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do nothing after "accident' or "loss" to impair them. However, we waive all rights of recovery when you have agreed to waive your rights of recovery when required by a written contract. The written contract must have been executed prior to the date of "accident' or "loss".

**SECTION VI – DEFINITIONS, Item C.** and **G.** are deleted and replaced with the following:

**C.**   "Bodily injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright, humiliation, emotional distress or death resulting from bodily injury sickness or disease.

**G.**   "Employee" includes a "leased worker" and a "temporary worker".

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – CALIFORNIA
# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

**1.** You while "occupying" or, while a pedestrian, when struck by any "auto".

**2.** If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

**3.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

**2.** "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

**3.** "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

**4.** "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5.** "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

**2.** The reference in **Other Insurance** in the Auto Service Plus – Garage Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** RHN Automotive INC. |
| **Endorsement Effective Date:** 5/15/2018 |

**SCHEDULE**

Liability Coverage is subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $ 2,500 | **Per "Accident"** |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $ | **Per "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**Liability Coverage** is changed as follows:

**A.  Liability Coverage Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability Coverage will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B.  "Property Damage" Only Liability Coverage Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability Coverage for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C.  Our Right To Reimbursement**

To settle any claim or "suit" we may pay all or any part of any deductible shown in the Schedule. If this happens, you must reimburse us for the deductible or the part of the deductible we paid.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGE LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable medical and funeral expenses to or for each person who sustains "bodily injury" to which this coverage applies, causes by an "accident" and resulting from:

**1.** The maintenance or use of the locations shown in the Declarations and that portion of the roads or other accesses that adjoin these locations for garage business.

**2.** All operations necessary or incidental to a garage business.

We will pay only those expenses incurred for services rendered within one year from the date of the "accident".

**B. Exclusions**

This insurance does not apply to;

**1.** "Bodily injury" resulting from the maintenance or use of any "auto".

**2.** "Bodily injury" to a person, whether or not an "employee" of any "insured", if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**3.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**4.** "Bodily injury" to any "insured".

**C. Limit of Insurance**

Regardless of the number of persons who sustain "bodily injury" or claims made, the most we will pay for "bodily injury" for each person injured in any one "accident" is the Limit of Medical Payments Coverage shown in the Declarations.

**D. Changes In Conditions**

The **Transfer of Rights Of Recovery Against Others To Us** Garage Condition does not apply.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **"Garage Operations" – Covered "Autos"** in the Auto Service Plus - Garage Coverage Form:

**SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. Any "loss", cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

  **1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involves the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

  **2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

  **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

  **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

  **3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

This page intentionally left blank

# AUTO SERVICE PLUS –
# GARAGE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section VI – Definitions**.

**SECTION I – COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|:---:|---|---|
| **21** | Any "Auto" | |
| **22** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **23** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **24** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **25** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **26** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **27** | Specifically Described "Autos" | Only those "autos" described in Item Nine of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to a power unit described in Item Nine). |
| **28** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **29** | Non-owned "Autos" Used In Your Garage Business | Any "auto" you do not own, lease, hire, rent or borrow used in connection with your garage business described in the Declarations. This includes "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households while used in your garage business. |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 30 | "Autos" Left With You For Service, Repair, Storage Or Safekeeping | Any customer's land motor vehicle or trailer or semitrailer while left with you for service, repair, storage or safekeeping. Customers include your "employees", and members of their households, who pay for the services performed. |
| 31 | Dealers "Autos" (Physical Damage Coverages) | Any "autos" and the interests in these "autos" described in Item Seven of the Declarations. |

**B. Owned Autos You Acquire After The Policy Begins**

   **1.** If Symbols **21, 22, 23, 24, 25** or **26** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

   **2.** But, if Symbol **27** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers And Temporary Substitute Autos**

   If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

   **1.** "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

   **2.** Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of it's:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

   **1. "Garage Operations" – Other Than Covered "Autos"**

   **a.** We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies caused by an "accident" and resulting from "garage operations" other than the ownership, maintenance or use of covered "autos".

   We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the applicable Liability Coverage Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" has been exhausted by payment of judgments or settlements.

   **b.** This insurance applies to "bodily injury" and "property damage" only if:

   **(1)** The "accident" occurs in the coverage territory;

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

 Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(3) Prior to the policy period, no "insured" listed under **Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "accident" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage", which occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "accident" or claim:

(1) Reports all or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**2. "Garage Operations" – Covered "Autos"**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from "garage operations" involving the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance – "Garage Operations" – Covered "Autos" has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

**a.** The following are "insureds" for covered "autos":

(1) You for any covered "auto".

(2) Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

(a) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

(b) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(c) Someone using a covered "auto" while he or she is working in a business of selling, servicing or repairing "autos" unless that business is your "garage operations".

(d) Your customers. However, if a customer of yours:

(i) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

(ii) Has other available insurance (whether primary, excess or contingent) less than the compulsory or financial responsibility law limits where the covered "auto" is principally garaged, they are an "insured" only for the amount by which the compulsory or financial responsibility law limits exceed the limit of their other insurance.

**(e)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**(3)** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**(4)** Your "employee" while using a covered "auto" you do not own, hire or borrow in your business or your personal affairs.

**b.** The following are "insureds" for "garage operations" other than covered "autos":

**(1)** You.

**(2)** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders but only while acting within the scope of their duties.

**4. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured". But for "garage operations" other than covered "autos" this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

  **(1)** Employment by the "insured"; or

  **(2)** Performing the duties related to the conduct of the "insured's" business;

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above;

**c.** A person arising out of any:

  **(1)** Refusal to employ that person;

  **(2)** Termination of that person's employment; or

  **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**d.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraph **c.(1), (2)** or **(3)** above are directed.

This exclusion applies:

  **(1)** Whether the injury-causing event described in Paragraph **c.(1), (2)** or **(3)** above occurs before employment, during employment or after employment of that person;

  **(2)** Whether the "insured" may be liable as an employer or in any other capacity; and

  **(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving:

**a.** Property owned, rented or occupied by the "insured";

**b.** Property loaned to the "insured";

**c.** Property held for sale or being transported by the "insured"; or

**d.** Property in the "insured's" care, custody or control.

But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Leased Autos**

Any covered "auto" while leased or rented to others. But this exclusion does not apply to a covered "auto" you rent to one of your customers while their "auto" is left with you for service or repair.

**8. Pollution Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"**

  **a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **(1)** At or from any premises, site or location that is or was at any time owned or occupied by, or rented or loaned to, any "insured";

    **(2)** At or from any premises, site or location that is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

    **(3)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations:

      **(a)** To test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, the "pollutants"; or

      **(b)** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor; or

    **(4)** That are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

    Paragraphs **a.(1)** and **a.(3)(b)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. A hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

    Paragraph **a.(1)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests.

    Paragraph **a.(3)(b)** does not apply to "bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from material brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

  **b.** Any loss, cost or expense arising out of any:

    **(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

    However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**9. Pollution Exclusion Applicable To "Garage Operations" – Covered "Autos"**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled or handled for movement into, onto or from, the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

  **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

  **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**10. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for a contest or activity.

**11. Watercraft Or Aircraft**

Any watercraft or aircraft except watercraft while ashore on premises where you conduct "garage operations".

**12. Defective Products**

"Property damage" to any of your "products", if caused by a defect existing in your "products" or any part of your "products", at the time it was transferred to another.

**13. Work You Performed**

"Property damage" to "work you performed" if the "property damage" results from any part of the work itself or from the parts, materials or equipment used in connection with the work.

**14. Loss Of Use**

Loss of use of other property not physically damaged if caused by:

   **a.** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

   **b.** A defect, deficiency, inadequacy or dangerous condition in your "products" or "work you performed". But this exclusion, **14.b.,** does not apply if the loss of use was caused by sudden and accidental damage to or destruction of your "products" or "work you performed" after they have been put to their intended use.

**15. Products Recall**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of your "products" or "work you performed" or other property of which they form a part, if such product, work or property is withdrawn or re-called from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**16. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**17. Distribution Of Material In Violation Of Statutes Exclusion Applicable To "Garage Operations" – Other Than Covered "Autos"**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

   **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

    **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## C. Limit Of Insurance

**1. Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos"**

For "garage operations" other than the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of "insureds", claims made or "suits" brought or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages involving "garage operations" other than "auto" is the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

Damages payable under the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" consist of damages resulting from "garage operations", other than the ownership, maintenance or use of the "autos" indicated in Section **I** of this coverage form as covered "autos", including the following coverages, if provided by endorsement:

    **a.** "Personal injury" liability coverage;

    **b.** "Personal and advertising injury" liability coverage;

    **c.** Host liquor liability coverage;

    **d.** Damage to rented premises liability coverage;

    **e.** Incidental medical malpractice liability coverage;

    **f.** Non-owned watercraft coverage; and

    **g.** Broad form products coverage.

Damages payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" are not payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos".

Subject to the above, the most we will pay for all damages resulting from all "bodily injury" and "property damage" resulting from any one "accident" is the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage shown in the Declarations.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

The Aggregate Limit of Insurance – "Garage Operations" Other Than Covered "Autos" applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos".

**2. Limit Of Insurance – "Garage Operations" – Covered "Autos"**

For "accidents" resulting from "garage operations" involving the ownership, maintenance or use of covered "autos", the following applies:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" involving a covered "auto" is the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos" for Liability Coverage shown in the Declarations.

Damages and "covered pollution cost or expense" payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Covered "Autos" are not payable under the Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos".

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**D. Deductible**

We will deduct $100 from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto".

**SECTION III – GARAGEKEEPERS COVERAGE**

**A. Coverage**

**1.** We will pay all sums the "insured" legally must pay as damages for "loss" to a "customer's auto" or "customer's auto" equipment left in the "insured's" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations" under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The "customer's auto's" collision with another object; or

   **(2)** The "customer's auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft; or

   **(3)** Mischief or vandalism.

   **c. Collision Coverage**

   Caused by:

   **(1)** The "customer's auto's" collision with another object; or

   **(2)** The "customer's auto's" overturn.

**2.** We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any loss to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

**3. Who Is An Insured**

The following are "insureds" for "loss" to "customer's autos" and "customer's auto" equipment:

   **a.** You.

   **b.** Your partners (if you are a partnership), members (if you are a limited liability company), "employees", directors or shareholders while acting within the scope of their duties as such.

**4. Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for the "insured":

   **a.** All expenses we incur.

   **b.** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

   **c.** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

   **d.** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

   **e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**B. Exclusions**

**1.** This insurance does not apply to any of the following:

**a. Contractual Obligations**

Liability resulting from any contract or agreement by which the "insured" accepts responsibility for "loss". But this exclusion does not apply to liability for "loss" that the "insured" would have in the absence of the contract or agreement.

**b. Theft**

"Loss" due to theft or conversion caused in any way by you, your "employees" or by your shareholders.

**c. Defective Parts**

Defective parts or materials.

**d. Faulty Work**

Faulty "work you performed".

2. We will not pay for "loss" to any of the following:

   **a.** Tape decks or other sound-reproducing equipment unless permanently installed in a "customer's auto".

   **b.** Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

   **c.** Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the "customer's auto" manufacturer for the installation of a radio.

   **d.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

3. We will not pay for "loss" caused by or resulting from the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss":

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C. Limits Of Insurance And Deductibles**

1. Regardless of the number of "customer's autos", "insureds", premiums paid, claims made or "suits" brought, the most we will pay for each "loss" at each location is the Garagekeepers Coverage Limit of Insurance shown in the Declarations for that location. Prior to the application of this limit, the damages for "loss" that would otherwise be payable will be reduced by the applicable deductibles for "loss" caused by:

   **a.** Collision; or

   **b.** With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

      **(1)** Theft or mischief or vandalism; or

      **(2)** All perils.

2. The maximum deductible stated in the Declarations for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all "loss" in any one event caused by:

   **a.** Theft or mischief or vandalism; or

   **b.** All perils.

3. Sometimes to settle a claim or "suit", we may pay all or any part of the deductible. If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

**c. Collision Coverage**

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**2. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

**3. Coverage Extension – Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**a.** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**b.** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**c.** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

**a.** Any covered "auto" leased or rented to others unless rented to one of your customers while their "auto" is left with you for service or repair.

**b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.

**c.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**d.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

**3.** Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**4. False Pretense**

We will not pay for "loss" to a covered "auto" caused by or resulting from:

**a.** Someone causing you to voluntarily part with it by trick or scheme or under false pretenses; or

**b.** Your acquiring an "auto" from a seller who did not have legal title.

**5.** We will not pay for:

**a.** Your expected profit, including loss of market value or resale value.

**b.** "Loss" to any covered "auto" displayed or stored at any location not shown in Item Three of the Declarations if the "loss" occurs more than 45 days after your use of the location begins.

**c.** Under the Collision Coverage, "loss" to any covered "auto" while being driven or transported from the point of purchase or distribution to its destination if such points are more than 50 road miles apart.

**d.** Under the Specified Causes Of Loss Coverage, "loss" to any covered "auto" caused by or resulting from the collision or upset of any vehicle transporting it.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**7. Other Exclusions**

We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**C. Limits Of Insurance**

**1.** The most we will pay for "loss" to any one covered "auto" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

    **a.** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

    **b.** Removable from a permanently installed housing unit as described in Paragraph **2.a.** above; or

    **c.** An integral part of such equipment.

**3.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**4.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**5.** The following provisions also apply:

    **a.** Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" at any one location is the amount shown in the Declarations for that location. Regardless of the number of covered "autos" involved in the "loss", the most we will pay for all "loss" in transit is the amount shown in the Declarations for "loss" in transit.

    **b. Quarterly Or Monthly Reporting Premium Basis**

    If, on the date of your last report, the actual value of the covered "autos" at the "loss" location exceeds what you last reported, when a "loss" occurs we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing your total reported value for the involved location by the total actual value at the "loss" location on the date of your last report.

    If the first report due is delinquent on the date of "loss", the most we will pay will not exceed 75 percent of the Limit of Insurance shown in the Declarations for the applicable location.

    **c. Non-reporting Premium Basis**

    If, when "loss" occurs, the total value of your covered "autos" exceeds the Limit of Insurance shown in the Declarations, we will pay only a percentage of what we would otherwise be obligated to pay. We will determine this percentage by dividing the Limit of Insurance by the total actual value at the "loss" location at the time the "loss" occurred.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit of Insurance shown in the Declarations, provided that:

**1.** The Comprehensive or Specified Causes Of Loss Coverage deductible applies only to "loss" caused by:

    **a.** Theft or mischief or vandalism; or

    **b.** All perils.

**2.** Regardless of the number of covered "autos" damaged or stolen, the per "loss" deductible for Comprehensive or Specified Causes Of Loss Coverage shown in the Declarations is the maximum deductible applicable for all "loss" in any one event caused by:

    **a.** Theft or mischief or vandalism; or

    **b.** All perils.

**SECTION V – GARAGE CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

    **1. Appraisal For Physical Damage Loss**

    If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire.

    The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the accident or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

**a.** There has been full compliance with all the terms of this coverage form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

**2. Concealment, Misrepresentation Or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This coverage form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this coverage form.

**3. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this coverage form, we cover:

**a.** "Bodily injury", "property damage" and "losses" occurring; and

**b.** "Covered pollution cost or expense" arising out of "accidents" occurring;

during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

    **(5)** Anywhere in the world if:

        **(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

        **(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "bodily injury", "property damage", "covered pollution cost or expense" and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your "products" which is sold for use in the United States of America, its territories or possessions, Puerto Rico or Canada. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

## SECTION VI – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means a land motor vehicle, "trailer" or semitrailer.

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

    **1.** Any request, demand, order or statutory or regulatory requirement that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    **a.** That are, or that are contained in any property that is:

        **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

        **(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

        **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

    **b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

    **c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if the "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Customer's auto" means a land motor vehicle, "trailer" or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent. A "customer's auto" also includes any such vehicle left in your care by your "employees" and members of their households, who pay for services performed.

**F.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**G.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**H.** "Garage operations" means the ownership, maintenance or use of locations for garage business and that portion of the roads or other accesses that adjoin these locations. "Garage operations" includes the ownership, maintenance or use of the "autos" indicated in Section **I** of this coverage form as covered "autos". "Garage operations" also include all operations necessary or incidental to a garage business.

**I.** "Insured" means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**J.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

   **6.** An elevator maintenance agreement; or

   **7.** That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     **(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

     **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   **b.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you or temporarily occupied by you with permission of the owner.

   **c.** That pertains to the loan, lease or rental of an "auto", to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver.

   **d.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

   **e.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**K.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**L.** "Loss" means direct and accidental loss or damage. But for Garagekeepers Coverage only, "loss" also includes any resulting loss of use.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Products" includes:

  **1.** The goods or products you made or sold in a garage business; and

  **2.** The providing of or failure to provide warnings or instructions.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

  **1.** Damages because of "bodily injury" or "property damage"; or

  **2.** A "covered pollution cost or expense";

  to which this insurance applies, are claimed.

  "Suit" includes:

  **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes semitrailer.

**S.** "Work you performed" includes:

  **1.** Work that someone performed on your behalf; and

  **2.** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGE POLICY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

The coverages provided by this endorsement are applicable only to "garage operations" other than the ownership, maintenance or use of the covered "auto."

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| Endorsement Effective: 5/15/2018 |
| Named Insured: RHN Automotive INC.    Countersigned by: _Jeffrey Lord_ |

**SCHEDULE**

| Coverages | Limit of Insurance |
|---|---|
| Personal and Advertising Injury Liability Coverage | Same as Liability Coverage Limit |
| Damage to Premises Rented To You | $ 300,000    For Any One Fire |
| Title Errors and Omissions Coverage | $ 1,000,000    Annual Aggregate<br>$ 1,000    Per Claim Deductible |
| Insurance Agents Errors and Omissions Coverage | $ 1,000,000    Annual Aggregate<br>$ 1,000    Per Claim Deductible |
| Odometer Alteration Errors and Omissions | $ 1,000,000    Annual Aggregate<br>$ 1,000    Per Claim Deductible |
| Truth in Lending Errors and Omissions for the Purchase of Leasing of an Automobile | $ 1,000,000    Annual Aggregate<br>$ 1,000    Per Claim Deductible |
| Automobile Dealers Legal Defense – Product Related Damages Coverage | $ 25,000    Any one claim<br>$ 100,000    Annual Aggregate<br>$ 1,000    Per Claim Deductible |
| | Premium For This Endorsement<br>$ 5,051 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**SECTION I – PERSONAL AND ADVERTISING INJURY LIABILITY COVERAGE**

**A.    Coverage**

We will pay all sums the "insured" legally must pay as damages because of "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the Coverage Territory during the Policy Period.

We will have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend and "insured" against a "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.  We may investigate and settle any claim or "suit" as we consider appropriate.  Our duty to defend or settle ends when the Personal And Advertising Injury Limit of Insurance has been exhausted by payment of judgments or settlements.

**1.    Who is an Insured**

The following are "insureds":

**a.**    You and your spouse.

**b.**    Your partners (if you are a partnership) and their spouses or members (if you are a limited liability company) and their spouses.  None of your partners (If you are a partnership) or their spouses nor your members (if you are a limited liability company) or their spouses is an "insured" for "personal and advertising injury" resulting from the conduct of any other partnership.

**c.**    Your "employees", executive officers, directors and stockholders but only while acting within the scope of their duties.

**2.    Coverage Extensions**

**SUPPLEMENTARY PAYMENTS**

We will pay for the "insured":

**a.**    All expenses we incur.

**b.**    The cost of bonds to release attachments in any "suit" against an "insured" we defend, but only for bond amounts within the Personal And Advertising Injury Limit of Insurance.

**c.**    All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**d.**    All court costs taxed against the "insured" in any "suit" against an "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**e.**    All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against an "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within the Personal And Advertising Injury Limit of Insurance.

These payments will not reduce the Personal and Advertising Injury Limit of Insurance.

**B.    Exclusions**

**1.**    This insurance does not apply to:

**a.**    "Personal and advertising injury":

**(1)**    For which the "insured" has assumed liability assumed under any contract or agreement.  But this exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**(2)**    Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(3)** Arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity.

**(4)** Arising out of oral or written publication of material whose first publication took place before the effective date of this insurance.

**(5)** Arising out of a criminal act committed by or at the direction of any "insured".

**(6)** Arising out of breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9)** Arising out of an electronic chatroom or bulletin board the "insured" hosts, owns, or over which the "insured" exercises control.

**(10)** Arising out of the unauthorized use of another's name of product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(11)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement in your "advertisement", of copyright, trade dress or slogan.

**(12)** Arising directly or indirectly out of:

    **(a)** War, including undeclared or civil war;

    **(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(13)** To:

    **(a)** A person arising out of any:

        **(i)** Refusal to employ that person;

        **(ii)** Termination of that person's employment; or

        **(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(b)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (i), (ii) or (iii) above is directed.

This exclusion applies:

    **(a)** Whether the injury-causing event described in Paragraph (i), (ii) or (iii) above occurs before employment, during employment or after employment of that person.

    **(b)** Whether the "insured" may be liable as an employer or in any other capacity; and

    **(c)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(14)** Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

    **(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

    **(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

    **(c)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

    **(15)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, Migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

    **(1)** Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**2.** The following is added to **Paragraph B. Exclusions** of **Section II – Liability Coverage:**

**PERSONAL AND ADVERTISING INJURY**

"Bodily injury" arising out of "personal and advertising injury".

**C. Personal And Advertising Injury Limit of Insurance**

The following is added to the **Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos"** Provision in **Section II – Liability Coverage:**

Subject to the Aggregate Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" and regardless of the number of "insured", claims-made or "suits" brought or persons or organizations making claim or bringing "suits", the most we will pay for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization is the Personal And Advertising Injury Limit of Insurance shown in the Schedule of the Garage Policy Extension Endorsement.

The Each "Accident" Limit of Insurance – "Garage Operations" – Other Than Covered "Autos" for Liability Coverage does not apply to damages we pay because of "personal and advertising injury".

**D. Additional Definitions**

As used in this endorsement:

**1.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

2.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.  For the purposes of this definition:

   a.  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b.  Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

## SECTION II – HOST LIQUOR LIABILITY COVERAGE

Liability Coverage is changed by adding the following:

We will also pay all sums the "insured" legally must pay as damages because of "bodily injury" or "property damage" arising out of the giving or serving of alcoholic beverages at functions incidental to your garage business provided you are not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

## SECTION III – DAMAGE TO RENTED PREMISES LIABILITY COVERAGE

Liability Coverage for "garage operations" is changed as follows:

A.  This insurance applies to "property damage" caused by fire to premises while rented to you or temporarily occupied by you with the permission of the owner.

   1.  Fire to premises, not including contents, while rented to you or temporarily occupied by you with the permission of the owner; and

   2.  Other than fire, to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days.

B.  With respect to the insurance provided by this endorsement under:

   1.  Paragraph **A.1.** above, Exclusions **3.** Through **17.** do not apply.

   2.  Paragraph **A.2.** above, Paragraphs **a., b.** and **d.** of the **Care, Custody Or Control,**

   Exclusions do not apply

C.  Subject to the Aggregate Limit of Insurance – "Garage Operations" – Other Than "Autos", the most we will pay for all "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with the permission of the owner, is $300,000 unless another limit is shown in the Schedule of this endorsement.

D.  This insurance is excess over any collectible property insurance (including any deductible portion of that insurance) available to the "insured".

## SECTION IV – INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE

Liability Coverage is changed by adding the following exclusion:

This insurance does not apply to any "insured" in the business or occupation of providing any of the services listed under the following definition:

As used in this endorsement:

"Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

"Bodily injury" also includes injury resulting from:

   1.  Providing or failing to provide any medical or related professional health care services;

   2.  Furnishing food or drink connected with any medical or other professional health care services; or

   3.  Furnishing or dispensing drugs or medical, dental or surgical supplies to appliances.

## SECTION V – NON-OWNED WATERCRAFT COVERAGE

Liability Coverage is changed as follows:

A.   The **Watercraft** Or **Aircraft** Exclusion is replaced by the following:

This insurance does not apply to:

1.   Any aircraft; or

2.   Any watercraft except a watercraft under 26 feet that is not owned by you nor being used to carry persons or property for a charge.

But this exclusion does not apply to watercraft while ashore on premises where you conduct "garage operations".

B.   If there is other applicable insurance covering damages payable under Non-Owned Watercraft Coverage, we will not make any payments under this coverage.

## SECTION VI – ADDITIONAL PERSONS INSURED

Liability Coverage is changed by adding the following to **Who Is An Insured:**

If you are a partnership, the spouse of a partner is an "insured" with respect to the conduct of your garage business.

## SECTION VII – AUTOMATIC LIABILITY COVERAGE- NEWLY ACQUIRED GARAGE BUSINESSES (90 DAYS)

As used in this endorsement:

"Insured" means any person or organization qualifying as an insured in the Who Is An Insured Provision of the applicable coverage.  Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

"Insured" also includes as named "insured" any garage business that is acquired or formed by you and over which you maintain ownership or majority interest.

However, "insured" does not include any garage business:

1.   That is a joint venture;

2.   That is an "insured" under any other similar liability or indemnity policy;

3.   That has exhausted its Limit of Insurance under any other similar liability or indemnity policy; or

4.   90 days or more after its acquisition or formation by you.

## SECTION VIII – LIMITED WORLDWIDE LIABILITY COVERAGE

A.   The **Policy Period, Coverage Territory** Garage Condition is changed by adding the following:

We also cover "bodily injury", "property damage", or "personal and advertising injury" that occurs during the policy period shown in the Declarations within the coverage territory.

For purposes of this endorsement, the coverage territory is extended to anywhere in the world if:

1.   The "bodily injury", "property damage", or "personal and advertising injury" is caused by an "insured" who permanently lives within the coverage territory while the "insured" is temporarily outside of one of those places; or

2.   The "personal and advertising injury" offense takes place through the Internet or similar electronic means of communication.

The original "suit" for damages resulting from such "bodily injury", "property damage", or "personal and advertising injury" must be brought within the coverage territory.

B.   We will not provide **Limited Worldwide Liability Coverage** for any "work you performed".

## SECTION IX – FELLOW EMPLOYEE LIABILITY COVERAGE

The Fellow Employee Exclusion contained in **SECTION II – LIABILITY COVERAGE B. Exclusions 5.** does not apply.

## SECTION X – ERRORS AND OMISSIONS COVERAGES

**A.** With respects to this endorsement **SECTION II – LIABILITY COVERAGE, A. – COVERAGE** is amended to include the following:

**1. Title Errors and Omissions Coverage**

    **a.** We will pay all sums which the "insured" legally must pay as damages because of negligent acts, errors or omissions committed or allegedly committed during the policy period and arising out of the title registration activities associated with a covered "auto" sold by the insured. Coverage under this endorsement is limited to unintentional acts arising out of the preparation of motor vehicle title registration papers and / or the designation of a lienholder or legal owner having a financial interest in the auto.

    We have the right to defend any "suit" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the limits of insurance under the endorsement have been exhausted by payment of judgments or settlements.

**2. Insurance Agents Errors & Omission Coverage**

    **a.** We will also pay all sums the "insured" legally must pay as damages because of any claim made or "suit" brought against the "insured" caused by any negligent act, error or omission in connection with the sale of an "auto" committed or allegedly committed by the "insured" who is legally liable while acting as an Automobile, Credit Life, Health, Accident or Disability Insurance Agent or Broker during the policy period, including all claims involving the liability of the "insured" to any insurance company for whom the "insured" as an agent has issued a Policy, Cover Note or Binder, resulting in the company being held liable for paying its policyholder and thereafter claiming on the "insured" in respect of such liability which but for the act, error omission on the part of the "insured" would not have involved liability on the company concerned. This coverage part applies only to a financial loss.

    We have the right to defend any "suit" against the "insured" seeking such damages against you alleging such negligent acts, errors or omissions even if such claim or "suit is groundless, false or fraudulent. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the limits of insurance under the endorsement have been exhausted by payment of judgments or settlements.

    In addition to the **Limit of Insurance**, we will pay for the "insured":

    **a.** All premiums on bonds to release attachments for an amount not in excess of the applicable Limit of Liability of this insurance;

    **b.** All premiums on appeal bonds required in any such defended "suit", but without any obligation to apply for or furnish such bonds;

    **c.** All costs taxed against you in any "suit";

    **d.** All expenses incurred by us;

    **e.** All interest on the full amount of any judgment that accrues after entry of the judgment in any claim or "suit" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

    **f.** Reimburse you for all reasonable expenses, other than loss of earnings incurred at our request; and the amounts so incurred, except in settlements of claims or "suits", are payable by us in addition to the applicable Limit of Insurance.

**3. Truth In Lending Errors And Omissions For The Purchase Or Leasing Of An Automobile**

    We will also pay sums the "insured" must legally pay as damages due to a negligent act, error or omission, arising out of the unintentional violation of the truth in lending requirements as set forth by any Federal or State Consumer Credit Act or similar statute, law or ordinance.

    We have the right to defend any "suit" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate.

Our duty to defend or settle ends when the limits of insurance under the endorsement have been exhausted by payment of judgments or settlements.

**4. Odometer Alteration Errors And Omissions Coverage**

We will also pay all sums the "insured" legally must pay as damages for violations of federal, state or local odometer statues due to a negligent act, error, or omission arising out of odometer alteration or tampering on a covered "auto" sold by you.

We have the right to defend any "suit" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the limits of insurance under the endorsement have been exhausted by payment of judgments or settlements.

**B.**   With respects to Errors and Omissions Coverages in Paragraphs **1.** Through **4.** Above, **SECTION II – LIABILITY COVERAGE, A. – Who Is An Insured**  is deleted and replaced with the following:

   **1.**   You

   **2.**   Your Partners (if you are a partnership), members (if you are a limited liability company) and your "employees", directors or shareholders but only while acting within the scope of their duties.

**C.**   With respects to Errors and Omissions Coverages in Paragraphs **1.** Through **4.** above, **SECTION II – LIABILITY COVERAGE, B. – Exclusions** is amended to include the following:

This insurance does not apply to any damages:

   **1.**   If caused by any willful, dishonest, fraudulent, intentional, grossly negligent or criminal act committed by the "insured" or at the direction of the "insured"

   **2.**   Any civil fines or penalties levied by any governmental agency against the "insured".

   **3.**   Any damages incurred by an employee due to their employment with you.

**D.**   With respects to Errors and Omissions Coverage, **SECTION II – LIABILITY COVERAGE, C. – Limits Of Insurance** is amended to include the following:

Regardless of the number of "insureds" claims made or "suits" brought, or persons or organizations making claims or bringing "suits", the most we will pay for the sum of all damages for any Errors or Omissions Coverage provided under this endorsement is the limit shown as Annual Aggregate in the schedule of this endorsement for that particular Errors and Omissions Coverage. If two or more Errors and Omissions Coverages apply to the same claim or "suit", only the higher available Aggregate Limit Of Insurance available for any applicable Errors and Omissions Coverage Applies.

Any series of continuous, repeated or related negligent acts, errors or omissions shall be regarded as one negligent act, error or omission which is committed when the first such negligent act, error or omission is committed.

**E.**   With respects to this endorsement **SECTION II – LIABILITY COVERAGE, D. – Deductible** is amended to include the following:

Errors and Omissions Per Claim Deductible

In the event of a claim or "suit, coverage will be reduced by the Per Claim Deductible amount shown in the Schedule of this endorsement prior to the application of the Limit of Insurance. To settle any claim or "suit", we may pay all or part of the deductible. If this happens, you must reimburse us for the deductible or the part of the deductible we paid. Any "suits" involving a class action shall be deemed one claim.

**SECTION XI – AUTOMOBILE DEALERS LEGAL DEFENSE – PRODUCT RELATED DAMAGES COVERAGE**

**A.**   The following is added to **SECTION II – LIABILITY COVERAGE, A. Coverage:**

**Automobile Dealers Legal Defense - Product Related Damages Coverage**

1.   We will pay all costs we incur for defending you in a claim or "suit" brought against you by or on behalf of a customer arising out of the sale, service or repair of your products in your "garage operations" other than as a direct result of an accident.

2.   We have the right and duty to defend any claim or "suit" for "product related damage" to which this insurance applies, even if any of the allegations of the claims or "suit" are groundless, false or fraudulent.  We have the right but not the duty to investigate and settle any claim or "suit", as we consider appropriate.  Our duty to defend ends when the applicable limit of insurance has been exhausted by payment of settlements or defense costs.

B.   With respects to Auto Dealer Legal Defense – Product Related Damages **SECTION II – LIABILITY COVERAGE A. Coverage 3. Who Is An Insured** is deleted and replaced by the following:

   Only You are an "insured"

C.   With respects to Auto Dealer Legal Defense – Product Related Damages, **SECTION II – LIABILITY COVERAGE A. Coverage 4. Coverage Extensions, a. Supplementary Payments** is deleted and not replaced.

D.   With respects to Auto Dealer Legal Defense – Product Related Damages the following is added to **SECTION II – LIABILITY COVERAGE B. Exclusions:**

This insurance does not apply to:

1.   Any claim or "suit" alleging damages for "bodily injury", "property damage" or "personal and advertising injury".

2.   Damages unless you have first made a good faith effort to resolve any underlying claim by amicable means.

3.   Damages if caused by any willful, dishonest, fraudulent, intentional or criminal act committed by any "insured".

4.   Any claims made or "suits" brought as a result of any extended warranty or mechanical breakdown agreement.

5.   Any obligation from an implied warranty.

6.   Any sums you become legally obligated to pay (including judgment interest) not otherwise provided by this endorsement.

7.   Any civil fines or penalties levied by any governmental agency against the "insured".

8.   Any "product related damage" claimed because of recall or removal of goods or products or work you performed or other property of which they form a part of due to a known or suspected defect or deficiency they contain.

9.   Any claim or "suit" covered elsewhere in this policy.

10.  Any contract with a manufacturer making dealer responsible for manufacturer's liability.

E.   With respects to Auto Dealer Legal Defense – Product Related Damages, the following is added to **SECTION II – LIABILITY COVERAGE, C. Limit Of Insurance**

Regardless of the number of "insureds" claims made or "suits" brought, or persons or organizations making claims or bringing "suits", the most we will pay under this coverage for the sum of all defense costs for all "suits" brought during the policy period is the Annual Aggregate Limit Of Insurance shown in the Schedule. Subject to the Annual Aggregate limit, the most we will pay under this coverage for all defense costs resulting from any one claim or "suit" is any one claim limit shown in the Schedule.  No other Limits of Insurance apply.

The insurance afforded by this coverage is excess over any valid and collectible insurance whether primary, excess or contingent.

F.   With respects to Auto Dealer Legal Defense – Product Related Damages, the following is added to **SECTION II – LIABILITY COVERAGE, D. Deductible**

In the event of a claim or "suit, the defense costs payable under this coverage will be reduced by the Per Claim Deductible amount shown in the Schedule of this endorsement prior to the application of the

Limit of Insurance.  To settle any claim or "suit", we may pay all or part of the deductible.  If this happens, you must reimburse us for the deductible or the part of the deductible we paid.  Any "suits" involving a class action shall be deemed one claim.

G.    With respects to Auto Dealer Legal Defense – Product Related Damages, the following is added to **SECTION VI – DEFINITIONS:**

"Product Related Damage" means any claims or 'suits' brought against you during the policy period by or on behalf of a customer seeking damages arising out of the sale, service or repair of your products other than as a direct result of an "accident".

## SECTION XII – CUSTOMER PERSONAL EFFECTS COVERAGE

A.    As respects to this endorsement **SECTION III – GARAGEKEEPERS COVERAGE, A. Coverage** is amended to include the following.

We will pay up to $2,500 for "loss" of customers personal effects which are left in a ''customers auto" while in the "insureds" care while the "insured" is attending, servicing, repairing, parking or storing it in your "garage operations".

This coverage applies only in the event of a Comprehensive "loss" to the "customer's auto". Coverage for "loss" solely to customer's personal effects due to theft applies only with evidence of forced entry.

B.    As respects to coverage provided by this endorsement, **SECTION III – GARAGEKEEPERS COVERAGE, C Limits Of Insurance And Deductibles,** item **2.** Is deleted and replaced by the following:

The maximum deductible stated in the declarations for Garagekeepers Comprehensive Coverage applies to each "loss" of customer's personal effects.

## SECTION XIII – DEALERS DRIVEAWAY COLLISION COVERAGE

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**PHYSICAL DAMAGE COVERAGE** is changed as follows:
The exclusion relating to collision "loss" to covered "autos" driven or transported more than fifty road miles from point of purchase or distribution to their destination does not apply.

## SECTION XIV – VEHICLE DAMAGE TO LEASED PROPERTY

**SECTION II – LIABILITY, B. Exclusions, 6.** Care Custody or Control, item **a.** is deleted and replaced with**:**

a.    Property owned, rented or occupied by the "insured"; however we will pay for vehicle damage losses to covered leased property, caused by a covered auto, resulting from the accidental and actual physical contact of a covered auto with the covered 'leased property'.

i.  **COVERED PROPERTY**

"Leased property" which consists principally of leased buildings, machinery and equipment, fixtures, pumps and tanks and outdoor equipment, pertains to the maintenance, service or occupancy of the premises and while at the location(s) described in the Declaration.

ii.  **LIMIT OF INSURANCE**

To covered "leased property" resulting from the actual physical contact of a covered auto are the Each Accident and Aggregate Limits of Liability shown in the Declarations for "Garage Operations – Other Than Covered Autos", after the application of a $1,000 deductible. Vehicle damage to "leased property" covers the expense to repair or replace the property covered hereunder, but in no event shall the limit exceed the amount specified under "Each Accident" and Aggregate Limit of Liability shown in the Declarations for "Garage Operations – Other Than Covered Autos". We have no obligation to defend you or any "insured" in any lawsuit relating to any "loss" which is covered by this coverage part. Our sole obligation under this Vehicle Damage To Leased Property is to pay you for "losses" covered by this insurance but subject to the Limit of Insurance set forth in the paragraph and after application of paragraph c. Valuation.

iii. **VALUATION**

The value of "leased property" will be the least of the following amounts:

(1). The actual cash value of that property immediately prior to the loss;

(2). The cost of reasonably restoring that property to its condition immediately prior to the "loss".

In the event of "loss", the value of the property will be determined as of the time immediately prior to the "loss". Regardless of the Valuation of covered property as established in this paragraph, the most we will pay for any "loss" to Covered property are the applicable amounts set forth in this endorsement in paragraph **b. LIMIT OF INSURANCE**.

## SECTION XV – PRODUCTS COVERAGE EXTENSION

**A.**   As respects to this endorsement **SECTION II – LIABILITY COVERAGE, A. – COVERAGE** is amended to include the following:

We will also pay all sums the "insured" legally must pay because of "property damage" to any of your products if caused by a defect existing at the time it was sold or transferred to another.  However, subject to the policy Limit of Liability, this coverage applies only to the amount of "property damage" to your products or any part of your products that exceeds $500.

**B.**   As respects to this endorsement **SECTION II – LIABILITY COVERAGE, B. Exclusions, 12. Defective Products** is hereby removed.

**C.**   As respects to this endorsement **SECTION II – LIABILITY COVERAGE, D. Deductible** is hereby removed.

We will deduct an amount equal to the "bodily injury" and "property damage" deductible, subject to a minimum of $250, from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto" or as a result of defective "products". To settle any claim or "suit", we may pay all or any part of the Deductible. If this happens, you must reimburse us for the Deductible, or part of the Deductible we paid.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS –
# DAMAGE TO WORK EXTENSION

This endorsement modifies the insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to this endorsement, **SECTION II – LIABILITY COVERAGE,** subsection **B. Exclusions**, paragraph **13. Work You Performed,** is deleted.

With respect to this endorsement, **SECTION II – LIABILITY COVERAGE**, subsection **D. Deductible** is replaced by the following:

**D.  Deductible**

We will deduct $ 250   from the damages in any "accident" resulting from "property damage" to an "auto" as a result of "work you performed" on that "auto". To settle any claim or "suit", we may pay all or any part of the Deductible.  If this happens, you must reimburse us for the Deductible, or part of the Deductible we paid.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – GARAGE POLICY ERRORS AND OMISSIONS EXPANSION

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

The coverages provided by this endorsement are applicable only to "garage operations" other than the ownership, maintenance or use of the covered "auto".

### Schedule

| Coverages | Limit of Insurance | |
|---|---|---|
| Consumer Lease Statutory Errors and Omissions Coverage | $  $1,000,000<br>$  1,000 | Annual Aggregate<br>Per Claim Deductible |
| Auto Damage Disclosure Statutory Errors and Omissions Coverage | $  $1,000,000<br>$  1,000 | Annual Aggregate<br>Per Claim Deductible |
| Auto Parts Disclosure Statutory Errors and Omissions Coverage | $  $1,000,000<br>$  1,000 | Annual Aggregate<br>Per Claim Deductible |
| Used Buyers Guide Statutory Errors and Omissions Coverage | $  $1,000,000<br>$  1,000 | Annual Aggregate<br>Per Claim Deductible |
| | Premium For This Endorsement<br>$  200 | |

**A.** The following is added to **SECTION II – LIABILITY,** subsection **A. Coverage**:

  **1. CONSUMER LEASE STATUTORY ERRORS AND OMISSIONS COVERAGE**

   **a.** We will pay all sums the "insured" legally must pay as damages because of a negligent act, error or omission of the "insured" during the policy period in failing to comply with federal, state or local Consumer Lease laws.

   **b.** We have the right and duty to defend claims or "suits" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit", as we consider appropriate. Our duty to defend or settle ends when the applicable Limit of Insurance has been exhausted by payment of judgments or settlements.

  **2. AUTO DAMAGE DISCLOSURE STATUTORY ERRORS AND OMISSIONS COVERAGE**

   **a.** We will pay all sums the "insured" legally must pay as damages for violations of Auto Damage Disclosure laws because of a negligent act, error or omission committed by the "insured" during the policy period.

   **b.** We have the right and duty to defend claims or "suits" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit", as we consider appropriate. Our duty to defend or settle ends when the applicable Limit of Insurance has been exhausted by payment of judgments or settlements.

### 3. AUTO PARTS DISCLOSURE STATUTORY ERRORS AND OMISSIONS COVERAGE

**a.** We will pay all sums the "insured" legally must pay as damages for violations of Auto Parts Disclosure laws because of a negligent act, error or omission committed by the "insured" during the policy period.

**b.** We have the right and duty to defend claims or "suits" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit", as we consider appropriate. Our duty to defend or settle ends when the applicable Limit of Insurance has been exhausted by payment of judgments or settlements.

### 4. USED CAR BUYERS GUIDE STATUTORY ERRORS AND OMISSIONS COVERAGE

**a.** We will pay all sums the "insured" legally must pay as damages for violations of federal, state or local Buyers Guide statutes or regulations because of a negligent act, error or omission committed by the "insured" during the policy period.

**b.** We have the right and duty to defend claims or "suits" against the "insured" seeking such damages. However, we have no duty to defend any "insured" against a "suit" seeking damages to which this insurance does not apply. We may investigate and settle any claim or "suit", as we consider appropriate. Our duty to defend or settle ends when the applicable Limit of Insurance has been exhausted by payment of judgments or settlements.

## B. EXCLUSIONS

This insurance does not apply to:

**1.** Damages unless you have first made a good faith effort to resolve any underlying claim by amicable means.

**2.** Damages if caused by any willful, dishonest, fraudulent, intentional or criminal act committed by any "insured".

**3.** Any claims made or "suits" brought as a result of any extended warranty or mechanical breakdown agreement.

**4.** Any obligation from an implied warranty.

**5.** Any sums you become legally obligated to pay (including judgment interest) not otherwise provided by this endorsement.

**6.** Any civil fines or penalties levied by any governmental agency against the "insured".

**7.** Any "product related damage" claimed because of recall or removal of goods or products or work you performed or other property of which they form a part of due to a known or suspected defect or deficiency they contain.

**8.** Any claim or "suit" covered elsewhere in this policy.

**9.** Any contract with a manufacturer making a dealer responsible for manufacturer's liability.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – CALIFORNIA
# UNINSURED MOTORISTS COVERAGE – BODILY INJURY

For a covered "auto" licensed or principally garaged in or "garage operations" conducted in California, this endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | RHN Automotive INC. |
| **Endorsement Effective Date:** | 5/15/2018 |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** $ 60,000 | **Each "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Punitive or exemplary damages.

**2.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**3.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

**4.** "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

   **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form; or

   **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy.

   However, Exclusion **4.** shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

**5.** "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

**6.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**7.** "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

   As used in this exclusion, public or livery conveyance includes, but is not limited to, any period of time an "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "auto."

**8.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** For a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", our Limit of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for California Uninsured Motorists Coverage – Bodily Injury as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

    **a.** Promptly notify the police if a hit-and-run driver is involved; and

    **b.** Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

        **(1)** Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

        **(2)** Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

        **(3)** Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

**2. Legal Action Against Us** is replaced by the following:

No legal action may be brought against us under this coverage form until there has been full compliance with all the terms of this coverage form and with respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

    **a.** Agreement as to the amount due under this insurance has been concluded;

    **b.** The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

    **c.** "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

    Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this coverage form only if the failure to give notice prejudices our rights.

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

    **a.** With respect to Paragraphs **a., c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

    **b.** With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**4. Other Insurance** in the Auto Service Plus – Garage Coverage Form is replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

    **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

  **(1)** On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

  **(2)** On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**5.** The following Condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator. However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

## F. Additional Definitions

The following are added to the **Definitions** section:

**1.** "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**4.** "Uninsured motor vehicle" means a land motor vehicle or trailer:

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

**c.** For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**e.** That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing; or

**c.** Designed or modified for use primarily off public roads while not on public roads.

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – IDENTITY THEFT – VICARIOUS LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

**Schedule**

| | |
|---|---|
| Identity Theft – Vicarious Liability Each Claim or Suit Limit of Insurance | $ 1,000,000 |
| Identity Theft – Vicarious Liability Aggregate Limit of Insurance | $ 1,000,000 |
| Identity Theft – Vicarious Liability Each Claim Deductible | $ 1,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

I. **SECTION II – LIABILITY COVERAGE** is amended as follows:

   A. The following is added to Paragraph **A. Coverage**:

   5. **Identity Theft – Vicarious Liability**

   a. We will pay all sums you legally must pay as damages arising out of your "vicarious liability" due to the actions of your "employees" resulting from the theft or misuse of "customer personal information".

   b. We have the right and duty to defend you against any "suit" asking for these damages. However, we have no duty to defend you against a "suit" to which this insurance does not apply. We may investigate or settle any claim or "suit" as we consider appropriate. Our duty to defend ends when the applicable Identity Theft – Vicarious Liability Limit Of Insurance has been exhausted by payment of judgments or settlements.

   c. This insurance applies to "employees'" actions involving "customer personal information" only if those actions take place during the policy period and, prior to the policy period, no "insured" listed under **Who Is An Insured** and no "employee" authorized by you to give or receive notice of a claim or "suit" knew that the theft or misuse had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the theft or misuse had occurred, then any continuation, change or resumption of such theft or misuse during or after the policy period will be deemed to have been known prior to the policy period.

   d. The theft or misuse of "customer personal information" by your "employees" will be deemed to have been known when any "insured" listed under **Who Is An Insured** or any "employee" authorized by you to receive notice of a claim or "suit":

   (1) Reports all or any part of the theft or misuse of "customer personal information" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the theft or misuse of "customer personal information"; or

   (3) Becomes aware by any other means that the theft or misuse of "customer personal information" has occurred.

**e.** In the event of a claim seeking damages covered under this endorsement, the Identity Theft – Vicarious Liability Each Claim Deductible shown in the Schedule shall be deducted from the total amount of covered damages resulting from each claim and we shall be liable only for the difference between such deductible amount and the Limit Of Insurance otherwise applicable to each claim. The deductible applies to the sum of amounts claimed by all persons and organizations which arises out of each separate error or omission.

If we pay or incur amounts within this deductible, then you must promptly reimburse us for any such amounts. Failure to promptly reimburse us shall be deemed an event of nonpayment of premium.

**f.** With respect to this Identity Theft – Vicarious Liability coverage, paragraph **A.3., Who Is An Insured** is deleted and replaced with the following:

**Who Is An Insured**

**(1)** You.

**(2)** Your partners (if you are a partnership), members (if you are a limited liability company), directors or shareholders but only while acting within the scope of their duties.

**B.** The following is added to Paragraph **B. Exclusions**:

Identity Theft – Vicarious Liability coverage does not apply to any of the following:

**1.** Claims or "suits" arising out of the actions committed by, with the knowledge of, or at the direction of:

**a.** You;

**b.** Your partners, if you are a partnership;

**c.** Your members, if you are a joint venture;

**d.** Your members or managers if you are a limited liability company; or

**e.** Your directors or executive officers, if you are an organization other than a partnership, joint venture or limited liability company.

**2.** Liability assumed under any contract or agreement. This exclusion does not apply to "vicarious liability" you would have had in the absence of the contract or agreement.

**3.** Damages or other amounts you must pay under any recourse or other agreement to become responsible in the event of default by the purchaser of any credit you have arranged or placed.

**4.** Damages, "loss", cost or expense based upon, arising from, or in consequence of any claim or proceeding brought by or on behalf of any:

**a.** Federal, state or local government agency or authority; or

**b.** Licensing or regulatory organization.

**C.** The following are added to paragraph **C. Limit of Insurance**:

**3. Identity Theft – Vicarious Liability Aggregate Limit of Insurance**

Subject to the **Aggregate Limit of Insurance – "Garage Operations" – Other than Covered "Autos"**, the Identity Theft – Vicarious Liability Aggregate Limit Of Insurance shown in the Schedule is the most we will pay for the sum of all damages involving your "vicarious liability" from the theft or misuse of a customer's social security number, credit history or other personal information, regardless of the number of:

**a.** "Insureds";

**b.** Claims made;

**c.** "Suits" brought; or

**d.** Persons or organizations making a claim or bringing "suits".

The Identity Theft – Vicarious Liability Aggregate Limit Of Insurance applies separately to each consecutive annual policy period and to any remaining period of less than 12 months starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Identity Theft – Vicarious Liability Aggregate Limit Of Insurance.

**4.   Identity Theft – Vicarious Liability Each Claim Or Suit Limit Of Insurance**

Subject to Paragraph **1.** above, the most we will pay for a claim or "suit" brought by a customer is the Identity Theft – Vicarious Liability Each Claim Or Suit Limit Of Insurance shown in the Schedule, regardless of the number of "insureds" or "employees" involved.

**II.**   The following are added to **SECTION VI – DEFINITIONS:**

**A.**   "Customer personal information" means a customer's:

**1.**   Social security number, driver's license number or other personal identification number, including an employee identification number or student identification number;

**2.**   Financial account number, including a bank account number, retirement account number, or healthcare spending account number;

**3.**   Credit, debit or payment card number; or

**4.**   Any individually identifiable health information, pursuant to the Health Insurance Portability and Accountability Act of 1996.

**B.**   "Vicarious Liability" means liability that a person or organization bears to the actions of a subordinate or associate**.**

This page intentionally left blank

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO SERVICE PLUS – CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in or "garage operations" conducted in California this endorsement modifies insurance provided under the following:

**AUTO SERVICE PLUS – GARAGE COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following are added to the **Other Insurance** Condition in the Auto Service Plus – Garage Coverage Form and supersedes any provisions to the contrary:

    **1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

        **a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

        **b.** The other provides coverage to a person not engaged in that business, and

        **c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.,** then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

    **2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and:

        **a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos", and

        **b.** The other provides coverage to a person not engaged in that business, and

        **c.** At the time of an "accident" an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.,** then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

    **3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and:

        **a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators, and

        **b.** The other provides coverage to a person other than as described in Paragraph **3.a.,** and

        **c.** At the time of an "accident", a person who is not the Named Insured of the Policy described in Paragraph **3.a.,** and who is not the agent or "employee" of such Named Insured is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.,** then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

    **4.** Notwithstanding Paragraph **A.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

        **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

        **b.** The other provides coverage to a Named Insured not engaged in that business; and

    **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

  **1.** Used or maintained for the transportation of persons for hire, compensation or profit;

  **2.** Designed, used or maintained primarily for the transportation of property; or

  **3.** Leased for a period of six months or more.

AAIS
CL 0100 03 99
Page 1 of 1

# COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records** -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

---

**CL 0100 03 99**

Copyright, American Association of Insurance Services, 1998

This page intentionally left blank

AAIS
CL 0162 08 06
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## CALIFORNIA

1. Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

**Cancellation and Nonrenewal** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

"We" may cancel this policy or one or more of its parts by delivering or mailing written notice to the producer of record and to "your" mailing address last known to "us". The notice will state the date that the cancellation is effective. The notice will also include the reason for cancellation, or it will advise "you" that the specific reason for cancellation will be provided if "you" make a written request for this information within 90 business days of the date "our" notice is mailed or delivered to "you". If you make such written request, "we" will provide the reasons in writing within 21 business days of "our" receipt of "your" written request.

a. If this policy has been in effect for 60 days or less, "we" may cancel for any reason. "We" will give "you" notice at least ten days before cancellation is effective.

b. If this policy has been in effect for more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel only for one or more of the following reasons:

   1) the premium has not been paid when due;
   2) a judgment by a court or an administrative tribunal that "you" have violated a law of this state or the United States involving an act that materially increases a hazard insured against;
   3) discovery of fraud or material misrepresentation committed by:

      a) a person insured under this coverage or his or her representative in obtaining this insurance; or
      b) "you" or "your" representative in pursuing a claim under this policy;

   4) discovery of willful or grossly negligent acts or omissions, or of violations of state laws or regulations establishing safety standards by "you" or "your" representative, that materially increase a hazard insured against;
   5) failure by "you" or "your" representative to implement reasonable loss control requirements to which "you" agreed as a condition of the issuance of this policy, or which were required in order to qualify for a particular rate or rating plan, if the failure materially increases a hazard insured against;
   6) a determination by the Insurance Commissioner that loss of, or changes in, "our" reinsurance would threaten "our" financial integrity or solvency;
   7) a determination by the Insurance Commissioner that a continuation of this policy would place "us" in violation of the law or that continuation of coverage would threaten "our" solvency; or
   8) a change made by "you" or "your" representative in the activities or property which results in a materially added, increased, or changed hazard that is not included in the policy.

Copyright, American Association of Insurance Services, Inc., 2006

AAIS
CL 0162 08 06
Page 2 of 2

If the premium has not been paid when due or if fraud is discovered, "we" will give "you" notice at least ten days before cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days before cancellation is effective.

"Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within 80 business days of cancellation unless this policy is subject to audit. If this policy is subject to audit, it will be refunded to "you" within 80 business days of the date "you" provide all information needed to conduct an audit. Payment or tender of the unearned premium is not a condition of cancellation.

c.  "We" may elect not to renew or continue this policy by delivering or mailing written notice to the producer of record and to "your" mailing address shown in the policy.

"We" will give "you" notice at least 60 days, but not more than 120 days, before the expiration or anniversary date. The notice will include the reason for "our" action.

"We" will give "you" the same number of days notice if "we" offer to renew this policy subject to a reduction of "limits", elimination of coverages, an increase in deductibles, or an increase of more than 25% in the rate upon which the premium is based.

"We" are not required to send a notice of nonrenewal if:

1)  this policy is transferred to or renewed by another insurer in "our" insurance group without changing policy "terms" or the rate on which the premium is based;
2)  the policy has been extended for 90 days or less after notice was given in accordance with the requirements of this condition;
3)  "you" have obtained replacement coverage or have agreed in writing to obtain replacement coverage within 60 days of the termination of this policy;
4)  this policy was issued for a term of 60 days or less and "you" were notified when the policy was issued that it would not be renewed;
5)  "you" request a change in "terms" or hazards covered within 60 days of the end of the policy period; or
6)  in accordance with the requirements of this condition, "we" have made a written offer to renew the policy with changed "terms" or at a change to the rate on which the premium is based.

CL 0162 08 06

Copyright, American Association of Insurance Services, Inc., 2006

**AAIS**
**CL 0700 10 06**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended** --

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria** --

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions** -- The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect** --

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

**CL 0700 10 06**

Copyright, American Association of Insurance Services, Inc., 2006

This page intentionally left blank

COMMERCIAL INLAND MARINE
CM 00 01 09 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

**LOSS CONDITIONS**

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E. Loss Payment**

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc.,  2003

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

 © ISO Properties, Inc., 2003

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

© ISO Properties, Inc.,  2003

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

**COMMERCIAL INLAND MARINE**
**CM 00 66 03 10**

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E** – Definitions.

**A. Coverage**

  **1. We will pay:**

    **a.** All amounts due from your customers that you are unable to collect;

    **b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

    **c.** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

    **d.** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

    that result from Covered Causes of Loss to your records of accounts receivable.

  **2. Property Not Covered**

    Coverage does not apply to:

    **a.** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

    **b.** Contraband, or property in the course of illegal transportation or trade.

  **3. Covered Causes Of Loss**

    Covered Causes of Loss means Direct Physical Loss Or Damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

  **4. Additional Coverage – Collapse**

    The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

    **a.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

    **b.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this coverage form, if such collapse is caused by one or more of the following:

      **(1)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

      **(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

      **(3)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

      **(4)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

        **(a)** A cause of loss listed in Paragraph **(1)** or **(2);**

        **(b)** One or more of the following causes of loss: Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this coverage form;

        **(c)** Weight of people or personal property; or

        **(d)** Weight of rain that collects on a roof.

**c.** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this coverage form.

**5. Coverage Extension**

**Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

**a.** At a safe place away from your "premises"; or

**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**d.** Bookkeeping, accounting or billing errors or omissions.

**e.** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

**(1)** Programming errors or faulty machine instructions;

**(2)** Faulty installation or maintenance of data processing equipment or component parts;

**(3)** An occurrence that took place more than 100 feet from your "premises"; or

**(4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

**f.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g.** Unauthorized instructions to transfer property to any person or to any place.

**h.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**4.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such condition relates to Paragraph **(1)** or **(2).**

This Exclusion, **d.,** does not apply to the extent that coverage is provided under the Additional Coverage – Collapse or to collapse caused by one or more of the following: Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Additional Conditions**

**1. Determination Of Receivables**

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

**a.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**b.** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(1)** The amount of the accounts for which there is no loss or damage;

**(2)** The amount of the accounts that you are able to reestablish or collect;

**(3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(4)** All unearned interest and service charges.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**a. Coverage Territory**

We cover records of accounts receivable:

**(1)** Within your "premises"; and

**(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

**(a)** The United States of America (including its territories and possessions);

**(b)** Puerto Rico; and

**(c)** Canada.

**b. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for Coverage Applicable At All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable At All Locations by the figure determined in Step **(1);** and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to reestablish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

POLICY NUMBER: SPP1654476 00

**COMMERCIAL INLAND MARINE**
**CM 00 67 03 10**

# VALUABLE PAPERS AND RECORDS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F** – Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

**1.** Covered Property, as used in this coverage form, means "valuable papers and records" that are your property or property of others in your care, custody or control.

**2. Property Not Covered**

Covered Property does not include:

**a.** Property not specifically declared and described in the Declarations if such property cannot be replaced with other property of like kind and quality;

**b.** Property held as samples or for delivery after sale;

**c.** Property in storage away from the "premises" shown in the Declarations; or

**d.** Contraband, or property in the course of illegal transportation or trade.

**3. Covered Causes Of Loss**

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

**4. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **a.** through **c.**

**a.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**b.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this coverage form, if such collapse is caused by one or more of the following:

**(1)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(3)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(4)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(a)** A cause of loss listed in Paragraph **(1)** or **(2)**;

**(b)** One or more of the following causes of loss: Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this coverage form;

**(c)** Weight of people or personal property; or

**(d)** Weight of rain that collects on a roof.

**c.** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this coverage form.

© Insurance Services Office, Inc., 2009

**5. Coverage Extensions**

**a. Removal**

If you give us written notice within 10 days of removal of your "valuable papers and records" because of imminent danger of loss or damage, we will pay for loss or damage while it is:

**(1)** At a safe place away from your "premises"; or

**(2)** Being taken to and returned from that place.

This Coverage Extension is included within the Limits of Insurance applicable to the "premises" from which the Covered Property is removed.

**b. Away From Your Premises**

We will pay up to $5,000 for loss or damage to Covered Property while it is away from your "premises".

But if a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

The limit for this Coverage Extension is additional insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Errors or omissions in processing or copying.

But if errors or omissions in processing or copying result in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

But we will pay for direct loss or damage caused by lightning.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

© Insurance Services Office, Inc., 2009

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property wherever located.

**d.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such condition relates to Paragraph **(1)** or **(2).**

This Exclusion, **d.,** does not apply to the extent that coverage is provided under the Additional Coverage – Collapse or to collapse caused by one or more of the following: Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; weight of people or personal property; weight of rain that collects on a roof.

**e.** Wear and tear, any quality in the property that causes it to damage or destroy itself, gradual deterioration; insects, vermin or rodents.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

**1. Valuation – Specifically Declared Items**

The following is added to General Condition **F. Valuation** in the Commercial Inland Marine Conditions:

The value of each item of property that is specifically declared and described in the Declarations is the applicable Limit of Insurance shown in the Declarations for that item.

**2. Recoveries**

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. If so, your loss or damage will be readjusted based on the amount you received for the property recovered, with allowance for recovery expenses incurred.

**3.** The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

   **a. Coverage Territory**

     We cover property:

     **(1)** Within your "premises"; and

     **(2)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

       **(a)** The United States of America (including its territories and possessions);

       **(b)** Puerto Rico; and

       **(c)** Canada.

   **b. Protection Of Records**

     Whenever you are not open for business, and except while you are actually using the property, you must keep all "valuable papers and records" in receptacles that are described in the Declarations.

**F. Definitions**

   **1.** "Valuable papers and records" means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages.

     But "valuable papers and records" does not mean "money" or "securities", converted data, programs or instructions used in your data processing operations, including the materials on which the data is recorded.

   **2.** "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

   **3.** "Money" means:

     **a.** Currency, coins and bank notes whether or not in current use; and

     **b.** Travelers checks, register checks and money orders held for sale to the public.

   **4.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

     **a.** Tokens, tickets, revenue and other stamps whether or not in current use; and

     **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

     but does not include "money".

 © Insurance Services Office, Inc., 2009

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

        © Insurance Services Office, Inc., 2011

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

 © Insurance Services Office, Inc., 2011

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $      250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

| | |
|---|---|
| $ 60,100 | |
| –      250 | |
| $ 59,850 | Loss Payable – Building 1 |

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011    CP 00 10 10 12

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is:

| | |
|---|---:|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is:    90%

| | |
|---|---:|
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---:|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):**  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**  $180,000 ÷ $225,000 = .80

Step **(3):**  $50,000 x .80 = $40,000

Step **(4):**  $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

      © Insurance Services Office, Inc., 2011

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

**COMMERCIAL PROPERTY**
**CP 00 30 10 12**

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   **a.** Your business activities occurring at the described premises; and

   **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   **a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that premises, including:

   **(1)** Payroll; and

   **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   **a.** The slowdown or cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

This page intentionally left blank

**Policy Number:** SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 00 90 07 88**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

 © ISO Properties, Inc., 2006

This page intentionally left blank

**COMMERCIAL PROPERTY**
**CP 02 99 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

The following is added to the **Cancellation** Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least five days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

**1.** Seasonal unoccupancy;

**2.** Buildings in the course of construction, renovation or addition; or

**3.** Buildings to which the Vacancy Permit endorsement applies.

Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a covered cause of loss, permanent repairs to the building:

**1.** Have not started; and

**2.** Have not been contracted for,

within 30 days of initial payment of loss.

**C.** The building has:

**1.** An outstanding order to vacate;

**2.** An outstanding demolition order;

**3.** Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** Failure to:

**1.** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

**2.** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

© ISO Properties, Inc., 2007

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 04 11 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1 |
| 3 | 1 | P-1 |
| 4 | 1 | P-1 |
| **Protective Safeguards "P-9" Description:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

**CP 04 11 10 12**

© Insurance Services Office, Inc., 2011

**Page 1 of 2**

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form
Causes Of Loss – Broad Form
Causes Of Loss – Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 04 49 12 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – REPLACEMENT COST

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

**B.** Under an "open policy", when the Replacement Cost Optional Coverage (Replacement Cost) is shown as applicable in the Declarations, that Coverage is replaced by the following:

**Replacement Cost**

**1.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of the applicable Coverage Form.

**2.** This Optional Coverage does not apply to:

**a.** Personal property of others;

**b.** Contents of a residence;

**c.** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**d.** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**3.** We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, and in accordance with the terms of the applicable Loss Payment conditions in this policy, we will pay the actual cash value of the lost or damaged property as described in Paragraph **4.** below. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

**a.** Within 12 months after our payment of the actual cash value; or

**b.** Within 24 months after our payment of the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

unless we extend the time period for good cause.

The foregoing provisions do not constitute a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

**4.** Actual cash value is determined as follows:

**a.** In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, whichever is less.

 © ISO Properties, Inc., 2005

**b.** In the event of a partial loss to a building or structure, actual cash value is calculated as **b.1.** or **b.2.,** whichever is less:

  **1.** The amount it would cost to repair, re-build or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss;

  **2.** The Limit of Insurance applicable to the property.

**c.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as **c.1.** or **c.2.,** whichever is less:

  **1.** The amount it would cost to repair or replace the property less a fair and rea-sonable deduction for physical deprecia-tion, based on the condition of the prop-erty at the time of loss;

  **2.** The Limit of Insurance applicable to the property.

**5.** With respect to tenants' improvements and betterments, the following also apply:

  **a.** If the property is not repaired or replaced, the value of tenants' improvements and bet-terments will be determined as a proportion of your original cost, as set forth in the Val-uation Condition of the applicable Coverage Form.

  **b.** We will not pay for loss or damage to ten-ants' improvements and betterments if oth-ers pay for repair or replacement.

**6.** We will not pay more for loss or damage on a replacement cost basis than the least of **a., b.** or **c.,** subject to **7.** below:

  **a.** The Limit of Insurance applicable to the lost or damaged property;

**b.** The cost to replace the lost or damaged property with other property:

  **1.** Of comparable material and quality; and

  **2.** Used for the same purpose; or

**c.** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **6.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premis-es.

**7.** The cost of repair or replacement does not include the increased cost attributable to en-forcement of any ordinance or law regulating the construction, use or repair of any property.

**C. Extension Of Replacement Cost To Personal Property Of Others**

**1.** Under an "open policy", when the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may al-so be shown as applicable. If the Declarations show this Extension as applicable, then Para-graph **B.2.a.** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage ap-ply to replacement cost on personal property of others.

**2.** With respect to replacement cost on the per-sonal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the re-placement cost of the property or the applicable Limit of Insurance.

© ISO Properties, Inc., 2005

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

© Insurance Services Office, Inc., 2011

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

© Insurance Services Office, Inc., 2011

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

 © Insurance Services Office, Inc., 2011

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 14 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OUTDOOR SIGNS

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY

**SCHEDULE**

| **Premises Number:** | 1 | **Building Number:** | 1 |
|---|---|---|---|
| **Description Of Sign:** | Billboards/Signs/OtherThanMetal | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | ☒ **Other** | |
| **Limit Of Insurance:** | $   250,000 | | |
| **Coinsurance Percentage:** | 80% | | |
| **Additional Premium:** | $   5,390 | | |
| **Premises Number:** | 3 | **Building Number:** | 1 |
| **Description Of Sign:** | Billboards/Signs/OtherThanMetal | | |
| **Construction Of Sign:** | ☐ **Entirely Metal** | ☒ **Other** | |
| **Limit Of Insurance:** | $   250,000 | | |
| **Coinsurance Percentage:** | 80% | | |
| **Additional Premium:** | $   5,390 | | |

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Description Of Sign:** | | | |
| **Construction Of Sign:** | ☐ Entirely Metal | ☐ Other | |
| **Limit Of Insurance:** | $ | | |
| **Coinsurance Percentage:** | | | |
| **Additional Premium:** | $ | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the outdoor signs described in the Schedule, the provision in the Limits Of Insurance section which pertains to signs does not apply. The limit applicable to each sign is shown in the Schedule. The limit applicable to each sign is the most we will pay for loss or damage to the sign in any one occurrence.

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 40 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CALIFORNIA - CIVIL AUTHORITY CHANGE(S)

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Prem. No. | Bldg. No. | Schedule Part A Radius | Schedule Part B Coverage Period |
|-----------|-----------|------------------------|---------------------------------|
| 5 | 1 | | |
| 1 | 1 | | |
| 4 | 2 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Amendment of Radius To Three Miles And Option For More Than Three Miles**

The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property.  With respect to described premises located in California, such one-mile radius is replaced by three miles or by the number of miles indicated in Part **A** of the Schedule, subject to all other provisions of that Additional Coverage.  If there is no entry in Part **A** of the Schedule, the three-mile radius applies, subject to all other provisions of the Additional Coverage - Civil Authority.

**B. Coverage Period Option**

Under the Additional Coverage - Civil Authority, the four-week coverage period is replaced by the number of days indicated in Part **B** of the Schedule, subject to all other provisions of that Additional Coverage.  If there is no entry in Part **B** of the Schedule, the four-week coverage period continues to apply, subject to all other provisions of the Additional Coverage - Civil Authority.

**C.** This endorsement does not increase the applicable Limit of Insurance.

© Insurance Services Office, Inc., 2007

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA - CIVIL AUTHORITY CHANGE(S)

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Prem. No. | Bldg. No. | Schedule Part A Radius | Schedule Part B Coverage Period |
|---|---|---|---|
| 3 | 1 | | |
| 4 | 1 | | |
| 7 | 1 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Amendment of Radius To Three Miles And Option For More Than Three Miles**

The Additional Coverage - Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property.  With respect to described premises located in California, such one-mile radius is replaced by three miles or by the number of miles indicated in Part **A** of the Schedule, subject to all other provisions of that Additional Coverage.  If there is no entry in Part **A** of the Schedule, the three-mile radius applies, subject to all other provisions of the Additional Coverage - Civil Authority.

**B. Coverage Period Option**

Under the Additional Coverage - Civil Authority, the four-week coverage period is replaced by the number of days indicated in Part **B** of the Schedule, subject to all other provisions of that Additional Coverage.  If there is no entry in Part **B** of the Schedule, the four-week coverage period continues to apply, subject to all other provisions of the Additional Coverage - Civil Authority.

**C.** This endorsement does not increase the applicable Limit of Insurance.

© Insurance Services Office, Inc., 2007

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 45 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
| | | | Water Supply Property | Waste-water Removal Property | Communication Supply Property (including overhead transmission lines) | Communication Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) | Power Supply Property (not including overhead transmission lines) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | $ 100,000 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 1 | 1 | $ 100,000 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 1 | 1 | $ 100,000 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

 © Insurance Services Office, Inc., 2011

## A. Coverage

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

## B. Exception

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

## C. Utility Services

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

    **a.** Pumping stations; and

    **b.** Water mains.

**2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    **a.** Communication transmission lines, including optic fiber transmission lines;

    **b.** Coaxial cables; and

    **c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

    **a.** Utility generating plants;

    **b.** Switching stations;

    **c.** Substations;

    **d.** Transformers; and

    **e.** Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**E.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**F.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 45 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Commu-nication Supply Property (including overhead transmis-sion lines) | Commu-nication Supply Property (not including overhead transmis-sion lines) | Power Supply Property (including overhead transmis-sion lines) | Power Supply Property (not including overhead transmis-sion lines) |
| 3 | 1 | $ 100,000 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 3 | 1 | $ 100,000 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 3 | 1 | $ 100,000 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**C. Utility Services**

1. Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

3. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

4. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**E.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**F.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 45 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Commu-nication Supply Property (including overhead transmis-sion lines) | Commu-nication Supply Property (not including overhead transmis-sion lines) | Power Supply Property (including overhead transmis-sion lines) | Power Supply Property (not including overhead transmis-sion lines) |
| 4 | 2 | $  100,000 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 4 | 2 | $  100,000 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 4 | 2 | $  100,000 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

© Insurance Services Office, Inc., 2011

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**C. Utility Services**

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

**a.** Pumping stations; and

**b.** Water mains.

**2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

**a.** Communication transmission lines, including optic fiber transmission lines;

**b.** Coaxial cables; and

**c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

**a.** Utility generating plants;

**b.** Switching stations;

**c.** Substations;

**d.** Transformers; and

**e.** Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**E.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**F.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 45 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Communication Supply Property (including overhead transmission lines) | Communication Supply Property (not including overhead transmission lines) | Power Supply Property (including overhead transmission lines) | Power Supply Property (not including overhead transmission lines) |
| 4 | 1 | $ 100,000 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 4 | 1 | $ 100,000 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| 4 | 1 | $ 100,000 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Causes Of Loss Form Applicable:**   Special | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

**A. Coverage**

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

**B. Exception**

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

**C. Utility Services**

1. Water Supply Property, meaning the following types of property supplying water to the described premises:

   **a.** Pumping stations; and

   **b.** Water mains.

2. Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

3. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

   **a.** Communication transmission lines, including optic fiber transmission lines;

   **b.** Coaxial cables; and

   **c.** Microwave radio relays except satellites.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

4. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

   **a.** Utility generating plants;

   **b.** Switching stations;

   **c.** Substations;

   **d.** Transformers; and

   **e.** Transmission lines.

   It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**E.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**F.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

© Insurance Services Office, Inc., 2011
CP 15 45 10 12

POLICY NUMBER: SPP1654476 00

**COMMERCIAL PROPERTY**
**CP 15 45 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter **"X"** for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Commu-nication Supply Property (including overhead transmis-sion lines) | Commu-nication Supply Property (not including overhead transmis-sion lines) | Power Supply Property (including overhead transmis-sion lines) | Power Supply Property (not including overhead transmis-sion lines) |
| 5 | 1 | $ 100,000 | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Causes Of Loss Form Applicable:   Special | | | | | | | | |
| 5 | 1 | $ 100,000 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Causes Of Loss Form Applicable:   Special | | | | | | | | |
| 5 | 1 | $ 100,000 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Causes Of Loss Form Applicable:   Special | | | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | | | |

© Insurance Services Office, Inc., 2011

## A. Coverage

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss Form indicated in the Schedule) to the property described in Paragraph **C.** if such property is indicated by an "X" in the Schedule.

## B. Exception

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

## C. Utility Services

1. Water Supply Property, meaning the following types of property supplying water to the described premises:

    a. Pumping stations; and

    b. Water mains.

2. Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

3. Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    a. Communication transmission lines, including optic fiber transmission lines;

    b. Coaxial cables; and

    c. Microwave radio relays except satellites.

    It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

4. Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

    a. Utility generating plants;

    b. Switching stations;

    c. Substations;

    d. Transformers; and

    e. Transmission lines.

    It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**D.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**E.** The **Coinsurance** Additional Condition does not apply to this endorsement.

**F.** The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

 © Insurance Services Office, Inc., 2011 CP 15 45 10 12

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.:**

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises – Theft Of Money And Securities

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

**a.** Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

**a.** We will pay for:

**(1)** Loss resulting directly from a fraudulent:

**(a)** Entry of "electronic data" or "computer program" into; or

**(b)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b):**

**(i)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(ii)** Your account at a "financial institution" to be debited or deleted.

**(2)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

**b.** As used in Paragraph **6.a.(1)**, fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure or use of another person's or organization's confidential or personal information; or

**(2)** The disclosure of your confidential or personal information. However, this Paragraph **1.d.(2)** does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**l. War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** Insuring Agreement **A.1.** does not cover:

**a. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c. Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c. Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

**(a)** On the basis of unauthorized instructions; or

**(b)** As a result of a threat including, but not limited to:

**(i)** A threat to do bodily harm to any person;

**(ii)** A threat to do damage to any property;

**(iii)** A threat to introduce a denial of service attack into any "computer system";

**(iv)** A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

**(v)** A threat to contaminate, pollute or render substandard your products or goods; or

**(vi)** A threat to disseminate, divulge or utilize:

**i.** Your confidential information;

**ii.** Confidential or personal information of another person or organization; or

**iii.** Weaknesses in the source code within any "computer system".

**(2)** However, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

    **(a)** Had no knowledge of any threat at the time the conveyance began; or

    **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

    **(1)** Entry of "electronic data" or "computer program" into; or

    **(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

    **(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

    **(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

    **(1)** An inventory computation; or

    **(2)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

    **(1)** This insurance;

    **(2)** The property covered under this insurance;

    **(3)** Your interest in the property covered under this insurance; or

    **(4)** A claim under this insurance.

**c. Consolidation – Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e. Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**f. Employee Benefit Plans**

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.,** subject to the following:

**(1)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(3)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**(5)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

   © Insurance Services Office, Inc., 2015   CR 00 21 11 15

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **k.(1)** and **k.(2)**:

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B,** $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A.** The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

© Insurance Services Office, Inc., 2015

### Policy B

Issued prior to Policy **A.** Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

#### Settlement Of Loss

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B,** $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B.** The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D.**

#### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

#### Policy B

Issued prior to Policy **A.** Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

#### Policy C

Issued prior to Policy **B.** Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

#### Policy D

Issued prior to Policy **C.** Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

#### Settlement Of Loss

The amount of loss sustained under Policy **A** is $350,000; under Policy **B,** $250,000; under Policy **C,** $600,000; and under Policy **D,** $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A.** The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D,** as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

### I. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

   **(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

   **(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

   **(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.,** the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

   **(b)** For loss covered under this condition that is not subject to Paragraph **l.(3)(a),** the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

     **(i)** This insurance as of its effective date; or

     **(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

   When this insurance is written as primary insurance, and:

   **(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

   **(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a),** we will only pay for the amount of loss that exceeds:

     **(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

     **(ii)** The Deductible Amount shown in the Declarations;

   whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

   **(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

   **(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance**.**

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

© Insurance Services Office, Inc., 2015

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation – Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(a)** At face value in the "money" issued by that country; or

**(b)** In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(a)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

**(ii)** Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

**(a)** Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

 © Insurance Services Office, Inc., 2015

**(b)** We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)(a):**

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(c)** We will, at your option, pay for loss or damage to such property:

**(i)** In the "money" of the country in which the loss or damage was sustained; or

**(ii)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(d)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

**(1)** As soon as:

**(a)** You; or

**(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.5.,** we will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

**(1)** Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

**(2)** Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

**a. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

**F. Definitions**

**1.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**2.** "Computer system" means:

**a.** Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

**b.** Systems and applications software; and

**c.** Related communications networks;

by which "electronic data" is collected, transmitted, processed, stored or retrieved.

**3.** "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

**4.** "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

**5.** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**6.** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**7.** "Employee":

**a.** Means:

**(1)** Any natural person:

**(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

**(b)** Whom you compensate directly by salary, wages or commissions; and

**(c)** Whom you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

**(b)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2);**

**(4)** Any natural person who is:

**(a)** A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

 © Insurance Services Office, Inc., 2015

**(b)** Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

**(8)** Any natural person who is your "manager", director or trustee while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

**8.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**9.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** With regard to Insuring Agreement **A.6.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** Other than Insuring Agreements **A.3.** and **A.6.**, any financial institution.

**10.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution" as defined in Paragraph **F.9.a.**

**11.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**12.** "Fraudulent instruction" means:

**a.** With regard to Insuring Agreement **A.6.a.(2):**

**(1)** A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

**(2)** A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

**b.** With regard to Insuring Agreement **A.6.b.:**

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

**13.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

    **a.** Currency, coins and bank notes in current use and having a face value;

    **b.** Traveler's checks and money orders held for sale to the public; and

    **c.** In addition, includes:

        **(1)** Under Insuring Agreements **A.1.** and **A.2.,** deposits in your account at any "financial institution"; and

        **(2)** Under Insuring Agreement **A.6.,** deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

    **a.** Under Insuring Agreement **A.1.:**

        **(1)** An individual act;

        **(2)** The combined total of all separate acts whether or not related; or

        **(3)** A series of acts whether or not related;

    committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    **b.** Under Insuring Agreement **A.2.:**

        **(1)** An individual act;

        **(2)** The combined total of all separate acts whether or not related; or

        **(3)** A series of acts whether or not related;

    committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

    **c.** Under all other Insuring Agreements:

        **(1)** An individual act or event;

        **(2)** The combined total of all separate acts or events whether or not related; or

        **(3)** A series of acts or events whether or not related;

    committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

    **a.** Caused or threatened to cause that person bodily harm; or

    **b.** Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

    **a.** Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

    **b.** A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

    **a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

    **a.** By means of computer, telefacsimile, telephone or other electronic instructions; or

    **b.** By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

This page intentionally left blank

CRIME AND FIDELITY
CR 02 49 09 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION POLICY

Paragraphs **A.** and **B.** apply only to the Commercial Crime Policy, Government Crime Policy and Kidnap/Ransom And Extortion Policy.

**A.** Paragraphs **(2)** and **(3)** of the **Cancellation Of Policy** Condition are replaced by the following:

**(2)  All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for:

**(i)** Nonpayment of premium; or

**(ii)** Discovery of fraud by:

**i.** Any insured or his or her representative in obtaining this policy; or

**ii.** You or your representative in pursuing a claim under this policy.

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(3)  All Policies In Effect For More Than 60 Days**

**(a)** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(i)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(ii)** Discovery of fraud or material misrepresentation by:

**i.** Any insured or his or her representative in obtaining this policy; or

**ii.** You or your representative in pursuing a claim under this policy.

**(iii)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

CR 02 49 09 12                    © Insurance Services Office, Inc., 2012                    Page 1 of 3

**(iv)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(v)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(vi)** A determination by the Commissioner of Insurance that the:

  **i.** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

  **ii.** Continuation of the policy coverage would:

    **i** Place us in violation of California law or the laws of the state where we are domiciled; or

    **ii** Threaten our solvency.

**(vii)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**(b)** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

  **(i)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

  **(ii)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **(3)(a).**

**B.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraph **B.2.,** if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2.** We are not required to send notice of nonrenewal in the following situations:

  **a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

  **b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **B.1.**

  **c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

  **d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

  **e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

  **f.** If we have made a written offer to the first Named Insured, in accordance with the time frames shown in Paragraph **B.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

    © Insurance Services Office, Inc., 2012    CR 02 49 09 12

**C.** Under the Commercial Crime Policy, Government Crime Policy and Employee Theft And Forgery Policy, the following is added to the **Valuation – Settlement** Condition:

Actual cash value is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of covered property, regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

© Insurance Services Office, Inc., 2012

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

**CRIME AND FIDELITY**
**CR 03 10 08 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – PREMIUM

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY

**SCHEDULE**

| Policy Period | | Premium |
|---|---|---|
| **From:**  5/15/2018 | **To:**  5/15/2019 | $ 4,601.00 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

To comply with the ruling of the Commissioner of Insurance of the state of California and the opinion of the Attorney General of that state requiring that the premium for all policies be endorsed thereon, the premium charged for the attached policy for the policy period is shown in the Schedule.

This page intentionally left blank

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

This page intentionally left blank

POLICY NUMBER: SPP1654476 00

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 01 02 05 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

With respect to an "open policy", the following are added to any provision which uses the term actual cash value:

**A.** In the event of a total loss to a building or structure, actual cash value is calculated as the lesser of the following:

  **1.** The Limit of Insurance applicable to that building or structure; or

  **2.** The fair market value of the building or structure.

**B.** In the event of a partial loss to a building or structure, actual cash value is calculated as the lesser of the following:

  **1.** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss; or

  **2.** The Limit of Insurance applicable to the property.

**C.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

  **1.** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

  **2.** The Limit of Insurance applicable to the property.

**D.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

© ISO Properties, Inc., 2005 ☐

This page intentionally left blank

IL 01 03 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

This page intentionally left blank

IL 01 04 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

IL 02 70 09 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

   **2. All Policies In Effect For 60 Days Or Less**

   If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

   **a.** 10 days before the effective date of cancellation if we cancel for:

   **(1)** Nonpayment of premium; or

   **(2)** Discovery of fraud by:

   **(a)** Any insured or his or her representative in obtaining this insurance; or

   **(b)** You or your representative in pursuing a claim under this policy.

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

   **3. All Policies In Effect For More Than 60 Days**

   **a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

   **(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

   **(2)** Discovery of fraud or material misrepresentation by:

   **(a)** Any insured or his or her representative in obtaining this insurance; or

   **(b)** You or your representative in pursuing a claim under this policy.

   **(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© Insurance Services Office, Inc., 2012

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

© Insurance Services Office, Inc., 2012

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

   © Insurance Services Office, Inc., 2012   **IL 02 70 09 12**

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc.,  2001

This page intentionally left blank

POLICY NUMBER: SPP1654476 00                                            IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**IL 09 53 01 15**

POLICY NUMBER: SPP1654476 00 **IL 09 53 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: SPP1654476 00                                    IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
| CA | COMMERCIAL PROPERTY COVERAGE PART |
| CA | COMMERCIAL INLAND MARINE COVERAGE PART |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015
**IL 09 53 01 15**

POLICY NUMBER: SPP1654476 00

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| | |
|---|---|
| **SCHEDULE – PART I** | |
| **Terrorism Premium (Certified Acts)**  $ | CERTIFIED ACT OF TERRORISM EXCLUSION (Exception covering certain fire losses) |

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**

Commercial Property
Covering Certain Fire Losses

**Additional information, if any, concerning the terrorism premium:**
Certified Acts of Terrorism is not covered, exception covering certain fire following a Certified Act of Terrorism

---

**SCHEDULE – PART II**

**Federal share of terrorism losses**   82**% Year: 20** 18
(Refer to Paragraph **B.** in this endorsement.)

**Federal share of terrorism losses**   81**% Year: 20** 19
(Refer to Paragraph **B.** in this endorsement.)

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IDENTITY RECOVERY COVERAGE

## IDENTITY THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT

The following is added as an Additional Coverage.  If this is being endorsed onto a multi-section form, it is added to the Property section:

### IDENTITY RECOVERY COVERAGE

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and

2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery coverage is applicable; and

3. Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured."

If all three of the requirements listed above have been met, then we will provide the following to the "identity recovery insured":

1. **Case Management Service**
   Services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

2. **Expense Reimbursement**
   Reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft."

This coverage is additional insurance.

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

3. An "identity theft" that is not reported in writing to the police.

### LIMITS

Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $15,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during a 12-month period starting with the beginning of the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item d. of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement coverage limit.

Item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expenses Reimbursement coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

## DEDUCTIBLE

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to a deductible of $100. Any one "identity recovery insured" shall be responsible for only one deductible under this Identity Recovery Coverage during any one policy period.

## CONDITIONS

The following additional conditions apply to this coverage:

**A. Help Line**

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-877-645-7434**.

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

1. Information and advice for how to respond to a possible "identity theft"; and

2. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

**B. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

1. Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

2. All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

**DEFINITIONS**

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

2. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

   a. Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

   b. Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

   c. Costs for credit reports from established credit bureaus.

   d. Fees and expenses for an attorney approved by us for the following:

      (1) The defense of any civil suit brought against an "identity recovery insured."

      (2) The removal of any civil judgment wrongfully entered against an "identity recovery insured."

      (3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

      (4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

      (5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

   e. Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   f. Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

   g. Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

   h. Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."

      (1) Such costs include:

         (A) Costs by the "identity recovery insured" to recover control over his or her personal identity.

         (B) Deductibles or service fees from financial institutions.

      (2) Such costs do not include:

         (A) Costs to avoid, prevent or detect "identity theft" or other loss.

         (B) Money lost or stolen.

         (C) Costs that are restricted or excluded elsewhere in this endorsement or policy.

3. **"Identity Recovery Insured"** means the following:

   a. When the business  insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business and their spouse or domestic partner.

   b. When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

    c.   When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

        (1)  The chief executive of the insured entity; or

        (2)  As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured."

4.   **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this policy apply.

**POLICY NUMBER:** SPP1654476 00

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - ASBESTOS

The Exclusion Section of the Liability Coverage provided under this policy is amended to add the following:

**Asbestos**

A.  This insurance does not apply to any loss of, "bodily injury," "property damage," or "personal and advertising injury"" arising out of the actual, alleged or suspected:

    1.  Ingestion, inhalation, absorption, presence or exposure or threat of exposure to asbestos in any form, or goods, products containing any form of asbestos;

    2.  Use of any form of asbestos in constructing or manufacturing any good, product or structure;

    3.  Removal of any form of asbestos from any good, product or structure; or

    4.  The manufacture, intellectual development, sale, transportation, storage, or disposal of asbestos or goods or products containing any form of asbestos.

B.  We will not pay:

    1.  Loss, cost or expense, including but not limited to defense costs, claim expenses, bonds or fees arising out of any request, demand, or order that any insured or others identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize, or mitigate; or in any way respond to or assess the effects of asbestos; or repair, replace or improve any property as a result of such effects; or

    2.  Loss, cost or expense arising out of any claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, or mitigating; or in any way responding to or assessing the effects of asbestos; or repairing, replacing or improving any property as a result of such effects.

C.  This exclusion applies whether or not:

    1.  Such loss, cost or expense was caused by the instigation of, or with the direct or indirect involvement of any Named Insured, the Named Insured's employees, Additional Insureds or other persons on the Named Insured's premises or worksite at any time.

    2.  Such loss, cost or expense was caused by or arising out of the failure at any time of any Named Insured, the Named Insured's employees, Additional Insureds, or other persons on any Named Insured's premises or worksite to supervise or keep the premise or worksite in a safe condition.

IL990044 0117                                                                                      **Page 1 of 1**

This page intentionally left blank

IL N 119 10 15

# CALIFORNIA AUTO BODY REPAIR CONSUMER BILL OF RIGHTS

(This form was developed by the California Department of Insurance.)

A CONSUMER IS ENTITLED TO:

1. SELECT THE AUTO BODY REPAIR SHOP TO REPAIR AUTO BODY DAMAGE COVERED BY THE INSURANCE COMPANY. AN INSURANCE COMPANY SHALL NOT REQUIRE THE REPAIRS TO BE DONE AT A SPECIFIC AUTO BODY REPAIR SHOP.
2. AN ITEMIZED WRITTEN ESTIMATE FOR AUTO BODY REPAIRS AND, UPON COMPLETION OF REPAIRS, A DETAILED INVOICE. THE ESTIMATE AND THE INVOICE MUST INCLUDE AN ITEMIZED LIST OF PARTS AND LABOR ALONG WITH THE TOTAL PRICE FOR THE WORK PERFORMED. THE ESTIMATE AND INVOICE MUST ALSO IDENTIFY ALL PARTS AS NEW, USED, AFTERMARKET, RECONDITIONED, OR REBUILT.
3. BE INFORMED ABOUT COVERAGE FOR TOWING AND STORAGE SERVICES.
4. BE INFORMED ABOUT THE EXTENT OF COVERAGE, IF ANY, FOR A REPLACEMENT RENTAL VEHICLE WHILE A DAMAGED VEHICLE IS BEING REPAIRED.
5. BE INFORMED OF WHERE TO REPORT SUSPECTED FRAUD OR OTHER COMPLAINTS AND CONCERNS ABOUT AUTO BODY REPAIRS.
6. SEEK AND OBTAIN AN INDEPENDENT REPAIR ESTIMATE DIRECTLY FROM A REGISTERED AUTO BODY REPAIR SHOP FOR REPAIR OF A DAMAGED VEHICLE, EVEN WHEN PURSUING AN INSURANCE CLAIM FOR REPAIR OF THE VEHICLE.

COMPLAINTS WITHIN THE JURISDICTION OF THE BUREAU OF AUTOMOTIVE REPAIR

Complaints concerning the repair of a vehicle by an auto body repair shop should be directed to:

Toll Free (866) 799-3811

Bureau of Automotive Repair

10949 North Mather Blvd.

Rancho Cordova, CA 95670

The Bureau of Automotive Repair can also accept complaints over its web site at: www.autorepair.ca.gov.

COMPLAINTS WITHIN THE JURISDICTION OF THE CALIFORNIA INSURANCE COMMISSIONER

Any concerns regarding how an auto insurance claim is being handled should be submitted to the California Department of Insurance at:

(800) 927-4357 or (213) 897-8921

California Department of Insurance

Consumer Services Division

300 South Spring Street

Los Angeles, CA 90013

The California Department of Insurance can also accept complaints over its web site at: www.insurance.ca.gov.

This page intentionally left blank

IL U 001 09 03

# CALIFORNIA UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| | |
|---|---|
| **Applicant/Named Insured:** RHN Automotive INC. | |
| **Company:** Security National Insurance Company | |

California law permits you to make certain decisions regarding Uninsured Motorists Coverage. This document describes this coverage and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage and your options with respect to this coverage.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

**A. Mandatory Offer Of Bodily Injury Uninsured Motorists Coverage**

Please indicate your choices by initialing next to the appropriate item(s) below.

**1. Selection Of Bodily Injury Uninsured Motorists Coverage**

| **(Initials)** | |
|---|---|
| _____ | **I select Bodily Injury Uninsured Motorists Coverage at limits equal to the limits of my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage.** |

**2. Rejection Of Bodily Injury Uninsured Motorists Coverage**

The California Insurance Code requires that we provide you with the following information:

"The California Insurance Code requires an insurer to provide uninsured motorists coverage in each bodily injury liability insurance policy it issues covering liability arising out of the ownership, maintenance, or use of a motor vehicle. Those provisions also permit the insurer and the applicant to delete the coverage completely or to delete the coverage when a motor vehicle is operated by a natural person or persons designated by name. Uninsured motorists coverage insures the insured, his or her heirs, or legal representatives for all sums within the limits established by law, which the person or persons are legally entitled to recover as damages for bodily injury, including any resulting sickness, disease, or death, to the insured from the owner or operator of an uninsured motor vehicle not owned or operated by the insured or a resident of the same household. An uninsured motor vehicle includes an underinsured motor vehicle as defined in subdivision (p) of Section 11580.2 of the Insurance Code".

 © ISO Properties, Inc., 2003

| (Initials) | |
|---|---|
| _____ | **I reject Bodily Injury Uninsured Motorists Coverage entirely.** |
| _____ | **I delete Bodily Injury Uninsured Motorists Coverage only with respect to the following individuals:** |
| | **(Name of Excluded Driver(s))** |
| | _____ |
| | _____ |

3. **Lower Limit(s) For Bodily Injury Uninsured Motorists Coverage**

The California Insurance Code requires that we provide you with the following information:

"The California Insurance Code requires an insurer to provide uninsured motorists coverage in each bodily injury liability insurance policy it issues covering liability arising out of the ownership, maintenance, or use of a motor vehicle. Those provisions also permit the insurer and the applicant to agree to provide the coverage in an amount less than that required by subdivision (m) of Section 11580.2 of the Insurance Code but not less than the financial responsibility requirements. Uninsured motorists coverage insures the insured, his or her heirs, or legal representatives for all sums within the limits established by law, which the person or persons are legally entitled to recover as damages for bodily injury, including any resulting sickness, disease, or death, to the insured from the owner or operator of an uninsured motor vehicle not owned or operated by the insured or a resident of the same household. An uninsured motor vehicle includes an underinsured motor vehicle as defined in subdivision (p) of Section 11580.2 of the Insurance Code".

**(Initials)**

_____

**I reject Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage and I select the following lower limits.**

**(Choose one):**

| (Initials) | Split Limits | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|
| _____ | $   15,000/30,000 | | _____ | $   30,000 |
| _____ | 20,000/40,000 | | _____ | 40,000 |
| _____ | 25,000/50,000 | | _____ | 50,000 |
| _____ | 30,000/60,000 | | _____ | 60,000 |
| _____ | 50,000/100,000 | | _____ | 100,000 |
| _____ | 100,000/300,000 | | _____ | 250,000 |
| _____ | 250,000/500,000 | | _____ | 300,000 |
| _____ | 500,000/1,000,000 | | _____ | 500,000 |
| _____ | $ _____ (Other) | | _____ | 1,000,000 |
| | | | _____ | $ _____ (Other) |

**B. Mandatory Offer Of Property Damage Uninsured Motorists Coverage**

Uninsured Motorists Coverage may also include Property Damage Uninsured Motorists Coverage. Property Damage Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages for injury to or destruction of a covered auto caused by an automobile accident which an insured is legally entitled to recover from the owner or operator of certain types of uninsured motor vehicles. However, Property Damage Uninsured Motorists Coverage is available only:

**1.** If you have not rejected Bodily Injury Uninsured Motorists Coverage; and

**2.** For autos for which you have not purchased Collision Coverage.

Please indicate your choices by initialing next to the appropriate item(s) below.

**(Initials)**

_____

**I select Property Damage Uninsured Motorists Coverage at a limit of $3,500 for each accident for the following vehicle(s):**

**(Specify Year/Make/Model)**

_____

_____

_____

**(Initials)**

_____

**I reject Property Damage Uninsured Motorists Coverage entirely.**

_____

**I delete Property Damage Uninsured Motorists Coverage only with respect to the following individuals:**

**(Name of Excluded Driver(s))**

_____

_____

_____          _____
**Applicant's/Named Insured's Signature**                                    **Date**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# AMENDATORY ENDORSEMENT
## CALIFORNIA

1. Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts is amended to include the following:

    However, with respect to a covered loss caused by fire, this exclusion does not apply to an insured who did not cooperate with or contribute to the act that caused such loss.

    Subject to all other "terms" of this policy, "our" payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to that person's insurable interest in the property, less any payment made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

2. In all coverage forms except the Builders' Risk - Rehabilitation And Renovation Form, under Valuation, Actual Cash Value, if applicable, is amended to include the following:

    a. The actual cash value of covered property will be determined as:

       1) the amount it would cost to repair, rebuild, or replace the lost, damaged, or destroyed property less a fair and reasonable deduction for physical depreciation; or
       2) the "limit" applicable to that property at the time of the loss;

       whichever is less.

    b. The condition of the property at the time of the loss is the basis for determining the amount of physical depreciation. The expense of labor necessary to repair, rebuild, or replace covered property is not a component of physical depreciation.

    c. a. and b. above do not apply to property subject to Agreed Amount valuation "terms" or an item of property specifically scheduled with a value applicable to such item.

3. In the Builders' Risk - Rehabilitation And Renovation Form, under Valuation, Existing Building, Actual Cash Value, if applicable, is amended to include the following:

    a. The actual cash value of covered property will be determined as:

       1) the amount it would cost to repair, rebuild, or replace the lost, damaged, or destroyed property less a fair and reasonable deduction for physical depreciation; or
       2) the "limit" applicable to that property at the time of the loss;

       whichever is less.

    b. The condition of the property at the time of the loss is the basis for determining the amount of physical depreciation. The expense of labor necessary to repair, rebuild, or replace covered property is not a component of physical depreciation.

    c. a. and b. above do not apply to property subject to Stated Value valuation "terms" or an item of property specifically scheduled with a value applicable to such item.

4. In the Builders' Risk - Rehabilitation And Renovation Form, under Valuation, Building Materials is deleted and replaced by the following:

    **Building Materials** --

    a. **Actual Cash Value** -- The value of "building materials" will be based on the actual cash value at the time of loss (less a fair and reasonable deduction for physical depreciation).

Copyright, American Association of Insurance Services, Inc., 2012

b. **Actual Cash Value Means** -- The actual cash value of "building materials" means:

1) the actual cash value of "building materials" means:

   a) the necessary and reasonable cost of materials (less a fair and reasonable deduction for physical depreciation) and labor incurred to repair or replace the part of the covered "building materials" that sustains direct physical loss or damage;

   b) the reasonable overhead and profit related to the covered "building materials" that sustains direct physical loss or damage but not to exceed the overhead and profit being charged for the "rehabilitation or renovation project" in accordance with the construction contracts; and

2) other related construction costs and expenses that are re-incurred to repair or replace the part of "building materials" that sustain direct physical loss or damage, but only if such costs have been included as part of the "limit" for a covered "rehabilitation or renovation project".

5. Under How Much We Pay, Insurance Under More Than One Policy is deleted and replaced by the following:

**Insurance Under More Than One Policy** --

"You" may have another policy covering identical risks, whether or not both policies are subject to the same "terms", such insurers are liable to make loss payment as described below. In the event "you" have double insurance, and incur:

a. a total or constructive total loss, "we" will pay "our" share of the covered loss if that policy has the same effective date as this policy. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   However, if there is a total or constructive loss and that policy has an effective date other than the effective date on this policy, "we" will pay according to the effective dates on the policies. This policy will be primary to any policy with an effective date after the effective date of this policy. This policy will be excess over any policy with an effective date before the effective date of this policy.

b. a partial loss, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

IM 2009 01 12

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7000 04 04**
**Page 1 of 13**

# CONTRACTORS' EQUIPMENT COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and tools of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

8. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7000 04 04**
**Page 2 of 13**

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Scheduled Equipment** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

      1) "your" "contractors' equipment"; and

2) "contractors' equipment" of others in "your" care, custody, or control.

b. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

   1) that are described on the "equipment schedule"; and
   2) when Scheduled Equipment is indicated on the "schedule of coverages".

2. **Schedule On File** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

      1) "your" "contractors' equipment"; and
      2) "contractors' equipment" of others in "your" care, custody, or control.

   b. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

      1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and
      2) when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Leased Or Rented Property** -- "We" do not cover property that "you" lease or rent to others.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
**IM 7000 04 04**
**Page 3 of 13**

4. **Loaned Property** -- "We" do not cover property that "you" loan to others.

5. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

6. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

7. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal** --

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

Copyright, American Association of Insurance Services, Inc., 2004

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Employee Tools** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to tools owned by "your" employees.

   b. **Coverage Limitation** -- "We" only cover tools owned by "your" employees while at a:

      1) premises that "you" own or operate; or
      2) "jobsite".

   c. **Limit** -- The most "we" pay in any one occurrence for loss to employee tools is $5,000.

2. **Equipment Leased Or Rented From Others** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

   b. **Limit** -- The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

3. **Newly Purchased Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

   b. **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of:

      1) actual cash value of the covered property; or
      2) "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

Copyright, American Association of Insurance Services, Inc., 2004

c.  **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

This supplemental coverage will end when any of the following first occur:

1) this policy expires;
2) 60 days after "you" obtain the additional "contractors' equipment"; or
3) "you" report the additional "contractors' equipment" to "us".

d.  **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

4.  **Pollutant Cleanup And Removal** --

a.  **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b.  **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c.  **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d.  **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

5.  **Rental Reimbursement** --

a.  **Coverage** -- In the event of a direct physical loss by a covered peril to "your" "contractors' equipment", "we" reimburse "you" for "your" expense to rent similar equipment while "your" equipment is inoperable.

The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

b.  **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

c.  **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d.  **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e.  **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or
2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f.  **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

Copyright, American Association of Insurance Services, Inc., 2004

6. **Spare Parts And Fuel** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

      1) spare parts and accessories for "contractors' equipment"; and
      2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

   b. **Limit** -- The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

   c. **War And Military Action** -- "We" do not pay for loss caused by:

      1) war, including undeclared war or civil war; or
      2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
      3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

   With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Copyright, American Association of Insurance Services, Inc., 2004

b.  **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1)  "you";
2)  others who have an interest in the property;
3)  others to whom "you" entrust the property;
4)  "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5)  the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c.  **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d.  **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e.  **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f.  **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1)  unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2)  except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

g.  **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

h.  **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 8 of 13

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

Copyright, American Association of Insurance Services, Inc., 2004

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

   a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

   b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

   c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

   a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

   b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

   c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

Copyright, American Association of Insurance Services, Inc., 2004

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

5. **Coinsurance** --

a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
2) divide the "limit" for covered property by the result determined in b.1) above;
3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy** --

a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

1) pay the value of the lost or damaged property;
2) pay the cost of repairing or replacing the lost or damaged property;

Copyright, American Association of Insurance Services, Inc., 2004

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## REPORTING CONDITIONS

**Equipment Leased Or Rented From Others** -- If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports** --

a. **You Will Report To Us** -- Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

b. **Cancellation** -- If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment** --

a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

3. **Provisions That Affect How Much We Pay** -- The following provisions apply to reports that are submitted and may affect How Much We Pay:

a. **Failure To Submit Reports** -- If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
IM 7000 04 04
Page 12 of 13

b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

Copyright, American Association of Insurance Services, Inc., 2004

AAIS
**IM 7000 04 04**
**Page 13 of 13**

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

       If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

---

**IM 7000 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

This page intentionally left blank

**AAIS**
**IM 7005 04 04**
**Page 1 of 4**

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

**PROPERTY COVERED**

(check one)

☑ Scheduled Equipment (Refer to Equipment Schedule)

☐ Schedule On File

| | Limit |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $1,000,000 |

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses

**SUPPLEMENTAL COVERAGES**

Employee Tools

Equipment Leased or Rented From Others

Newly Purchased Equipment (check one)

    [ ☐ ] Percentage of Catastrophe Limit

    [ ☐ ] Dollar Limit

Pollutant Cleanup and Removal
Rental Reimbursement

    -- Reimbursement Limit

    -- Waiting Period

Spare Parts and Fuel

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7005 04 04**
**Page 2 of 4**

**COINSURANCE**

(check one)

☑ **80%**  ☐ **90%**  ☐ **100%**  ☐ **OTHER** _____

**REPORTING CONDITIONS**

(check if applicable)

☐ **Equipment Leased or Rented From Others**

    -- Reporting Rate _____

    -- Deposit Premium _____

    -- Minimum Premium _____

**VALUATION**

(check if applicable)

☐ Actual Cash Value        ☑ Replacement Cost

☐ Indicated on Equipment Schedule

**DEDUCTIBLE**

(check one)

☑ Flat Deductible Amount          $1,000 _____

☐ Percentage Deductible _____

    Maximum Deductible Amount _____

    Minimum Deductible Amount _____

**OPTIONAL COVERAGES AND ENDORSEMENTS**

☐ IM 7016-Boom Restriction

☐ IM 7017-Weight of Load Exclusion

☐ IM 7019-Waterborne Endorsement

    Waterborne Equipment _____

    Waterborne Equipment Deductible _____

**AAIS**
**IM 7005 04 04**
**Page 3 of 4**

☐ IM 7021-Split Deductible

　　Covered Perils　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Deductible Amount　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　All other Covered Perils　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Deductible Amount　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ IM 7022-Property Loaned to Others Scheduled Contractors

　　Property Loaned to Others　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Contractors and Individuals (Name)　＿＿＿＿＿＿＿＿＿＿＿＿

　　Contractors and Individuals (Name)　＿＿＿＿＿＿＿＿＿＿＿＿

　　Contractors and Individuals (Name)　＿＿＿＿＿＿＿＿＿＿＿＿

☐ IM 7023-Property Loaned to Others Jobsite Coverage

　　Property Loaned to Others　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ IM 7024-Trailers and Spare Parts Endorsement

　　Any One Construction Trailer　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　All Construction Trailers　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Spare Parts and Fuel　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Deductible　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

☐ IM 7025-Additional Coverages Endorsement

　　Fraud and Deceit　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Fire Equipment Recharge　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

　　Stolen Equipment Recovery Reward　＿＿＿＿＿＿＿＿＿＿＿＿

☐ IM 7026-Agreed Amount

☐ IM 7032 & 7027-Income Coverage

　　Income Coverage Limit　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿

IM IM 7034-Tools Endorsement

Any One Tool _____

Any One Occurrence _____

Deductible _____

IM 7035 & 7013-Equipment Leased or Rented to Others

Equipment Limit _____

Catastrophe Limit _____

Deductible _____

Reporting _____

Rate _____

Deposit Premium _____

Minimum Premium _____

IM 7037-Equipment Borrowed From Others

Per Item _____

Occurrence Limit _____

IM 7038-Continuing Rental Or Lease Payments

Per Item _____

Annual Limit _____

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**
**IM 7030 04 04**                                                      SPP1654476 00

# EQUIPMENT SCHEDULE
## CONTRACTORS' EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## EQUIPMENT SCHEDULE

| Item No. | Description of Equipment | Limit |
|----------|--------------------------|-------|
| 1 | Employee Tools | 1,000,000 |

**IM 7030 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

This page intentionally left blank

AAIS
IM 7200 10 02
Page 1 of 19

# ELECTRONIC DATA PROCESSING
# EQUIPMENT COVERAGE PART
## SCHEDULED LIMITS

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Electronic Data Processing - Equipment Coverage Part. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Computer hacking" means an unauthorized intrusion:

    a.  by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", Web site, or a computer network; and

    b.  that results in but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";
        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
        3)  observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";
        4)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server", or "media" used with "hardware" or "Web site server"; or
        5)  denial of access to or denial of services from "your" "hardware", "Web site server", or "your" computer network.

4.  "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

    a.  into "hardware", "software", or "Web site server"; and

    b.  that is intended to result in, but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";
        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
        3)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server", or "media" used with "hardware" or "Web site server"; or
        4)  denial of access to or denial of services from "your" "hardware", "Web site server", or "your" computer network.

Copyright, American Association of Insurance Services, Inc., 2002

5. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

6. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

7. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

8. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

    a. **Hardware Includes** -- "Hardware" includes but is not limited to:

        1) mainframe and mid-range computers and network servers;
        2) personal computers and workstations;
        3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and
        4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

    b. **Hardware Does Not Include** -- "Hardware" does not include:

        1) "software";
        2) "telecommunications equipment";
        3) "reproduction equipment";
        4) "protection and control systems"; and
        5) "off-site server" and "on-site server".

9. "Limit" means the amount of coverage that applies.

10. "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

11. "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

12. "Off-site server" means a server for "your" Web site:

    a. that is not at a premises described on the "schedule of coverages"; and

    b. that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

13. "On-site server" means a server for "your" Web site:

    a. that is at a premises occupied by "you" and that is described on the "schedule of coverages"; and

    b. that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

14. "Pollutant" means:

    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

15. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

Copyright, American Association of Insurance Services, Inc., 2002

16. "Programs and applications" means operating programs and applications that "you" purchase and that are:

   a. stored on "media"; or

   b. pre-installed and stored in "hardware".

17. "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

   a. stored on "media"; or

   b. installed and stored in "hardware".

18. "Protection and control systems" means:

   a. air conditioning equipment used exclusively in the operation of the "hardware";

   b. fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment, and smoke and heat detectors; and

   c. uninterruptible power supply system, line conditioner, and voltage regulator.

19. "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage, and retrieval of paper documents.

20. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

   b. declarations or supplemental declarations which pertain to this coverage.

21. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

22. "Software" means "media", "data records", "programs and applications", and "proprietary programs".

Software does not mean "Web site software".

23. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

   a. personal property in the open; or

   b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

24. "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

Telecommunications equipment includes but is not limited to:

   a. telephone switchgear (including PBX systems);

   b. telephone operating programs and related software;

   c. facsimile transmission equipment;

   d. video conferencing equipment; and

   e. other related telephone hardware (including computers dedicated to voice mail).

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 4 of 19**

25. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

26. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

27. "Web site server" means "on-site server" and "off-site server".

28. "Web site software" means the following software that are used in "your" "Web site server":

    a. "media";

    b. "data records";

    c. programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

    d. proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

---

# PROPERTY COVERED

---

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Hardware** --

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

    b. **Coverage Limitations** -- "We" only cover "hardware" and similar property of others:

        1) when a "limit" for "hardware" is indicated on the "schedule of coverages"; and
        2) while at a premises described on the "schedule of coverages".

2. **Software** --

    a. **Media, Programs, and Applications** --

        1) **Coverage** -- "We" cover direct physical loss caused by a covered peril to "media", "programs and applications", and similar property of others that is in "your" care, custody, or control.
        2) **Coverage Limitations** -- "We" only cover "media", "programs and applications", and similar property of others:

            a) when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and
            b) while at a premises described on the "schedule of coverages".

    b. **Data Records and Proprietary Programs** --

        1) **Coverage** -- "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records", "proprietary programs", and similar property of others that is in "your" care, custody, or control.
        2) **Coverage Limitations** -- "We" only cover "data records", "proprietary programs", and similar property of others:

            a) when a "limit" for "data records" and "proprietary programs" is indicated on the "schedule of coverages";

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 5 of 19**

b) while at a premises described on the "schedule of coverages"; and

c) if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

3. **Web Site Server** --

   a. **On-Site Server** --

   1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "on-site server".

   2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "on-site server".

   3) **Coverage Limitations** -- "We" only cover "on-site server" and "Web site software":

      a) when a "limit" for "on-site server" and "Web site software" is indicated on the "schedule of coverages"; and

      b) while at a premises described on the "schedule of coverages".

   b. **On-Site Server Coverage Under Hardware and Software** --

   1) **Coverage** -- If indicated on the "schedule of coverages", coverage for:

      a) an "on-site server" is provided as part of the coverage described under 1. Hardware; and

      b) the "Web site software" housed on an "on-site server" is provided as part of the coverage described under 2. Software.

2) **Coverage Limitations** --

   a) The "limits" applicable to Hardware and Software are not increased when coverage for "on-site server" and "Web site software" are included under the Hardware and Software coverage sections; and

   b) "we" only cover "on-site server" and "Web site software" while at a premises described on the "schedule of coverages".

c. **Off-Site Server** --

   1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "off-site server" that "you":

      a) own; or

      b) lease and are contractually obligated to insure for loss or damage.

   2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "off-site server".

   3) **Coverage Limitation** -- "We" only cover "off-site server" and "Web site software" when a "limit" for "off-site server" and "Web site software" is indicated on the "schedule of coverages".

d. **Software Coverage Condition** -- "We" only cover "Web site software" if a duplicate or back-up of the "Web site software" is stored at a building that is at least 100 feet away from the premises where the "on-site server" or "off-site server" is being hosted.

Copyright, American Association of Insurance Services, Inc., 2002

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** -- "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** -- "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** -- "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** -- "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** -- "We" do not cover "your" stock in trade.

7. **Loss of Internet Service Provider or Web Host** -- "We" do not cover loss to "your" "Web site server" or "Web site software" that results from the bankruptcy, liquidation, or otherwise going out of business by "your" Internet service provider or Web host.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** --

   a. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

   b. **We Do Not Cover** -- This coverage does not include costs to:

      1) extract "pollutants" from land or water; or
      2) remove, restore, or replace polluted land or water.

   c. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2002

d. **Additional Limit** -- "We" pay up to an additional $10,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

e. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance** -- "We" cover direct physical loss to covered property caused by:

   a. "electrical disturbance"; or

   b. "power supply disturbance".

3. **Emergency Removal** --

   a. **Coverage** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

   b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses** --

   a. **Coverage** -- "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

   b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

c. **Limit** -- The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $2,500.

d. **This Is A Separate Limit** -- The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit** --

   a. **Coverage** -- "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

      1) to persons who falsely represent themselves as the proper persons to receive the property; or
      2) by the acceptance of fraudulent bills of lading or shipping receipts.

   b. **Limit** -- The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $2,500.

6. **Mechanical Breakdown Coverage** -- "We" pay for loss to covered property caused by "mechanical breakdown".

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Copyright, American Association of Insurance Services, Inc., 2002

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Acquired Locations** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

    b.  **Limit** -- "We" pay up to $500,000 for covered property at locations that "you" acquire.

    c.  **Time Limitation** -- This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

However, this coverage does not go beyond the end of the policy period.

    d.  **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the location.

2.  **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

3.  **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

4.  **Newly Purchased or Leased Hardware** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

    b.  **Limit** -- The most that "we" pay for any loss under this additional coverage is the least of:

        1)  the actual cash value of the covered property; or
        2)  $500,000.

    c.  **Time Limitation** -- "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        1)  this policy expires;
        2)  60 days after "you" obtain the additional "hardware"; or
        3)  "you" report the additional "hardware" to "us".

Copyright, American Association of Insurance Services, Inc., 2002

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

5. **Off-Site Computers** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

1) at "your" residence or the residence of "your" officers, partners, or employees;
2) temporarily at a premises that is not described on the "schedule of coverages"; or
3) in transit between a:

a) residence or temporary premises; and
b) premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to off-site covered property is $5,000.

6. **Pollutant Cleanup and Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

7. **Property In Transit** --

a. **Coverage** -- "We" cover direct physical loss to covered property caused by a covered peril while in transit.

b. **Limit** -- The most "we" pay in any one occurrence for loss to covered property in transit is $10,000.

8. **Protection and Control Systems** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "protection and control systems" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "protection and control systems" is $10,000.

9. **Recharge of Fire Extinguishing Equipment** --

a. **Coverage** -- "We" pay the expenses "you" incur to recharge "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

1) to fight a fire;
2) as a result of a covered peril; or
3) as a result of an accidental discharge.

b. **We Do Not Cover** -- "We" do not pay for "your" expenses to recharge equipment as a result of a discharge during testing or installation.

Copyright, American Association of Insurance Services, Inc., 2002

c. **Limit** -- The most "we" pay in any one occurrence for "your" expenses to recharge "your" fire extinguishing equipment is $15,000.

d. **Conditions For Replacing Rather Than Recharging** -- If it is less expensive to do so, "we" will pay "your" costs to replace "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

10. **Reproduction Equipment** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "reproduction equipment" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "reproduction equipment" is $10,000.

11. **Rewards** --

a. **Coverage** -- "We" pay for reward information that leads to a conviction for:

1) arson,
2) theft, or
3) vandalism including, but not limited to, "computer hacking" and "computer virus".

The conviction must involve a covered loss caused by arson, theft, or vandalism.

b. **Limit** -- The most "we" pay in any one occurrence for reward information is $2,500.

c. **Limit Is Not Increased By The Number of Persons Providing Information** -- The amount "we" pay is not increased by the number of persons involved in providing the information.

12. **Sewer Backup and Water Below the Surface** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:

a. water that backs up through a sewer or drain; or

b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

13. **Software Storage** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

b. **Coverage Condition** -- Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".

c. **Limit** -- The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $50,000.

14. **Telecommunications Equipment** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "telecommunications equipment" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "telecommunications equipment" is $10,000.

15. **Virus and Hacking Coverage** --

a. **Coverage** -- "We" cover direct physical loss to covered "hardware", "software", "Web site server", and "Web site software" caused by a "computer virus" or by "computer hacking".

Copyright, American Association of Insurance Services, Inc., 2002

b. **We Do Not Cover** -- "We" do not cover:

1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware", or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

4) except as provided under the Supplemental Income Coverages section of the Electronic Data Processing - Income Coverage Part (if attached to this policy), denial of access to or services from "your" "hardware", "your" computer network, or "your" Web site.

c. **Limits** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $25,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $75,000.

# PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

# PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement** -- Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

c. **Flood** -- Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
IM 7200 10 02
Page 12 of 19

---

d. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **Sewer Backup and Water Below the Surface** -- Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

1) water that backs up through a sewer or drain; or
2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

f. **War and Military Action** -- "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

a. **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Coverages - Virus and Hacking Coverage, "we" do not pay for:

1) any direct or indirect loss or damage; or
2) loss of access, loss of use, or loss of functionality

caused by a "computer virus" or by "computer hacking".

b. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, or joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2002

c.  **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

d.  **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril".

   "We" do pay for any resulting loss caused by a "specified peril".

e.  **Temperature/Humidity** -- "We" do not pay for loss to covered property caused by:

   1)  dryness, dampness, humidity; or
   2)  changes in or extremes of temperature.

   However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

f.  **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3.  "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

   a.  **Contamination, Deterioration, Rust, or Corrosion** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

This exclusion does not apply to loss caused by "mechanical breakdown".

   b.  **Wear and Tear or Obsolescence** -- "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

## WHAT MUST BE DONE IN CASE OF LOSS

1.  **Notice** -- In case of a loss, "you" must:

   a.  give "us" or "our" agent prompt notice, including a description of the property involved ("we" may request written notice); and

   b.  give notice to the police when the act that causes the loss is a crime.

2.  **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a.  **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs.

   b.  **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3.  **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a.  the time, place, and circumstances of the loss;

Copyright, American Association of Insurance Services, Inc., 2002

b.  other policies of insurance that may cover the loss;

c.  "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d.  changes in title of the covered property during the policy period; and

e.  estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.  **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.  **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.  **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1.  **Hardware and Web Site Servers** -- The following is the value of "hardware" and "Web site servers":

    a.  **Hardware and Servers That Are Replaced** -- The value of "hardware" and "Web site servers" that are replaced will be based on the cost of replacing the "hardware" and "Web site servers" with new equipment that is functionally comparable to the "hardware" and "Web site servers" that are being replaced.

    b.  **Hardware and Servers That Are Not Replaced** -- The value of "hardware" and "Web site servers" that are not repaired or replaced will be based on the actual cash value at the time of loss (with a deduction for depreciation).

    c.  **Partial Loss** -- In no event will "we" pay more than the reasonable cost of restoring partially damaged "hardware" and "Web site servers" to their condition directly prior to the damage.

2.  **Software** -- The following is the value of "software" and, for the purposes of determining valuation only, includes "Web site software":

    a.  **Programs and Applications** --

        1)  **Cost To Reinstall** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

        2)  **If The Original Discs Are Lost** -- If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
IM 7200 10 02
Page 15 of 19

b. **Proprietary Programs** --

1) **Cost of Reproduction** -- The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

2) **If Duplicate Copies Do Not Exist** -- If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

c. **Data Records** --

1) **Cost of Reproduction** -- The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

2) **If Duplicate Copies Do Not Exist** -- If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

d. **Media** -- The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Other Equipment** --

a. **Replacement Cost** -- The value of "telecommunications equipment", "reproduction equipment", and "protection and control systems" will be based on the replacement cost without any deduction for depreciation.

b. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

c. **Replacement Cost Does Not Apply Until Repair or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

d. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

4. **Pair or Set** --

a. **Reasonable Proportion of Value** --The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

b. **Provision Does Not Apply To Software** -- The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

5. **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

Copyright, American Association of Insurance Services, Inc., 2002

# HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

3. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

   The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

5. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
      2) divide the "limit" for covered property by the result determined in 5.a. above;
      3) multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

      The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

   d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

Copyright, American Association of Insurance Services, Inc., 2002

7. **Insurance Under More Than One Policy** --

a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

1) pay the value of the lost or damaged property;
2) pay the cost of repairing or replacing the lost or damaged property;
3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
4) take all or any part of the property at the agreed or appraised value.

b. **Notice of Our Intent To Rebuild, Repair, or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

a. **Adjustment and Payment of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment of Loss** -- An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received, and
2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** --

a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or
2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

Copyright, American Association of Insurance Services, Inc., 2002

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

   2) "your" legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

Copyright, American Association of Insurance Services, Inc., 2002

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** -- Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and

b. the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

IM 7200 10 02

Copyright, American Association of Insurance Services, Inc., 2002

This page intentionally left blank

# ELECTRONIC DATA PROCESSING
# SCHEDULE OF COVERAGES
## SCHEDULED LIMITS

(The information required below may be indicated on
a separate schedule or supplemental declarations.)

## DESCRIBED PREMISES

| Loc. No. | LOCATIONS |
|---|---|
| 1 - 1 | 5750 Mesmer Ave, Culver City CA 90230 |
| 3 - 1 | 6101 W. Slauson Ave, Culver City CA 90230 |
| 4 - 1 | 970 W. Manchester Blvd 324 S Hindy Ave , Inglewood CA 90301 |
| 5 - 1 | 1000 W Manchester 319 S Hindy Ave & 333 S Hindy Ave , Inglewood CA 90301 |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Check if applicable:

[ ]   Attach Additional Locations Schedule to schedule more locations

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7205 10 02**
**Page 2 of 7**

## LOCATION LIMITS

| Loc. No. | "Hardware" | "Media" | "Programs and Applications" |
|---|---|---|---|
| 1 - 1 | $250,000 | $100,000 | _____ |
| 3 - 1 | $250,000 | $100,000 | _____ |
| 4 - 1 | $50,000 | $100,000 | _____ |
| 5 - 1 | $500,000 | $100,000 | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

| | "Data Records" | "Proprietary Programs" | "Income Coverage" |
|---|---|---|---|
| 1 - 1 | $100,000 | _____ | _____ |
| 3 - 1 | $100,000 | _____ | _____ |
| 4 - 1 | $100,000 | _____ | _____ |
| 5 - 1 | $100,000 | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Copyright, American Association of Insurance Services, Inc., 2002

## WEB SITE SERVER

**WEB SITE SERVER LIMITS:** (check if applicable)

[ ] **On-Site Server**

**Server Coverage** -- The most "we" pay for loss to
"on-site servers" in any one occurrence is:          $
**Software Coverage** -- The most "we" pay for loss
to "Web site software" in "on-site servers" in
any one occurrence is:                               $

[ ] **On-Site Server Coverage Under Hardware and Software**

Coverage for "on-site server" is provided under Hardware; and coverage for "Web
site software" is provided under Software.

[ ] **Off-Site Server**

**Server Coverage** -- The most "we" pay for loss to
"off-site servers" in any one occurrence is:         $

**Software Coverage** -- The most "we" pay for loss
to "Web site software" in "off-site servers" in
any one occurrence is:                               $

## EQUIPMENT COVERAGE PART

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses                   $

Electrical and Power Supply Disturbance

Emergency Removal                                    days

Emergency Removal Expenses                           $

Fraud and Deceit                                     $

Mechanical Breakdown Coverage

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7205 10 02**
**Page 4 of 8**

**SUPPLEMENTAL COVERAGES**

Acquired Locations                                            $

Earthquake Coverage (check one)

  -  Coverage Provided                                     [ ]

  -  Coverage Not Provided                                 [X]

  -  Refer To Earthquake, Flood and
    Sewer Backup Endorsement                              [ ]

Flood Coverage (check one)

  -  Coverage Provided                                     [ ]

  -  Coverage Not Provided                                 [X]

  -  Refer To Earthquake, Flood
    and Sewer Backup Endorsement                          [ ]

Newly Purchased or Leased Hardware                           $

Off-Site Computers                                           $

Pollutant Cleanup and Removal                               $

Property In Transit                                          $

Protection and Control Systems                              $

Recharge of Fire Extinguishing Equipment                    $

Reproduction Equipment                                      $

Rewards                                                      $

Sewer Backup (check one)

  -  Coverage Provided                                     [ ]

  -  Coverage Not Provided                                 [X]

  -  Refer To Earthquake, Flood
    and Sewer Backup Endorsement                          [ ]

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7205 10 02**
**Page 5 of 8**

**SUPPLEMENTAL COVERAGES** (cont.)

Software Storage                                      $

Telecommunications Equipment                         $

Virus and Hacking Coverage

-    Limit Any One Occurrence                         $

-    Limit Each Separate 12 month Period              $

## DEDUCTIBLE AND COINSURANCE

**DEDUCTIBLE**

|  | Deductible Amount |
|---|---|
| For all covered perils unless a different deductible is indicated below | $1000 |
| Earthquake and Volcanic Eruption | $ |
| "Flood" | $ |
| "Mechanical Breakdown", "Electrical Disturbance", and "Power Supply Disturbance" | $1000 |

**COINSURANCE**

"Hardware", "Media", and "Programs and Applications"

[ ]        Not Applicable

        100% [ ]        90% [ ]        80% [X]        % [ ]

"Data Records" and "Proprietary Programs"

[X]        Not Applicable

        100% [ ]        90% [ ]        80% [ ]        % [ ]

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7205 10 02**
**Page 6 of 8**

## INCOME COVERAGE PART

**COVERAGE OPTIONS** (check one)

- Earnings and Extra Expense [ ]

- Extra Expense only [X]

- Income Coverage Not Provided [ ]

**INCOME COVERAGE EXTENSIONS**

Interruption by Civil Authority days

Period of Loss Extension  days

**SUPPLEMENTAL INCOME COVERAGES**

Acquired Locations $

Earthquake Coverage (check one)

- Coverage Provided [ ]

- Coverage Not Provided [X]

- Refer To Earthquake, Flood and
  Sewer Backup Endorsement [ ]

Flood Coverage (check one)

- Coverage Provided [ ]

- Coverage Not Provided [X]

- Refer To Earthquake, Flood
  and Sewer Backup Endorsement [ ]

Off Premises Utility Service Interruption

- Limit $

- Overhead Transmission Lines Excluded (check if applicable) [ ]

- Waiting Period hours

Property In Transit $

Copyright, American Association of Insurance Services, Inc., 2002

**SUPPLEMENTAL INCOME COVERAGES** (cont.)

Sewer Backup (check one)

- Coverage Provided                                      [ ]

- Coverage Not Provided                                  [X]

- Refer To Earthquake, Flood
  and Sewer Backup Endorsement                           [ ]

Virus and Hacking Coverage

- Limit Any One Occurrence                               $

- Limit Each Separate 12 month Period                    $

- Waiting Period                                              hours

**INCOME COVERAGE OPTIONS**

Income Coverage Waiting Period (check one)

[X]  Not Applicable

[ ]  Waiting Period                                          hours

Coinsurance (check one)

[ ]  Not Applicable

     100% [ ]        90% [ ]        80% [X]        % [ ]

**OPTIONAL COVERAGES AND ENDORSEMENTS**

**IM 7205 10 02**

Copyright, American Association of Insurance Services, Inc., 2002

This page intentionally left blank

# ELECTRONIC DATA PROCESSING
# INCOME COVERAGE PART

Coverage provided under this coverage part is also subject to the "terms" and conditions in the Electronic Data Processing - Equipment Coverage Part under the sections titled Agreement, Definitions, Property Not Covered, What Must Be Done In Case Of Loss, Loss Payment, and Other Conditions.

## ADDITIONAL DEFINITIONS

1.  "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

2.  "Restoration period" means:

    a.  The time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

        1)  the property should be rebuilt, repaired, or replaced; or
        2)  business is resumed at a new permanent location.

        This is not limited by the expiration date of the policy.

    b.  The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

        1)  regulates the construction, use, or repair of any property; or

    2)  requires the demolition of any property, in part or in whole, not damaged by a covered peril.

    The ordinance, law, or decree must be in force at the time of loss.

    "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

    c.  Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

        1)  property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;
        2)  "your" Web Site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and
        3)  property in transit;

        and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
IM 7215 09 03
Page 2 of 8

## COVERAGE OPTIONS

One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

1. Earnings and Extra Expense; or

2. Extra Expense only.

## COVERAGES

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1. **Coverages** --

   a. **Covered Property** -- "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

   b. **Described Premises And Air Conditioning System** -- "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

      1) a premises described on the "schedule of coverages" that prevents "you" from using covered property; or
      2) the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

   c. **If You Lease Your Premises** -- If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

2. **Earnings** -- "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

3. **Extra Expense** -- "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss of or damage to property caused by or resulting from a covered peril.

   a. **Expenses To Reduce Interruption** -- "We" cover any extra expense to avoid or reduce the interruption of "your" data processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

      "We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

   b. **Expenses To Repair/Restore Property And Information** -- To the extent that they reduce a loss otherwise payable under this Coverage Part, "we" will cover any extra expenses to:

      1) repair, replace, or restore any property; and
      2) research, replace, or restore information on damaged documents, manuscripts, or records that:

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 3 of 8**

a) are inscribed, printed, or written; or
b) exist on electronic or magnetic media.

## EXCLUSIONS AND LIMITATIONS

The following exclusions apply in addition to the exclusions and limitations in the Electronic Data Processing - Equipment Coverage Part.

1. **Error or Omission In Programming** -- "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

2. **Leases, Licenses, Contracts, or Orders** -- "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

   However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

   "We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

3. **Strikes, Protests, and Other Interference** -- "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

4. **Utility Failure** -- Except as provided under Supplemental Income Coverages, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises.

"We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

5. **Interruption of Web Site** -- "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** -- The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages". If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

1. **Interruption by Civil Authority** --

   a. **Coverage** -- "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority.

   b. **Coverage Limitation** -- The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril.

   c. **Time Limitation** -- Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
IM 7215 09 03
Page 4 of 8

2. **Period of Loss Extension After Business Resumes** --

    a. **Coverage** -- "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

        1) the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or
        2) the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

        whichever is earlier.

    b. **Coverage Limitation** -- Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

---

# SUPPLEMENTAL INCOME COVERAGES

---

**Provisions That Apply To Supplemental Income Coverages** -- Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

1. **Acquired Locations** --

    a. **Coverage** -- "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

    b. **Time Limitation** -- This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

        However, this coverage does not go beyond the end of the policy period.

    c. **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the location.

    d. **Limit** -- The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $50,000.

2. **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by earthquake and volcanic eruption.

Copyright, American Association of Insurance Services, Inc., 2003

3. **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by "flood".

4. **Off Premises Utility Service Interruption** --

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

      1) power or gas;
      2) telecommunications including, but not limited to, Internet access; or
      3) water.

   b. **Overhead Transmission Lines Exclusion** -- If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

      1) overhead transmission and distribution lines;
      2) overhead transformers and similar equipment; and
      3) supporting poles and towers.

   c. **Waiting Period Limitation** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

   d. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $25,000.

5. **Property In Transit** --

   a. **Coverage** -- Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

   b. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

6. **Sewer Backup and Water Below the Surface** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

   a. water that backs up through a sewer or drain; or

   b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 6 of 8**

7. **Virus and Hacking Coverage** --

    a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

        1) direct physical loss or damage to covered "software" and "hardware"; or

        2) denial of access to or services from "your" "hardware" or "your" computer network.

    b. **We Do Not Cover** -- "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

        1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

        2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered; and

        3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

        Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

    c. **Waiting Period Limitation** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

    d. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $25,000.

    The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $75,000.

## WHAT MUST BE DONE IN CASE OF LOSS

Other "terms" relating to What Must Be Done In Case Of Loss also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

1. **Notice** -- In case of a loss, "you" must:

    a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

    b. give notice to the police when the act that causes the loss is a crime.

2. **Intent To Continue Business** -- If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

## VALUATION

1. **Earnings** --

    a. **Determining An Earnings Loss** -- In determining an earnings loss, "we" consider:

        1) the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

Copyright, American Association of Insurance Services, Inc., 2003

2) "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

3) pertinent sources of information and reports including:

  a) "your" accounting procedures and financial records;
  b) bills, invoices, and other vouchers;
  c) contracts, deeds, and liens;
  d) reports on feasibility and status; and
  e) records documenting "your" budget and marketing objectives and results.

b. **Conditions For Non-Payment of Increased Loss** -- "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

c. **Loss Payment If You Do Not Resume Your Business** -- If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

2. **Extra Expense** -- In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

# HOW MUCH WE PAY

Other "terms" relating to How Much We Pay also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

1. **Income Coverage Limit** -- "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

2. **Waiting Period** --

  a. **Waiting Period Limitation** -- If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after the first 24-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril.

    This waiting period does not apply to extra expenses that "you" incur.

  b. **Waiting Period Limitation For Civil Authority** -- As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

    1) for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

    2) for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
IM 7215 09 03
Page 8 of 8

c. **Other Waiting Period Limitations** -- The waiting period described under Off Premises Utility Service Interruption, Interruption of Web Site (if added to this coverage part by endorsement), and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

3. **Coinsurance** --

a. **When Coinsurance Applies** -- "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

1) "your" net income (net profit or loss before income taxes); and
2) continuing operating expenses

projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

b. **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

1) multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;
2) divide the "limit" by the figure determined in 1) above; and
3) multiply the total amount of loss by the figure determined in 2) above.

"We" pay the amount determined in 3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply:

1) unless a coinsurance percentage is indicated on the "schedule of coverages"; and
2) to coverage for extra expense.

## LOSS PAYMENT

See the Electronic Data Processing - Equipment Coverage Part.

## OTHER CONDITIONS

The following condition applies as it relates to this Coverage Part, other "terms" also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

**Appraisal** -- If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described In the Electronic Data Processing - Equipment Coverage Part under Other Conditions, Appraisal.

IM 7215 09 03

Copyright, American Association of Insurance Services, Inc., 2003